UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: l:18-cv-04814-AJN

JODI ROUVIERE, Individually and
ANDRE ROUVIERE, her husband, Individually,

    Plaintiff

v.

DEPUY ORTHOPAEDICS, INC.,
DEPUY PRODUCTS, INC.,
DEPUY INTERNATIONAL, LIMITED,
JOHNSON & JOHNSON, INC.,
and JOHNSON & JOHNSON SERVICES, INC.,
and STRYKER CORPORATION,
STRYKER SALES CORPORATION, and
HOWMEDICA OSTEONICS CORPORATION,
d/b/a STRYKER ORTHOPAEDICS

    Defendants
_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy International Limited, Johnson & Johnson, and Johnson & Johnson Services, Inc. ("Defendants") certify as follows:

DePuy Orthopaedics, Inc., now known as Medical Device Business Services, Inc., is a wholly-owned indirect subsidiary of Johnson & Johnson which is a publicly traded company. No other publicly held corporation owns ten (10%) or more of the stock of Medical Device Business Services, Inc.

DePuy Products, Inc. is a wholly-owned subsidiary of Codman & Shurtleff, Inc., which is not a publicly held company.

DePuy International Limited is a wholly-owned subsidiary of Johnson & Johnson

Medical Limited, which is not a publicly held company.

Johnson & Johnson is a publicly held company, with no parent corporation, and no publically held corporation owns ten percent (10%) or more of its stock.

Johnson & Johnson Services, Inc. is a wholly-owned direct subsidiary of Johnson & Johnson which is a publicly traded company. No other publicly held corporation owns ten (10%) or more of the stock of Johnson & Johnson Services, Inc.

Dated: December 7, 2018

Respectfully submitted,

BARNES & THORNBURG LLP

*/s/ Joseph G. Eaton*
Joseph G. Eaton (#15731-29)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Email: joe.eaton@btlaw.com

James F. Murdica
BARNES & THORNBURG LLP
43 West 43rd Street, Suite 175
New York, NY 10036
(312) 357-1313
Email: jmurdica@btlaw.com

*Attorneys for DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy International Limited, Johnson & Johnson, Inc. and Johnson & Johnson Services, Inc.*

**CERTIFICATE OF SERVICE**

 The undersigned certifies that the foregoing document was electronically served on the following counsel of record via first class United States mail and the Court's electronic filing system on this 7th day of December:

    Andre Rouviere
    Jodi Rouviere
    4070 Laguna Street
    Coral Gables, Florida  33146

            */s/ Joseph G. Eaton*