UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:18- cv- 4814-AJN

JODI ROUVIERE, Individually and
ANDRE ROUVIERE, her husband, Individually,

    Plaintiff

v.

DEPUY ORTHOPAEDICS, INC.,
DEPUY PRODUCTS, INC.,
DEPUY INTERNATIONAL, LIMITED,
JOHNSON & JOHNSON, INC.,
and JOHNSON & JOHNSON SERVICES, INC.,
and STRYKER CORPORATION,
STRYKER SALES CORPORATION, and
HOWMEDICA OSTEONICS CORPORATION,
d/b/a STRYKER ORTHOPAEDICS

    Defendants
_____/



DEC 1 1 2018

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
### AS TO STRYKER CORPORATION

The Plaintiffs, JODI ROUVIERE and ANDRE ROUVIERE, her husband, Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) STRYKER CORPORATION.

WE HEREBY certify that a true and correct copy was electronically forwarded to: James Francis Murdica, Barnes & Thornburg LLP, 43 West 43rd Street, Suite 175, New York, NY, US 10036, jfmurdica@pbwt.com and Paul E. Asfendis , Gibbons P.C., One Pennsylvania Plaza, 37th Floor New York, NY 10119-3701,  pasfendis@gibbonslaw.com this 10th  day of

December 2018.

                                      JODI ROUVIERE, PRO SE Plaintiff
                                      4070 Laguna Street,
                                      Coral Gables, Florida 33146
                                      Tel: (305) 608 8076

By: _____

ANDRE ROUVIERE, PRO SE Plaintiff
4070 Laguna Street,
Coral Gables, Florida 33146
Tel: (305) 790 9325

By _____

SO ORDERED: 12/11/18

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE