UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:18-cv-04814-AJN

JODI ROUVIERE, Individually and
ANDRE ROUVIERE, her husband, Individually,

    Plaintiff

v.

DEPUY ORTHOPAEDICS, INC.,
DEPUY PRODUCTS, INC.,
DEPUY INTERNATIONAL, LIMITED,
JOHNSON & JOHNSON, INC.,
and JOHNSON & JOHNSON SERVICES, INC.,
and STRYKER CORPORATION,
STRYKER SALES CORPORATION, and
HOWMEDICA OSTEONICS CORPORATION,
d/b/a STRYKER ORTHOPAEDICS

    Defendants

12/21/18

SO ORDERED:

HON. ALISON J. NATHAN
U.S. DISTRICT JUDGE

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

All Parties, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the following defendants be dismissed, without prejudice, and with each party responsible for its own attorneys' fees and costs: DePuy Products, Inc.; DePuy International, Limited; Johnson & Johnson; and Johnson & Johnson Services, Inc.

Dated: December 19, 2018

Respectfully submitted,

Andre Rouviere, *pro se*
4070 Laguna Street
Coral Gables, Florida 33146
Telephone: (305) 774-7000
Email: andre@rouvierelawfirm.com

Jodi Rouviere, *pro se*
4070 Laguna Street
Coral Gables, Florida 33146
Telephone: (305) 774-7000
Email: andre@rouvierelawfirm.com


Joseph G. Eaton (#15731-29)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Email: joe.eaton@btlaw.com

James F. Murdica
BARNES & THORNBURG LLP
43 West 43rd Street, Suite 175
New York, NY 10036
(312) 357-1313
Email:  jmurdica@btlaw.com

*Attorneys for DePuy Orthopaedics, Inc.,*
*DePuy Products, Inc., DePuy International*
*Limited, Johnson & Johnson, Inc. and*
*Johnson & Johnson Services, Inc.*


Paul Edward Asfendis
GIBBONS P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
Telephone: (212) 697-6555
Email: pasfendis@gibbonslaw.com

*Attorney for Stryker Corporation, Stryker*
*Sales Corporation, and Howmedica*
*Osteonics Corporation d/b/a Stryker*
*Orthopaedics*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was electronically served on the following counsel of record via first class United States mail and the Court's electronic filing system on this _19_ day of December:

Joseph G. Eaton (#15731-29)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Email: joe.eaton@btlaw.com

James F. Murdica
BARNES & THORNBURG LLP
43 West 43rd Street, Suite 175
New York, NY 10036
(312) 357-1313
Email: jmurdica@btlaw.com

Paul Edward Asfendis
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

_____
Andre Rouviere

3