GIBBONS

Paul E. Asfendis
Director

Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, New York 10119-3701
Direct: (212) 613-2067
Fax: (212) 554-9667
pasfendis@gibbonslaw.com

May 8, 2019

**VIA ECF**

Honorable Alison J. Nathan, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Rouviere v. Howmedica Osteonics Corp., et al.**
**Civil Action No. 1:18-cv-4714 (AJN)**

Dear Judge Nathan:

This firm represents for Defendant Howmedica Osteonics Corp. ("HOC") in the above-referenced action.

Enclosed please find a Stipulated Protective Order and Confidentiality Agreement. All parties consent to the entry of this Order. If this Order meets with Your Honor's approval, we would ask that you so-order same and arrange for it to be electronically filed on ECF.

Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

/s/ Paul Asfendis
Paul E. Asfendis

Enclosure

cc: Mr. and Mrs. Andre Rouviere, Esq. (via email)
Joseph Eaton, Esq. (via ECF and email)