UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:18-cv-04814-AJN

JODI ROUVIERE, Individually and
ANDRE ROUVIERE, her husband, Individually,

    Plaintiff

v.

DePUY ORTHOPAEDICS, WC.,
DePUY PRODUCTS, INC.,
DePUY INTERNATIONAL, LIMITED,
JOHNSON & JOHNSON, INC.,
and JOHNSON & JOHNSON SERVICES, INC.,
and STRYKER CORPORATION,
STRYKER SALES CORPORATION, and
HOWMEDICA OSTEONICS CORORATION,
d/b/a STRYKER ORTHOPAEDICS

    Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2019
```

**ORDER ON MOTION TO APPEAR PRO HAC VICE**

The motion of Attorney Andre A. Rouviere for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Florida and that his contact information is as follows:

    Applicant's Name:    Andre A Rouviere
                             4070 Laguna Street
                             Coral Gables, Florida 33146
                             Tel: 305 774 7000
                             Fax: 305 946 6121

Applicant having requested to appear Pro HacVice to appear for all purposes as counsel for Plaintiff, Jodi Rouviere, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated   October 3, 2019

_/s/ Stewart D. Aaron_
United States District/Magistrate Judge