# EXHIBIT A



X-ray of Jodi Rouviere 8/14/2012 (Dr. Robert Buly)



Acetabular Shell — MDM CoCr Liner — Poly Insert — Femoral Head

(Stryker MDMX3 Surgical Technique Brochure, pg 1)



- Stryker Trident Acetabular shell
- Stryker MDM Poly Insert
- Stryker MDM Liner
- DePuy ceramic Biolex Head*
- Summit Femoral Stem*

(Stryker MDMX3 Surgical Technique Brochure, pg 20)

*Exemplar of Plaintiffs' Device(s)