# Larson, J.T.

| | |
|---|---|
| **From:** | Jodi Rouviere <jodi.jtm@gmail.com> |
| **Sent:** | Tuesday, April 23, 2019 9:51 AM |
| **To:** | Eaton, Joe |
| **Cc:** | Andre Rouviere; Larson, J.T. |
| **Subject:** | [EXTERNAL]Re: Rouviere v. DePuy, et al |

Joe,
Andre and I agree to your request for another 10 day extension.
Thanks,
Jodi


> On Apr 22, 2019, at 8:01 PM, Eaton, Joe <Joe.Eaton@btlaw.com> wrote:
>
> Andre - I am writing to request another 10 day extension of time to respond to plaintiff's discovery responses. I don't think we will need that long but I had to unexpectedly travel Monday- Wednesday this week and have not had a chance to finalize the documents responsive to your requests.
>
> We will not request another extension of time in connection with the discovery requests to DePuy.
>
> Thanks for your anticipated cooperation.
>
> If you have any questions, I can be reached by cell phone Tuesday afternoon.
>
> Thanks.
>
> Joe
>
> Joseph G. Eaton
>  Co-Chair, Toxic Tort Practice Group
> Barnes & Thornburg LLP
> ofc:  (317) 231-7705
> cell:  (317) 341-0080
>
> Sent from my iPad
> CONFIDENTIALITY NOTICE: This email and any attachments are for the
> exclusive and confidential use of the intended recipient. If you are
> not the intended recipient, please do not read, distribute or take
> action in reliance upon this message. If you have received this in
> error, please notify us immediately by return email and promptly
> delete this message and its attachments from your computer system. We
> do not waive attorney-client or work product privilege by the
> transmission of this message.