# EXHIBIT A

Camino, Tom [DPYUS]

**From:** Arscott, Ed [DPYUS]
**Sent:** Wednesday, October 31, 2001 2:37 PM
**To:** Camino, Tom [DPYUS]; McAdam, James [DPYUS]; Posthuma, Darci (DPYUS)
**Subject:** RE: Summit Duofix Packaging

I would reference that in the DHF for historical sake! Good News
Ed Arscott
Manager, Sterilization and Microbiology
●DePuy Orthopaedics, Inc.
(219) 372-7165 office
(219) 372-7018 fax

-----Original Message-----
**From:** Camino, Tom [DPYUS]
**Sent:** Wednesday, October 31, 2001 11:41 AM
**To:** McAdam, James [DPYUS]; Posthuma, Darci (DPYUS); Arscott, Ed [DPYUS]
**Subject:** RE: Summit Duofix Packaging

Jamie,

I talked with Rick Georgette at Biocoat regarding the resterilization issue for HA coatings. He stated that they have validated their HA to 4 Gamma sterilization cycles of 2.5 Mrads, and that this is contained in their Master File with the FDA.

Tom Camino                         (219)372-7095 (voice)
Staff Development Engineer         (219)372-7076 (fax)
Total Hips                         Tcamino@dpyus.jnj.com (email)


a *Johnson & Johnson* company
P.O. Box 988
700 Orthopaedic Drive
Warsaw, Indiana  46581-0988

-----Original Message-----
**From:** McAdam, James [DPYUS]
**Sent:** Wednesday, October 31, 2001 10:11 AM
**To:** Ritchie, Allan [DPYGB]; Chan, Amy [DPYUS]; Craft, Amy [DPYUS]; Donn, Andrew [DPYGB]; Ekdahl, Andrew [DPYUS]; Jacobs, Andy (DPYUS); McLeod, Andy [DPYGB]; Mann, Bob [DPYUS]; Kuchel, Brett [DPYUS]; Day, Carolyn (DPYUS); Jaggers, Chuck [DPYUS]; ONeil, Dan [DPYUS]; Posthuma, Darci (DPYUS); Smoker, Dave [DPYUS]; Waterson, Dave [DPYUS]; Daniels, David [DPYUS]; Tuttle, David [DPYUS]; Cassell, Dennis [DPYUS]; Reed, Diane [DPYUS]; Arscott, Ed [DPYUS]; Bozzo, Frank [DPYUS]; Surma, Gabe [DPYUS]; Young, Gordon [DPYUS]; Isaac, Graham [DPYGB]; Waterson, Heather [DPYUS]; Wood, Heather [DPYUS]; Datta, Jatinder [DPYUS]; Parker, Jeff [DPYUS]; Ebbinghouse, Jenniffer [DPYUS]; Lancaster, Jim [DPYUS]; Emenhiser, John [DPYUS]; Sutton, Julie [DPYUS]; Cohee, Kate (DPYUS); Schlefelbein, Ken [DPYUS]; Kaneko, Kiyoshi [DPYJP]; Cardarelli, Linda [DPYUS]; Whitaker, Lynette [DPYUS]; Arentz, Marcia [DPYUS]; Bixby, Marty [DPYUS]; Mast, Michael [DPYUS]; Garrison, Mitch [DPYUS]; Li, Panjian [DPYUS]; Wyatt, Paul [DPYUS]; Sloss, Ray [DPYUS]; Yantz, Rob [DPYUS]; Haas, Steve [DPYUS]; Leisinger, Steve [DPYUS]; Miller, Steve [DPYUS]; Render, Todd [DPYUS]; Rhoades, Todd [DPYUS]; Camino, Tom [DPYUS]; Plew, Tom [DPYUS]; Till, Tom [DPYUS]; Petrella, Tony [DPYUS]; Brookins, Tracy [DPYUS]; Walker, Wes [DPYUS]
**Subject:** Summit Duofix Packaging

Team,

We started packaging Summit Duofix again yesterday second shift. This is continuing today. All looks good.

1

The validation of the back-up sealing machine was successfully completed on Tuesday. The primary sealer has been sent back to the supplier for repairs. When that one comes back, it will again be validated so that we have two machines that can be used.

Best Regards,

James McAdam
Sr. Packaging Engineer

**DePuy**
a Johnson & Johnson company
(219)372-7331
Fax: (219) 372-7735
Jmcadam@dpyus.jnj.com

2

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          DEPUY ROUVIERE 0000550