# COMPOSITE EXHIBIT B

Printed By: Dave Temple

Status: Production

Date Printed: 09-Oct-2001 10:37:10



Number: DWG-157002070          Rev: A          ECO103438          DEPUY ROUVIERE 0000643

Printed By: Dave Temple

Status: Production

Date Printed: 09-Oct-2001 10:37:10



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY ROUVIERE 0000644

Number: DWG-1570020070

Rev: A    ECO103438

Printed By: Dave Temple



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPUY BOUVIERE 0000645

Printed By: Dave Temple

Status: Production

Date Printed: 09-Oct-2001 10:37:10



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Printed By: Dave Temple

Status: Production

Date Printed: 09-Oct-2001 10:37:10



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY ROUVIERE 0000647

Number: DWG-157002070     Rev: A     ECO1103438

Printed By: Dave Temple

Status: Production

Date Printed: 09-Oct-2001 10:37:10



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Number: DWG-157002070

Rev: A

ECO103438

DEPUY ROUVIERE 0000648

## Results

*Surface Analysis*

Scanning electron micrographs revealed minimal pore obstruction by the HA coating Fig. 2). From SEM images it has been estimated that the surface pore size was reduced by 10-20 %. Figure 2: (a) Porocoat (PC); (b) HA coated Porocoat (PCHA); (c) Grit blasted (GB); (d) HAp coated grit blasted (GBHA); (e) Smooth (S).

Figure 2a Porocoat (PC);



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEPUY_BOUKHRE_0000399

**Figure 2b** HA coated Porocoat (PCHA);



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY BOUVIERE 0000300

**Figure 2c** Grit blasted (GB);



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPUY-BOUVIERE-0000301

**Figure 2d –** HA coated grit blasted (GBHA);



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY ROUVIERE 0000302

**Figure 2e** - Smooth (S)



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY ROUVIERE 0000303

**Sum of Units**

| Part Number | Part Number Detail | Country | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 157012070 | SUMMIT DUOFIX | Australia | 1 | | | 4 | 2 | 2 | 1 | 6 | 1 | 3 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | | 28 |
| | | Belgium | | | | | | 2 | 3 | 4 | 5 | 7 | | 1 | | | | | 2 | | 24 |
| | | Ethicon Exp Affiliate | | | | | | | | | | | | 1 | | | | | 1 | | 2 |
| | | Great Britain | | | 1 | | 1 | 1 | | 1 | | 3 | 2 | 1 | 5 | | 1 | 1 | 5 | 3 | 27 |
| | | Latin America | | | | | | | | 1 | 2 | 4 | 2 | 1 | | | | 4 | 4 | | 15 |
| | | Luxembourg | | | | | | | | | | 1 | 1 | 1 | | | | | | | 1 |
| | | Mexico | | | | | | | | | | | | | | | 4 | 4 | 4 | 2 | 14 |
| | | New Zealand | | | | | | | | 1 | 1 | | | | | | | 1 | 1 | | 8 |
| | | South Africa | | | | | 1 | 8 | 3 | 8 | 9 | 5 | 12 | 20 | 13 | 7 | 9 | 7 | 7 | 5 | 113 |
| | | Spain | | | | 1 | | 2 | 3 | 5 | 4 | 3 | | 2 | 4 | 2 | | | 1 | | 16 |
| | | Turkey | | | | | | 12 | | 4 | | | | 2 | | | 1 | | | 4 | 32 |
| | | United Arab Emirates | | | | | | | | 1 | | | | 2 | | | 2 | | | 1 | 6 |
| | | US | 1 | 5 | 9 | 10 | 21 | 24 | 34 | 37 | 48 | 57 | 48 | 39 | 46 | 23 | 39 | 35 | 39 | 44 | 559 |
| **Grand Total** | | | 1 | 5 | 11 | 15 | 31 | 49 | 44 | 69 | 72 | 84 | 63 | 69 | 70 | 34 | 57 | 49 | 58 | 42 | 845 |

DEPUY_ROUVIERE_0000781

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| Country | Part Number | Part Number Description | Units | Year | Quarter | Month |
|---|---|---|---|---|---|---|
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 4Q2017 | Oct-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 4Q2017 | Oct-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 4Q2017 | Nov-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 4Q2017 | Dec-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 2.0000 | 2017 4Q2017 | Dec-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 4Q2017 | Dec-17 |
| Great Britain | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 4Q2017 | Oct-17 |
| South Africa | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 4Q2017 | Oct-17 |
| South Africa | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 3.0000 | 2017 4Q2017 | Nov-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Sep-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 2.0000 | 2017 3Q2017 | Sep-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Aug-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Aug-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Jul-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Jul-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Jul-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Jul-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Jul-17 |
| South Africa | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 3Q2017 | Sep-17 |
| Australia | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Apr-17 |
| Great Britain | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 2.0000 | 2017 2Q2017 | May-17 |
| Great Britain | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 2.0000 | 2017 2Q2017 | Jun-17 |
| New Zealand | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Jun-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Apr-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Apr-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Apr-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Apr-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Apr-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | May-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | May-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | May-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | May-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Jun-17 |
| US | 157012070 | SUMMIT DUOFIX TAP SZ1 HI OFF | | 1.0000 | 2017 2Q2017 | Jun-17 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY_ROUVIERE_0000782

| Country | Material | Quantity | Year/Quarter | Date |
|---|---|---|---|---|
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 2Q2017 | Jun-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 2Q2017 | Jun-17 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4.0000 | 2017 2Q2017 | Apr-17 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | -4.0000 | 2017 2Q2017 | May-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Jan-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Jan-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Feb-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Feb-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Feb-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Mar-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Mar-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Mar-17 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Jan-17 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2017 1Q2017 | Mar-17 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2017 1Q2017 | Feb-17 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Mar-17 |
| Spain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2017 1Q2017 | Mar-17 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Nov-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3.0000 | 2016 4Q2016 | Nov-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Dec-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Dec-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Dec-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Dec-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Dec-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Nov-16 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Dec-16 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2016 4Q2016 | Nov-16 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2016 4Q2016 | Dec-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 4Q2016 | Nov-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 3Q2016 | Jul-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 3Q2016 | Jul-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 3Q2016 | Aug-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 3Q2016 | Aug-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 3Q2016 | Sep-16 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY_ROUVIERE_0000783

| Country | Description | Quantity | Period | Date |
|---|---|---|---|---|
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 3Q2016 | Sep-16 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 3Q2016 | Jul-16 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2016 3Q2016 | Sep-16 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2016 3Q2016 | Jul-16 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | -2.0000 | 2016 3Q2016 | Aug-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Apr-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Apr-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Apr-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | May-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | May-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Jun-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Jun-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Jun-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Jun-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Jun-16 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | May-16 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 2Q2016 | Jun-16 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3.0000 | 2016 2Q2016 | Apr-16 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | -2.0000 | 2016 2Q2016 | Jun-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Jan-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2016 1Q2016 | Feb-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Mar-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Mar-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Mar-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Mar-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Mar-16 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Jan-16 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Mar-16 |
| New Zealand | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2016 1Q2016 | Mar-16 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Jan 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Feb 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Feb 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Feb 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Mar 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Mar 2015 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY_ROUVIERE_0000784

| Country | Description | Quantity | Quarter | Month |
|---|---|---|---|---|
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Mar 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Mar 2015 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5.0000 | 2015 1Q 2015 | Jan 2015 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | -4.0000 | 2015 1Q 2015 | Feb 2015 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2015 1Q 2015 | Mar 2015 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 1Q 2015 | Mar 2015 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 1Q 2015 | Jan 2015 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2015 1Q 2015 | Jan 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2015 2Q 2015 | Apr 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | May 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | May 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | May 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | Jun 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | Jun 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | Jun 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | Jun 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | Jun 2015 |
| United Arab Emirates | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2015 2Q 2015 | Apr 2015 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | Apr 2015 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2015 2Q 2015 | May 2015 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 2Q 2015 | May 2015 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 12.0000 | 2015 2Q 2015 | Jun 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Jul 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Jul 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Jul 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Aug 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | -1.0000 | 2015 3Q 2015 | Aug 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Aug 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Sep 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Sep 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Sep 2015 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 3Q 2015 | Jul 2015 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | -11.0000 | 2015 3Q 2015 | Jul 2015 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Oct 2015 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Dec 2015 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY_ROUVIERE_0000785

| Country | Part | Value | Quarter | Month |
|---|---|---|---|---|
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Dec 2015 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Nov 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Oct 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Oct 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Oct 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Nov 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Nov 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Nov 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Nov 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Nov 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Nov 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Dec 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Dec 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2015 4Q 2015 | Dec 2015 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Jan-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Jan-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Jan-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Feb-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Feb-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | -2.0000 | 2014 1Q 2014 | Mar-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Mar-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Mar-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Mar-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Mar-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Mar-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY_ROUVIERE_0000786

DEPUY_ROUVIERE_0000787

| Country | Product | Qty | Period | Date |
|---|---|---|---|---|
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | May-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | May-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Jun-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2014 2Q 2014 | Jun-2014 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Apr-2014 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 2Q 2014 | Jun-2014 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Jan-2014 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Feb-2014 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2014 1Q 2014 | Mar-2014 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4.0000 | 2014 1Q 2014 | Mar-2014 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 48 | 2009 | |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 9 | 2009 | |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2009 | |
| New Zealand | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2009 | |
| Belgium | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5 | 2009 | |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2009 | |
| Spain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4 | 2009 | |
| Latin America | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2009 | |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5 | 2010 | |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3 | 2010 | |
| New Zealand | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2010 | |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3 | 2010 | |
| Belgium | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 7 | 2010 | |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4 | 2010 | |
| Latin America | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3 | 2010 | |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 57 | 2010 | |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 12 | 2011 | |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2011 | |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2011 | |
| Luxembourg | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2011 | |
| Latin America | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2011 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| Country | Description | Qty | Year |
|---|---|---|---|
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 48.00 | 2011 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 20 | 2012 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2012 |
| United Arab Emirates | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2012 |
| Belgium | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2012 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2012 |
| Latin America | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2012 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2012 |
| New Zealand | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2012 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 39 | 2012 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 13 | 2013 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4 | 2013 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2013 |
| Latin America | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5 | 2013 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 46 | 2013 |
| Belgium | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4 | 2008 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2008 |
| Spain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5 | 2008 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 8 | 2008 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 6 | 2008 |
| New Zealand | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2008 |
| United Arab Emirates | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2008 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4 | 2008 |
| Latin America | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2008 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 37 | 2008 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2001 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5 | 2002 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2003 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2003 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 9 | 2003 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4 | 2004 |
| Spain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2004 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 10 | 2004 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2005 |
| Ethicon Exp Affiliate | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2005 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY_ROUVIERE_0000788

| Country | Item | Quantity | Year | Date |
|---|---|---|---|---|
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5 | 2005 | |
| New Zealand | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2005 | |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 21 | 2005 | |
| Belgium | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2006 | |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2006 | |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 8 | 2006 | |
| Spain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2 | 2006 | |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 12 | 2006 | |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 24 | 2006 | |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1 | 2007 | |
| Belgium | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3 | 2007 | |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3 | 2007 | |
| Spain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3 | 2007 | |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 34 | 2007 | |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 4.0000 | 2018 | 1 March 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 6.0000 | 2018 | 1 February 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5.0000 | 2018 | 1 January 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 3.0000 | 2018 | 2 June 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 6.0000 | 2018 | 2 May 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2018 | 2 April 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 5.0000 | 2018 | 3 September 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 8.0000 | 2018 | 3 August 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2018 | 4 December 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 4 November 2018 |
| US | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2018 | 4 October 2018 |
| Mexico | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2018 | 1 February 2018 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 3 July 2018 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 4 December 2018 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 1 March 2018 |
| Belgium | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 3 August 2018 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 4 October 2018 |
| United Arab Emirates | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 3 July 2018 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 3 September 2018 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | -1.0000 | 2018 | 1 March 2018 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 3 August 2018 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY_ROUVIERE_0000789

DEPUY_ROUVIERE_0000790

| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 1 February 2018 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 3 September 2018 |
| Australia | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 1 March 2018 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 2 April 2018 |
| Belgium | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 1 March 2018 |
| Turkey | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 3 July 2018 |
| Great Britain | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 1.0000 | 2018 | 3 September 2018 |
| South Africa | 157012070 SUMMIT DUOFIX TAP SZ1 HI OFF | 2.0000 | 2018 | 4 October 2018 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DEPUY ROUVIERE 0000433