UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODI ROUVIERE and ANDRE ROUVIERE, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC. and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS, <br><br> *Defendants*. | Case No. 1:18-cv-04814-LJL-SDA |

### DEPUY ORTHOPAEDICS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant DePuy Orthopaedics, Inc. n/k/a Medical Device Business Services, Inc., ("DePuy"), pursuant to Federal Rule of Civil Procedure 56, respectfully moves the Court for summary judgment on all of Plaintiffs Jodi and Andre Rouviere's claims against DePuy. As set out in DePuy's contemporaneously filed Brief in Support of its Motion for Summary Judgment, DePuy is entitled to judgment as a matter of law because there are no material facts in genuine dispute on any Plaintiffs' causes of action alleged against DePuy. Pursuant to Local Rule 56.1(a), annexed to this Motion is a separate, short and concise Statement of Undisputed Material Facts. Accordingly, DePuy respectfully requests that the Court grant its Motion for Summary Judgment and enter final judgment with prejudice in favor of DePuy on all claims asserted by Plaintiffs.

Dated:  October 21, 2020          Respectfully Submitted,

*/s/ J.T. Larson*
Joseph G. Eaton (#15731-29)
J.T. Larson (#31392-29)
Barnes & Thornburg, LLP

1

>11 South Meridian Street
>Indianapolis, Indiana 46204
>Telephone: (317) 236-1313
>Email: joe.eaton@btlaw.com
>   jt.larson@btlaw.com
>
>James F. Murdica
>BARNES & THORNBURG LLP
>43 West 43rd Street, Suite 175
>New York, NY 10036
>(312) 357-1313
>Email: jmurdica@btlaw.com
>
>*Attorneys for DePuy Orthopaedics, Inc. nka Medical Device Business Service, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was electronically served on the following counsel of record via the Court's electronic filing system on this 21st day of October, 2020:

>Andre Rouviere
>Jodi Rouviere
>4070 Laguna Street
>Coral Gables, Florida  33146
>
>Paul E. Asfendis
>GIBBONS, P.C.
>One Pennsylvania Plaza, 37th Floor
>New York, NY 10119

>*/s/ J.T. Larson*