UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JODI ROUVIERE and ANDRE ROUVIERE, | ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | Case No. 1:18-cv-04814-LJL-SDA |
| DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC. and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS, | ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56, that on

October 21, 2020 Defendant DePuy Orthopaedics, Inc. n/k/a Medical Device Business Services,

Inc., ("DePuy"), respectfully moved the Court for summary judgment on all of Plaintiffs Jodi and

Andre Rouviere's claims against DePuy.

Dated:  October 21, 2020          Respectfully Submitted,

*/s/ J.T. Larson*
Joseph G. Eaton (#15731-29)
J.T. Larson (#31392-29)
Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Email: joe.eaton@btlaw.com
          jt.larson@btlaw.com

1

James F. Murdica
BARNES & THORNBURG LLP
43 West 43rd Street, Suite 175
New York, NY 10036
(312) 357-1313
Email: jmurdica@btlaw.com

*Attorneys for DePuy Orthopaedics, Inc. nka*
*Medical Device Business Service, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was electronically served on the following counsel of record via the Court's electronic filing system on this 21st day of October, 2020:

Andre Rouviere
Jodi Rouviere
4070 Laguna Street
Coral Gables, Florida  33146

Paul E. Asfendis
GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

*/s/ J.T. Larson*

2