Hendersen who is a neuro surgeon and top for EDS in the US, in Washington, DC, by a friend who also suffers from Ehlers Danlos, I scheduled and waited the 5 months to see him.

**June 2014 Neck** Dr. Hendersen in Washington, viewed the same scans from Baptist and said the disc was displaced in the jaw. The brain was moving 9.5mm in the skull, ten times the normal movement...he said it was "the worst he had ever seen". The occiput to c2 had become unstable as well as C8-T2.

**Jaw** He sent me to Dr. Tregaskes in Virginia for the jaw and to an osteopath in Connecticut to find out about injecting prolotherapy into the upper cervical spine to increase stability.

On my flight home something happened. I got home and I felt HORRIBLE. I had to go straight to bed and spent the next week unable to sit up without incredible head banging and sinking pressure to the top of my head pushing me down, vomiting and unable to eat due to nausea. I was leaking clear fluid from my left nostril and left ear, w/weakness (unable to make a fist) slurring speech----I finally went to the **ER at South Miami Hospital.** They assumed a CSF leak but couldn't find it on the scan and home I went to lie in bed another week-----it finally settled a little.

Now, I am bed-ridden and cannot sit up straight without misery. I require assistance to do everything. Here is a full list of my symptoms in no order: I will literally be shaking…my head pumps, pumps, pumps and my heart pounds in my throat when I sit up. I cannot see well as everything is blurry and concave and my eyes are twitching, which makes me so nauseous that all I want to do is lay down. My pupils are constricted, thinking hurts and makes my head pound harder. My limbs are in so much pain, feet stay flexed on their own…have trouble controlling the bladder, eyes tear, tongue flutters, difficulty regulating temperature, tingling in scalp, forehead, frozen feeling right wrist, coughing and choking when sit up, ringing ears, tingling, burning and pain across occipital, trouble reading (ordering letters), concentrating through a sentence, finding syntax, memory loss, slurred speech when at worst and as day progresses, weakness to arms and legs and pain throughout arms and legs with pressure so cannot lift them- increases throughout day to immobility in evening, thundering in ears, unbalanced and feeling of swaying, sinking feeling as day progresses- being pushed downward on head or falling into ground, verge of wanting to vomit- start sweating and heart starts pounding nearing passing out and must sit and lay down, can't hold neck or head up, LEVEL 10 PAIN JOLT down my spine to my tailbone- lasts several seconds, things sound to be muffled- in a distance, turning head also increases symptoms.

I returned to Dr. Hendersen who suggested a fusion to the stem-C3 followed by another fusion of C8-T2. He expressed less than 20% benefit from the two surgeries for less than 5 years. I declined. I cannot sit up without holding my own head in my hands.

Dr. Hendersen notes:
There is rotation of the cervical spine evident on the straight axial views, suggesting considerable instability at the C1/2 and C2/3 levels. On the MRI, the flexion and extension shows a mild stenosis at C6/7. The Harris measurement in flexion is 15.5

mm. This reduces to 6 mm on extension, reflecting a 9.5 mm movement of the basion with respect to the odontoid. This fulfills the criteria for craniocervical instability. There is no basilar invagination, no Chiari malformation, and no syringomyelia. There is no pontus posticus. There are no other abnormalities.

IMPRESSION:
1. Underlying Ehlers-Danlos syndrome, hypermobility type.
2. Status post C3-C7 fusion and stabilization for cervical instability.
3. Ongoing instability, C1, C2, and C3 with severe headache, nausea, and diffuse sensory pains.
4. Craniocervical instability manifest in the 9 mm of movement between basion and odontoid.
5. Temporomandibular joint syndrome reflected clinically by palpation of the TMJ, by the exacerbation of pain wearing the neck brace, and from the findings on CT scan.
6. Cervical medullary syndrome secondary to craniocervical and atlantoaxial instability.
7. Ongoing mild stenosis, C6/7, due to residual disc posterior ligament
8. Probable vitamin deficiency, vitamin D in particular.

## May 2015 Metallosis and Right Hip-first claim of metallosis

My hip mis-positions again. I cannot walk and am in excruciating pain. I am admitted to Doctor's Hospital (Coral Gables, FL) for 6 days of testing as I believe my unstable hip and neurological symptoms could be relational to metallosis. Nerves in my right leg are being compromised as per nerve conduction tests. Dr. Carlos Alvarado (Miami) comes in to consult as my second opinion. He also doesn't want to reenter the cavity if not necessary. He believed the hip had carved out a notch in it and got stuck on me at times during movement. He does not feel he can do anything to better stabilize it at that time. He is happy to follow my care and help in whatever ways I think he can.

The metallosis test I was given in the hospital, I was told was negative, during a followup with Dr. Alvarado.

However, they do show levels of metals in my blood and were not disclosed to me:

05/18/2015 09:45 Mercury
BEI - Inorganic Mercury: 15.0
Detection Limit = 1.0
(0.0-14.9) ug/L

05/18/2015 09:45 Chromium
0.9
(0.1-2.1) ug/L
Detection Limit = 0.1

05/18/2015 09:45 ARS-Arsenic
5
(2-23) ug/L
Detection Limit = 1

05/17/2015 18:15 Copper
84

(72-166) ug/dL
Detection Limit = 5

PERFORMED AT: BN
LabCorp Burlington
1447 York Court
Burlington, NC 272153361
LAB DIRECTOR: William F Hancock, MD PHONE: 800-762-4344

I don't see Dr. Alvarado again until I dislocate the right knee and he is called from the South Miami Hospital (Miami, FL) ER in May, 2016.

**December 28, 2015** My abdomen looks swollen and feels the extreme pressure, equal to that of a four-month pregnancy. Abdominal weight gain from bloat. Recurrent proposed UTI's and sporadic painful tugging on the urethra. Pressure on vagina and rectum. Extreme lower back pain and extreme abdominal pressure has me literally climbing the walls in pain through the nights. Dull, bloated, burning feeling in abdomen, back and into vagina.

Two-day hospital stay indicates no UTI or kidney issues. This Doctor, Dr. Makras, South Miami Hospital, will be the same Doctor to FINALLY find this kidney stone 6 months later after I have been suffering in agony, all of the time thinking it was my back causing urinary issues. Dr. Makras told me in May 2016 that he believed that the stone was actually there during this visit and just not discovered, already in Dec, due to the size.

# 2016

## May 2016 Stem Cell

Arrived in Mexico with raging UTI and after hours of screaming agony and vomiting I went to ER in Mexico with UTI.
I was there to have 5 million stem cells injected into my body in hopes of boosting my system and eradicating the CSF leaks.

## May 2016

## SURGERY UTI/Kidney Stones

I had 8.5 mm kidney stone broken up after having suffered since the December 2015 hospital visit.

After the 5 days in the hospital, I was released with a stent and no antibiotics which caused an E-Coli infection and I ended up with 103 fever and back to the ER then admitted again to the hospital on IV antibiotics, for Mother's Day (Baptist, Miami).

## May 2016 Seizures

I had suffered and reported to my Osteopath who I see several times a month to relocate my joints, that I was experiencing seizures beginning in May 2016 . I was

thinking this again was related to the declining neck when it actually was the shutting down of my body from the metallosis.

### June 2016 Right Knee

I dislocated the right knee requiring an ER visit, then to the orthopedics office, then to the ER for

### SURGERY (Sedation) Right Knee (O.R. Report below)

Sedation to re-place the knee (Baptist Hospital, Miami).

Rouviere, Jodi L    Sex: F    BD: 10/31/1971    MR#: 000000165159    PT#: 764504148

**Op/Proc Report-Dictated**

🖨 Print this Page

Jun 13, 2016 12:00

Operative Report
Carlos Miguel Alvarado, MD
BHM

PATIENT NAME:           ROUVIERE, JODI
MEDICAL RECORD NUMBER:  000000165159
ACCOUNT NUMBER:         763188448
DATE OF ADMISSION:      06/13/2016
DATE OF OPERATION:      06/13/2016
PHYSICIAN:              Carlos Miguel Alvarado, MD
ASSISTANT SURGEON:
ROOM/SERVICE:           36ED01/EMR

PREPROCEDURE DIAGNOSIS: Right eye locked knee.

POSTPROCEDURE DIAGNOSIS: Right eye locked knee.

PROCEDURE: Manipulation under anesthesia, right knee.

ANESTHESIA: Conscious sedation.

ESTIMATED BLOOD LOSS: None.

COMPLICATIONS: None.

PATHOLOGY: None.

HEMOVAC DRAINS: None.

DISPOSITION: Home.

INDICATIONS: The patient is a 44-year-old female well known to me. She has history of the Ehlers-Danlos syndrome with multiple joint dislocations. In addition, she has history of right total hip arthroplasty done several years ago at Hospital for Special Surgery and lateral right knee meniscal tear. The patient has multiple episodes of knee locking due to this meniscal tear. In every episode she successfully managed with manipulation. She presented yesterday to the emergency department with this same problem. Manipulation was attempted, however, she was unable to tolerate. She then came to my office. I injected the knee with lidocaine, however, patient was still too uncomfortable to allow successful manipulation. She was then sent to the emergency department for conscious sedation. Risks, benefits, and alternatives were discussed at length with the patient. I did discuss should we be unable to straighten the knee with manipulation she would have to undergo an MRI scan and possible operative management. The patient understood, all questions were answered and consent form was signed.

DESCRIPTION OF PROCEDURE: Once consent form was signed, time-out was completed. Conscious sedation was administered by the emergency department

team. Once the patient was made comfortable, the knee was flexed to 90 degrees. A varus moment, or figure 4 position, was _____ upon the knee. Upon doing this, a pop was felt over the lateral joint line and the patient's knee fully extended without issue. Her pain was relieved immediately. She was placed in a knee immobilizer brace and awoke from conscious sedation without any issue.

POSTOPERATIVE PLAN: Knee immobilizer until MRI is completed. Once MRI is complete, I will discuss further treatment options with the patient. At this point, she may be weightbearing as tolerated. Pain medication as needed, Tylenol or nonsteroidal anti-inflammatory, and follow up in the office once MRI is complete.

CMA/MedQ
D: 06/13/2016 20:39:33
T: 06/13/2016 22:12:33
Job #: 267956/702603128

CARLOS MIGUEL ALVARADO, MD 152918

Meanwhile during the 30 hours the right knee was displaced, it rocked the right prosthetic hip, out of its position as well.

## August 2016 Right Hip

## SURGERY (Sedation) Right Hip (O.R. Report below)

Two months later, after suffering incredible constant tormenting unbearable pain, after injecting the hip and running many additional exams, it required sedation to re-place the right hip as well (Baptist Hospital, Miami). This was done by Dr. Alvarado, Miami.



Rouviere, Jodi L    Sex:F    BD:10/31/1971    MR#:000000165159    PT#:764504148

**Op/Proc Report-Dictated**                                                     Aug 19, 2016 12:00

Print this Page

Operative Report
Carlos Miguel Alvarado, MD
BHM

PATIENT NAME:           ROUVIERE, JODI
MEDICAL RECORD NUMBER:  000000165159
ACCOUNT NUMBER:         763846219
DATE OF ADMISSION:      08/19/2016
DATE OF OPERATION:      08/19/2016
PHYSICIAN:              Carlos Miguel Alvarado, MD
ASSISTANT SURGEON:
ROOM/SERVICE:           3105/EDA

PREPROCEDURE DIAGNOSIS: Right painful total hip.

POSTPROCEDURE DIAGNOSIS: Right painful total hip.

PROCEDURE: Manipulation and examination under anesthesia of the right hip.

ANESTHESIA: Sedation.

ESTIMATED BLOOD LOSS: None.

IMPLANTS: None.

COMPLICATIONS: None.

DISPOSITION: To PACU in stable condition.

INDICATIONS: The patient is a 44-year-old female, with history of Ehlers-Danlos syndrome, well known to me. I have seen her in my office many times with worsening pain about the right hip. Etiology is unclear. Labs, imaging, injections have been equivocal and she has failed to improve given conservative management. At this point, the plan was to take her to the operating room for examination under anesthesia with possible revision total hip arthroplasty. I discussed this at length with the patient including risks of surgery. I also discussed how given the fact that her source of pain was unclear, I was unable to provide any guarantees that I would be able to improve the situation. For this reason, I had initially just told the patient that I would of course do the examination in an attempt to identify any mechanical issues with the implant and should I be unable to identify them we would have to rethink our plan. Patient was consented for revision total hip arthroplasty in the event that there was a definite mechanical issue with the implant identified under the examination. All parties were happy with this plan and consent was signed and we proceeded.

DESCRIPTION OF PROCEDURE: After discussion in the preoperative holding area, the right lower extremity was marked. Antibiotics were held. The patient was taken to the OR. Sedation was provided by the anesthesia team.



She was placed supine on the Jackson flat table. X-rays were brought in and after completing a formal time-out, noting the x-rays up in the room, as well as the marking on the right lower extremity and ensuring that the patient was fully comfortable and sedated, I proceeded to manipulate the hip. I flexed it first to 120 degrees, without any issues. A cross-table lateral was taken demonstrating no anterior impingement with no subluxation or threatening of the femoral head. At that point, I internally rotated to approximately 45 degrees under cross-table lateral x-ray, taking images demonstrating no impingement, no threatening of the femoral head, no dislocation, no subluxation. At that point, I externally rotated to approximately 70 degrees with the hip flexed at 90. Once again with no impingement, no threatening, no subluxation of the femoral head. At that point, I came up to an AP. I laid the leg in a neutral position and applied in-line traction, demonstrating no pistoning at the head/neck junction. No pistoning of the femoral head at all within the acetabulum. I gently extended the hip as well. There was a posterior impingement of the femoral neck on the rim of the acetabulum; however, certainly the range of motion was an excellent physiologic arc and there was no anterior subluxation or threatening of the femoral head. At this point, I adducted the leg without any subluxation or impingement and then abducted the leg once again without any subluxation or impingement.

Upon my initial taking of the leg through range of motion, I did feel some pop, which could have represented as a band of the scar tissue possibly causing her discomfort. At this point, I did not feel comfortable proceeding with any revision total hip arthroplasty, as her etiology of pain was unclear, the position of the implants appeared excellent, the hip was very stable throughout physiologic arc with no signs of instability or mechanical failure. I allowed the patient to begin to awaken from anesthesia, and went to speak with her family. I discussed all the findings and discussed what I would like to do going forward is to allow the patient to fully awaken and to see if she had any improvement in her symptoms with the simple manipulation. They agreed that this was a reasonable plan of action. Certainly we can always proceed with a revision total hip arthroplasty if she remains significantly painful. However, prior to doing any aggressive intervention, I would like to have a specific diagnosis with which we are trying to improve. The family was in full agreement. The patient was allowed to awaken fully from anesthetic and upon awakening she felt much better. She was placed into an abduction pillow, mostly just for positioning. It is certainly not necessary. However, she felt a significant improvement and was pain free on active range of motion upon awakening.

At this point, the plan will be the patient will begin physical therapy, gait training, weightbearing as tolerated without any restrictions. If she remains pain free, then obviously due no further intervention is necessary. If she has significant amount of pain, then we can revisit the possibility of revision total hip arthroplasty.

CMA/MedQ
D: 08/19/2016 15:21:14
T: 08/19/2016 17:37:39
Job #: 390914/710335184

CARLOS MIGUEL ALVARADO, MD 152918

## Sept 2016 Neck and Back

MRI New findings indicate spinal cord damage at the hip juncture and new and extremely concerning lumbar issues that the Doctor told me makes us not even think about the very severe neck and brain issues any more.

**FINDINGS:** The vertebrae have normal height with straightening of the cervical lordosis. Atlantoaxial and basicervical relationships appear normal.

C2-3 Level: Slight anterolisthesis. Hypertrophic right facet produces mild narrowing of the right neural foramen. The left neural foramen is patent.

C3-4 Level: Status post fusion. The neural foramina are patent. No significant stenosis.

C4-5 Level: Status post fusion. The neural foramina are patent. No significant stenosis.

C5-6 Level: Status post fusion. The neural foramina are patent. No significant stenosis.

C6-7 Level: Status post fusion. The neural foramina are patent. No significant stenosis.

C7-T1 Level: Disc bulge indents the anterior thecal sac. The neural foramina are patent.

Cord signal, posterior fossa structures and paraspinal tissues appear unremarkable.

**IMPRESSION:**
1. Straightening of the cervical lordosis.
2. C2-3 Level: Slight anterolisthesis. Hypertrophic right facet produces mild narrowing of the right neural foramen. The left neural foramen is patent.
3. C3-4 Level: Status post fusion. The neural foramina are patent. No significant stenosis.
4. C4-5 Level: Status post fusion. The neural foramina are patent. No significant stenosis.
5. C5-6 Level: Status post fusion. The neural foramina are patent. No significant stenosis.
6. C6-7 Level: Status post fusion. The neural foramina are patent. No significant stenosis.
7. C7-T1 Level: Disc bulge indents the anterior thecal sac. The neural foramina are patent.

## October 2016 Right Hip

Remains painful, unstable and it dislocates frequently throughout the day and night. Extreme pain especially when not in its position and trying to reposition it. Right knee remains braced as it slips around and will dislocate. The hip is doing the same and is not stable either. I continue to seek care from Dr. Alvarado and see him almost weekly begging him to help me. He doesn't see anything on his many scans and hesitates to go

in but sees the extreme decline to my function, spine and hip and agrees to open me up.

## November 11, 2016 Right Hip & Metallosis

## SURGERY Right hip revision/ Metallosis

Dr. Carlos Alvarado, Baptist Hospital, Miami

Metallosis embedded in the hip tissue "like the tin man" the surgeon says. (Photo and O.R. Report below) Tissue samples and new blood work also confirm metallosis.



# * Final Report *

### Procedure Name
Revision R THA head and liner

### Consent
yes

### Indication
45-year-old female well-known to me. Status post right total hip arthroplasty done 4 years ago at Hospital for special surgery. Has been presented to me over the last year with worsening pain about the hip. All studies including MRI, CT, bone scan, labs, aspiration have all been negative. However on physical exam patient is exquisite pain with range of motion difficulty with ambulation and for the last several months has been in a wheelchair. This is very strange as she at baseline is very healthy and active. She does have some underlying baseline medical issues specifically Ehlers-Danlos which for some reason resulted in traumatic injury to the hip resulting post traumatic arthritis and eventual total hip arthroplasty. Had lengthy discussions with her about treatment options. Patient at this point was a significant amount of pain and eager to proceed with anything that would improve her clinical situation. For this reason she was admitted today for revision right total hip arthroplasty. Risks of surgery were discussed including infection, bleeding, need for blood transfusion, blood clot, need for revision surgery, pain stiffness scarring, neurovascular injury, dislocation, fracture, need for further surgery. However given her pain and disability she was eager to proceed with revision right total hip arthroplasty.

### Location
Surgeon: Carlos Alvarado, MD
Assistant: Curbelo, Gonzalez

Preprocedure diagnosis: Mechanical failure R tha
Postprocedure diagnosis: mechanical failure R THA with trunionosis and metal debris

### Pre-Procedure Exam

Procedural Sedation
GETA

### Technique
IV antibiotics and tranexamic acid were administered. The patient was taken to the OR. General anesthesia was induced and she was placed right side up lateral decubitus position on the Jackson flat table. All bony prominences were padded and the axillary roll was placed. Patient was stabilized using the pegboard hip positioner. Left lower extremity was prepped and draped in the usual sterile fashion after completing formal timeout of the x-rays of the room as well as the marking on the right lower extremity. Toe blade technique was used to excise the previous incision. It was a straight incision over the posterior lateral aspect greater trochanter. There did appear to be a bit of a soft tissue defect in the fascia. Upon excising the previous scar. Full-thickness flaps were elevated and the fascia was identified. There was a small rent in the fascia at the distal aspect of the incision. I used this to extend my fascial incision and upon opening the fascia saw a significant amount of grayish brown soft tissue consistent with metal debris. In addition there was a significant amount of posterior structure which had been destroyed from the aggressive medical reaction. I went ahead and debrided the posterior structures further to remove all metal debris. I identified the sciatic nerve and then debrided all tissue deep to it being sure to protect the sciatic nerve throughout the debridement once this was complete the implants are visualized nicely there the hip was dislocated and the patient had a MDM head with what appeared to be a Depew Summit stem. The head was disengaged and I inspected both the trunnion did not show much where however the inside of the ceramic head which looked to be a strike her head which had been married to a

| Result Type: | Operative Report |
|---|---|
| Result Date: | November 11, 2016 20:42 EST |
| Result Status: | Auth (Verified) |
| Result Title/Subject: | Procedure Note |
| Performed By/Author: | Alvarado, Carlos M MD on November 11, 2016 20:52 EST |
| Verified By: | Alvarado, Carlos M MD on November 11, 2016 20:52 EST |
| Encounter Info: | 900354082, BH_Baptist, AM Admit, 11/11/2016 - 11/13/2016 |