USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jodi Rouviere, et al.,

                Plaintiffs,

-against-

Depuy Orthopaedics, Inc. et al.,

                Defendants.

1:18-cv-04814 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Before the Court is a motion by Defendant Howmedica Osteonics Corp. ("Howmedica") to seal additional filings regarding the name and employer of Plaintiff's disqualified engineering expert. (*See* ECF No. 210.) On November 6, 2020, Howmedica was ordered to show cause why the requested documents shall be sealed (and why previously-sealed documents should remain under seal). (*See* ECF No. 211.) On November 13, 2020, Howmedica timely filed its response to the order to show cause. (*See* ECF No. 213.)

    Having reviewed Howmedica's response, the Court grants Howmedica's motion with conditions. It is hereby ORDERED that the documents that the Court provisionally had placed under seal (*i.e.*, ECF Nos. 158, 179, 182, 188, 203) shall remain under seal. No later than November 30, 2020, Howmedica shall redact any confidential information from each of these filings and file on the public docket redacted versions of each of these filings. The Court thereafter shall review the publicly filed versions to ensure that Howmedica was not over-inclusive in its redactions.

    The Court has reviewed the redactions made by Howmedica to ECF Nos. 171 to 174, 181 and 191 to 192 (*see* redacted versions filed at ECF No. 215-1 to 215-9) and hereby approves them.

**SO ORDERED.**

Dated:        New York, New York
               November 14, 2020

                                                                                                      _____
                                                                                                      STEWART D. AARON
                                                                                                       United States Magistrate Judge