# Exhibit 1

# INITIAL CONFLICT CHECK

### *PLEASE DO NOT INCLUDE CONFIDENTIAL INFORMATION*

▮▮ ▮▮▮▮▮▮▮▮ performs a conflict check to ensure that we are not working with the opposing side on the same litigation or related technology prior to discussing details and pertinent background of the project requested.

Please complete the form below and email this to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The conflict clearance process typically takes a minimum of 1-2 hours. As soon as possible after the check has completed, we will notify you the check has cleared and schedule a more detailed discussion, or we will simply notify you we cannot work with you on this project.

Your position: (underline one)   Plaintiff   Defendant   Other_____

**Plaintiff's Information**

| | | | |
|---|---|---|---|
| Law Firm: | Law office of Andre Rouviere | Client(s): | Jodi Rouviere |
| Attorney(s): | Andre Rouviere | | |

**Defendant's Information**

| | | | |
|---|---|---|---|
| Law Firm: | Barnes & Thornburg | Client(s): | Depuy Orthopeodics |
| Attorney(s): | Joe Eaton | | |
| | JT Larson | | |
| | GIBBONS | | |
| | Paul Asfendis | | Stryker Orthopeodics |

**Subject Matter**
Please enter the name of the compound (trade name and name of API if known) or other subject matter for analysis, e.g. patent number(s). Please do not include confidential information.

> **Do you have** the capability to perform Electron microscopy...Energy dispersive X-ray analysis to see if there are metals coating on or in the core of a kidney stone, The plaintiff has suffered Metallosis. Time is of the essence.   I look forward to your response. Thank you

This Initial Conflict Check form does not establish a client relationship with ▮▮ ▮▮▮▮▮▮▮▮. Your submission of this Initial Conflict Check form alone will not preclude ▮▮ from working with any other clients in a matter where their interests may be adverse to persons or entities that have a relationship with you.

**RETURN COMPLETED FORM TO** conflictcheck