*Law Offices of*
**ANDRE A. ROUVIERE**
Merrick Park Law Center
4070 Laguna Street
Coral Gables, Florida 33146
e-mail: Andre@Rouvierelawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020
```

André A. Rouviere                                   Telephone (305) 774-7000
Lissette B. Cruz                                    Fax (305) 946-6121

November 24, 2020

VIA ECF                                             ENDORSEMENT: Plaintiffs' motion
Honorable Lewis J. Liman                            to seal ECF No. 226 is GRANTED.
Daniel Patrick Moynihan                             The Court shall place ECF No. 226
United States Courthouse                            under seal.
500 Pearl St.                                       SO ORDERED.
New York, NY 10007-1312                             Dated: November 25, 2020

**Re: Rouviere v. DePuy Orthopaedics, et al.**
**Civil Action No. 1:18-cv-4814 (AJN)**

Dear Judge Liman,

Pursuant to the Local Rules of the Southern District of New York and this Court's procedure, below please find the Plaintiffs, Jodi Rouviere and Andre Rouviere's, letter motion to ask the court to seal DKT 226 filed late last evening. There were several issues trying to upload the numerous documents and attachments. In the attempt to separate to hope to get the documents to upload and the need to re-attach each time, Plaintiffs in error re-attached the documents several times attempting to upload until it did, counsel attached the un redacted version in error including previously sealed information, even though the original attempt and intention was to file the redacted version of the Memorandum in Opposition of the Defendant Depuy's Motion for Summary Judgment.

Plaintiffs thank the court for its understanding.

**LAW OFFICES OF ANDRE A. ROUVIERE**
Attorneys for Plaintiffs
Merrick Park Center
4070 Laguna Street
Coral Gables, Florida 33146
Tel:(305) 774-7000
Email: andre@rouvierelawfirm.com

By*: /s/Andre A. Rouviere*
ANDRE A. ROUVIERE
F.B.N. 826073

cc: All Counsel of Record (*via ECF*)