*Law Offices of*
**ANDRE A. ROUVIERE**
Merrick Park Law Center
4070 Laguna Street
Coral Gables, Florida 33146
e-mail: Andre@Rouvierelawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020
```

André A. Rouviere　　　　　　　　　　　　　　　　　Telephone (305) 774-7000
Lissette B. Cruz　　　　　　　　　　　　　　　　　　Fax (305) 946-6121

November 24, 2020

VIA ECF
Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

ENDORSEMENT: Plaintiffs' motion to seal ECF No. 227 is GRANTED. The Court shall place ECF No. 227 under seal. Plaintiffs shall refile Plaintiffs' Statement of Disputed Facts with the names at issue redacted.
SO ORDERED.
Dated:  November 25, 2020

*[signature]*

**Re: Rouviere v. DePuy Orthopaedics, et al.**
<u>**Civil Action No. 1:18-cv-4814 (AJN)**</u>

Dear Judge Aaron:

　　On behalf of the Plaintiffs, I submit this letter motion pursuant to the Local Rules of the Southern District of New York and this Court's procedure, requesting the Court to place under seal ECF 227 (Plaintiffs' Statement of Disputed Facts) filed just after midnight last night. This document contains certain names which are required to be redacted pursuant to this Court's order. This failure to redact was unintentional and needs to be remedied by placing the filed document (ECF# 217) under seal and Plaintiffs refiling with the names redacted.

　　Plaintiffs thank the Court for its understanding.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**LAW OFFICES OF ANDRE A. ROUVIERE**
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Merrick Park Center
　　　　　　　　　　　　　　　　　4070 Laguna Street
　　　　　　　　　　　　　　　　　Coral Gables, Florida 33146
　　　　　　　　　　　　　　　　　Tel:(305) 774-7000
　　　　　　　　　　　　　　　　　Email: andre@rouvierelawfirm.com
　　　　　　　　　　　　　　　　　By*: /s/Andre A. Rouviere*
　　　　　　　　　　　　　　　　　ANDRE A. ROUVIERE
　　　　　　　　　　　　　　　　　F.B.N. 826073

cc: All Counsel of Record (*via ECF*)