# BARNES & THORNBURG LLP

J.T. Larson
317-231-7729
Jt.larson@btlaw.com

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020
```

November 25, 2020

*Via Electronic Court Filing*
Honorable Stewart D. Aaron, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

ENDORSEMENT: Request GRANTED *nunc pro tunc*. SO ORDERED.
Dated: November 25, 2020

*/s/ Stewart D. Aaron*

**Re:**   *DePuy's First Letter Motion to Seal Dkt. 222-1.*

Dear Judge Aaron:

  DePuy Orthopaedics, Inc. ("DePuy") (now known as Medical Device Business Services, Inc.), pursuant to this Court's local rules and Your Honor's individual rules of practice, respectfully requests that the Court seal from public view the List of Prior Testimony produced by Plaintiffs on September 21, 2020 and attached as Exhibit 1 to DePuy's Reply in support of its Motion to Strike Opinions of John Jarrell, which is currently filed at Dkt. 222-1. Filing this document under seal comports with this Court's prior orders regarding the Disqualified Expert, as the document discloses the identity of the Disqualified Expert. [*See* Dkt. 195.] Therefore, DePuy requests that the Court accept the redacted version of the Prior Testimony List that DePuy filed with its Reply brief.

              Very truly yours,

              */s/ J.T. Larson*

              J.T. Larson