# BARNES & THORNBURG LLP

J.T. Larson
317-231-7729
Jt.larson@btlaw.com

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

January 7, 2021

*Via Electronic Court Filing*
Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:**   *Notice of Agreed Briefing Schedule Regarding Plaintiffs' Objections to Judge Aaron's November 2020 and December 2020 Orders [ECF No. 267.]*

Dear Judge Liman:

Counsel for DePuy Orthopaedics, Inc. ("DePuy") (now known as Medical Device Business Services, Inc.), hereby notifies the Court that on January 6, 2021, he conferred with counsel for Plaintiffs and that Plaintiffs have agreed to the briefing schedule set forth in the January 6, 2020 Motion filed as ECF No. 268.

Accordingly, DePuy's Opposition to Plaintiffs' Objection shall be filed by January 19, 2021, and Plaintiffs' Reply in Support of their Objection shall be filed by January 26, 2021.

Very truly yours,

*/s/ J.T. Larson*

J.T. Larson

The briefing schedule set forth in the letter motions at Dkt. Nos. 268, 271 is GRANTED.

SO ORDERED. 1/7/2021.

LEWIS J. LIMAN
United States District Judge