# BARNES & THORNBURG LLP

J.T. Larson
317-231-7729
Jt.larson@btlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2021
```

*Via Electronic Court Filing*
Honorable Stewart D. Aaron, U.S.D.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Request GRANTED. SO ORDERED.
Dated: April 2, 2021

*/s/ Stewart D. Aaron*

Re:   *Parties' Request to Set Briefing Schedule on Plaintiffs' Request for Modification of Scheduling Order [Dkt. 287]*

Dear Judge Aaron:

    DePuy Orthopaedics, Inc. ("DePuy"), pursuant to this Court's local rules and Your Honor's individual rules of practice, respectfully writes to the Court to set a briefing schedule regarding *Plaintiffs' Request for Modification of Scheduling Order [Dkt. 287]* which was filed on Wednesday, March 31, 2021.

    Counsel for DePuy has conferred with counsel for Howmedica Osteonics, Inc. and Plaintiffs regarding the letter-motion. Defendants strongly dispute the allegations and characterizations in Plaintiffs' letter-motion and look forward to the opportunity to respond and correct the record. The parties have agreed to the following briefing schedule:

- **Defendants' Oppositions Due on Monday, April 12, 2021; and**

- **Plaintiffs' Reply Due on Friday, April 16, 2021.**

The parties respectfully request that the Court enter an order permitting the same.

Very truly yours,

*/s/ J.T. Larson*

J.T. Larson