```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jodi Rouviere et al.,

                Plaintiffs,

-against-

Depuy Orthopaedics, Inc. et al.,

                Defendants.

1:18-cv-04814 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On Wednesday, April 28, 2021, at 2:00 p.m. EDT, the Court will hold a telephonic oral argument regarding Plaintiffs' pending motion to modify the current scheduling order, pursuant to Rule 16(d) of the Federal Rules of Civil Procedure, to permit the submission of supplemental expert reports. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

In addition, it is hereby ORDERED, as follows:

1. No later than Friday, April 23, 2021, DePuy shall file a letter setting forth whether "DePuy's counsel and Plaintiffs agreed that DePuy would provide copies to Plaintiff of any records or materials obtained pursuant to the signed release provided to DePuy's counsel," as set forth in Plaintiffs' Motion (*see* Pls.' Mot., ECF No. 287, at 2 n.3.); and

2. No later than Friday, April 23, 2021, Plaintiffs shall file proof regarding the agreement they assert was made, as set forth in paragraph 1 above (*e.g.*, copies of correspondence, sworn declaration, etc.).

**SO ORDERED.**

Dated:   New York, New York
         April 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge