## Larson, J.T.

| | |
|---|---|
| **From:** | Larson, J.T. |
| **Sent:** | Wednesday, January 16, 2019 12:59 PM |
| **To:** | André Rouviere |
| **Cc:** | Eaton, Joe; Asfendis, Paul E.; Wolverton, Laura |
| **Subject:** | RE: Rouviere - DePuy's First Written Discovery Requests |
| **Attachments:** | Rouviere Authorization Robert Buly, M.D.(13882687.1).docx; Rouviere Authorization The Hospital for Special Surgery(13882684.1).docx; Rouviere Authorization Carlos Alvarado, M.D.(13882677.1).docx; Rouviere Authorization Doctors Hospital Florida(13882657.1).docx; Rouviere Authorization Baptist Health South Florida(13882207.1).docx |

Andre:

We have prepared the attached documents authorizing Jodi's health care providers to disclose health information and medical records to us in connection with your lawsuit. These are our standard authorizations that we submit to providers in each case. Please give me a call if you have any questions, and sign and return the authorizations to us when you can. Thank you.

J.T.

**J.T. Larson**
Barnes & Thornburg LLP
11 South Meridian Street, Indianapolis, IN, 46204-3535
Direct: (317) 231-7729 | Mobile: (317) 691-9686 | Fax: (317) 231-7433



Atlanta | Chicago | Dallas | Delaware | Indiana | Los Angeles | Michigan | Minneapolis | Ohio | Washington D.C.

---

**From:** Larson, J.T.
**Sent:** Wednesday, January 16, 2019 12:16 PM
**To:** 'André Rouviere'
**Cc:** Eaton, Joe; 'Asfendis, Paul E.'; Wolverton, Laura
**Subject:** Rouviere - DePuy's First Written Discovery Requests

Andre:

Please find attached DePuy's First Set of Interrogatories and First Requests for Production in Microsoft Word format. We have also served you copies of the same by U.S. Mail. Please call us if you have any questions. Thanks.

J.T.

**J.T. Larson**
Barnes & Thornburg LLP
11 South Meridian Street, Indianapolis, IN, 46204-3535
Direct: (317) 231-7729 | Mobile: (317) 691-9686 | Fax: (317) 231-7433



Atlanta | Chicago | Dallas | Delaware | Indiana | Los Angeles | Michigan | Minneapolis | Ohio | Washington D.C.

Atlanta | Chicago | Dallas | Delaware | Indiana | Los Angeles | Michigan | Minneapolis | Ohio | Washington D.C.