# Larson, J.T.

| | |
|---|---|
| **From:** | Eaton, Joe |
| **Sent:** | Friday, March 1, 2019 2:22 PM |
| **To:** | Larson, J.T. |
| **Subject:** | FW: Rouviere, Jodi - Medical records |

**From:** Wolverton, Laura
**Sent:** Friday, March 01, 2019 2:20 PM
**To:** PAsfendis@gibbonslaw.com; andre@rouvierelawfirm.com
**Cc:** Eaton, Joe
**Subject:** Rouviere, Jodi - Medical records

**You have received 4 secure files from laura.wolverton@btlaw.com.**
Use the secure links below to download.

Attached are records received thus far for Ms. Rouviere.

Laura Wolverton
Paralegal
Barnes & Thornburg LLP

## Secure File Downloads:
Available until: **31 March 2020**

Click links to download:

   **Rouviere, Jodi - Carlos Alvarado, M.D(14064594.1).pdf**
   11.04 MB, Fingerprint: 88f6c46419a8faf8965c6bcd37d649b8 (What is this?)

   **Rouviere, Jodi - Hospital for Special Surgery(14049517.1).pdf**
   6.87 MB, Fingerprint: f01106041ede9b4b572b630c4c04528f (What is this?)

   **Rouviere, Jodi - Robert Buly, M.D.(13979574.1).pdf**
   1.33 MB, Fingerprint: 2369037042f576eeecf00a763eadfed3 (What is this?)

   **ROUVIERE_JODI-Doctors Hospital RECORDS(14081593.1).pdf**
   8.93 MB, Fingerprint: efb0c20f100867ef01c9dc4e8d88d919 (What is this?)

You have received secure links within this email sent via Barnes & Thornburg LLP BTFileShare. To retrieve the files, please click on the links above. To learn how your company can benefit from Accellion Secure File Sharing, please visit http://www.accellion.com

Secured by Accellion

# Larson, J.T.

| | |
|---|---|
| **From:** | Wolverton, Laura |
| **Sent:** | Wednesday, June 12, 2019 9:51 AM |
| **To:** | andre@rouvierelawfirm.com; PAsfendis@gibbonslaw.com |
| **Cc:** | Eaton, Joe |
| **Subject:** | Rouviere, Jodi - Medical records  - Brian Dougherty |

**You have received 1 secure file from laura.wolverton@btlaw.com.**
Use the secure link below to download.

Attached are records received for Ms. Rouviere.

Laura Wolverton
Paralegal
Barnes & Thornburg LLP

## Secure File Downloads:
Available until: **31 March 2020**

Click link to download:

**2019-06-11 Rouviere - Dr. Brian Dougherty.pdf**
4.37 MB, Fingerprint: bad3b0407d4655dc5e6c0267aa336fa6 (What is this?)

You have received secure links within this email sent via Barnes & Thornburg LLP BTFileShare. To retrieve the files, please click on the links above. To learn how your company can benefit from Accellion Secure File Sharing, please visit http://www.accellion.com

Secured by Accellion

# Larson, J.T.

| | |
|---|---|
| **From:** | Wolverton, Laura |
| **Sent:** | Tuesday, June 11, 2019 1:21 PM |
| **To:** | andre@rouvierelawfirm.com; PAsfendis@gibbonslaw.com |
| **Cc:** | Eaton, Joe |
| **Subject:** | Rouviere, Jodi - Medical records  - John Hopkins Hospital |

**You have received 1 secure file from laura.wolverton@btlaw.com.**
Use the secure link below to download.

Attached are records received for Ms. Rouviere.

Laura Wolverton
Paralegal
Barnes & Thornburg LLP

**Secure File Downloads:**
Available until: **31 March 2020**

Click link to download:

**2019-06-11 Rouviere John Hopkins Hospital .pdf**
3.64 MB, Fingerprint: 9899f8b19492359a0e5b9ab03ca362eb (What is this?)

You have received secure links within this email sent via Barnes & Thornburg LLP BTFileShare. To retrieve the files, please click on the links above. To learn how your company can benefit from Accellion Secure File Sharing, please visit http://www.accellion.com

Secured by Accellion