# Wolverton, Laura

| | |
|---|---|
| **From:** | BTFileshare@btlaw.com |
| **Sent:** | Thursday, October 31, 2019 2:11 PM |
| **To:** | pasfendis@gibbonslaw.com; andre@rouvierelawfirm.com; jodi.jtm@gmail.com; skhansari@gibbonslaw.com |
| **Cc:** | Eaton, Joe |
| **Subject:** | Rooviere v. DePuy - Baptist Hosptial Miami - Pathology |

**BTFileShare**
**BARNES & THORNBURG LLP**

**You received 1 file from laura.wolverton@btlaw.com via BTFileshare**

Please find a link to records from Baptist Hospital Miami.

Laura Wolverton
Paralegal
Barnes & Thornburg LLP


2019-10-31 Rouviere Baptist Hospital Pathology.pdf
840.30 KB

File links expire: Nov 30, 2019

**Access files**

*Secured by* **Accellion**

1