UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No.: 1:18-cv-04814-AJN

**Magistrate Judge Stewart Aaron**

JODI ROUVIERE, and
ANDRE ROUVIERE,

      Plaintiffs,

v.

DEPUY ORTHOPAEDICS, INC.,
and HOWMEDICA OSTEONICS CORPORATION,
d/b/a STRYKER ORTHOPAEDICS,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING DECLARATION OF ANDRE ROUVIERE
PURSUANT TO COURT'S APRIL 19, 2021 ORDER (ECF 293)**

      Plaintiffs, Jodi Rouviere and Andre Rouviere, through their undersigned counsel and pursuant to this Court's April 19, 2021 Order (ECF No. 293), submit the attached April 23, 2021 Declaration of Plaintiff Andre Rouviere and Exhibits thereto, including the March 1, 2019, correspondence from attorney Joseph Eaton. These are submitted in response to this Court's request for proof regarding the agreement between Plaintiffs and Defendant DePuy pursuant to which DePuy's counsel agreed to provide copies of all records and materials obtained using Plaintiff Jodi Rouviere's signed HIPAA authorizations.

Miami, Florida.                Respectfully submitted,

                                      **LAW OFFICES OF ANDRE A. ROUVIERE**
                                      4070 Laguna Street
                                      Coral Gables, Florida 33146
                                      Tel: (305)774-7000
                                      Fax:(305)379-9696
                                      *Attorney for Plaintiffs*

                                        *//ss// Andre Rouviere*
                                      ANDRE A. ROUVIERE
                                      *Attorney for Plaintiffs*.

## **CERTIFICATE OF SERVICE**

      I, Andre Rouviere, hereby certify that a true and correct copy of the foregoing was served on all counsel of record by ECF on this 23rd day of April 2021.

*//ss// Andre Rouviere*
ANDRE ROUVIERE