UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jodi Rouviere et al.,

        Plaintiffs,

-against-

Depuy Orthopaedics, Inc. et al.,

        Defendants.

1:18-cv-04814 (LJL) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on April 12, 2021, Defendant DePuy Orthopaedics, Inc. ("DePuy") filed under seal a Letter Opposition and exhibits thereto (collectively, the "Letter Opposition," ECF Nos. 290 through 290-6) in response to Plaintiffs' Letter Motion for Discovery (ECF No. 287); and

WHEREAS, although DePuy had previously obtained leave to file under seal different papers filed in support of a prior motion (*see* ECF No. 195), DePuy did not concurrently move for leave to file under seal the Letter Opposition, and to date still has not done so.

NOW, THEREFORE, it is hereby ORDERED that, no later than Tuesday, May 11, 2021, DePuy shall file (1) a public version of the Letter Opposition with any portions it seeks to file under seal redacted, and (2) a motion for leave to file under seal those redacted portions. If no such papers are filed by that date, the Court will unseal ECF Nos. 290 through 290-6.

**SO ORDERED.**

Dated:     New York, New York
            May 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge