UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
**Case No.: 1:18-cv-04814-AJN**

**Magistrate Judge Stewart Aaron**

JODI ROUVIERE, and
ANDRE ROUVIERE,

Plaintiffs,

v.

DEPUY ORTHOPAEDICS, INC.,
and HOWMEDICA OSTEONICS CORPORATION,
d/b/a STRYKER ORTHOPAEDICS,

Defendants.
_______________________________________/

**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL REPORT OF**
**DR. FRANCIS H. GANNON. M.D.**

Plaintiffs, Jodi Rouviere and Andre Rouviere, through their undersigned counsel and pursuant to this Court's April 29, 2021 Order (ECF No. 296), submit the Supplemental Report of Dr. Francis H. Gannon M.D, attached hereto as Exhibit 1.

Miami, Florida.

Respectfully submitted,

**LAW OFFICES OF ANDRE A. ROUVIERE**
4070 Laguna Street
Coral Gables, Florida 33146
Tel: (305)774-7000
Fax:(305)379-9696
*Attorney for Plaintiffs*

*//ss// Andre Rouviere*
ANDRE A. ROUVIERE
*Attorney for Plaintiffs*.

**CERTIFICATE OF SERVICE**

I, Andre Rouviere, hereby certify that a true and correct copy of the foregoing was served on all counsel of record by ECF on this 14th day of May 2021.

*//ss// Andre Rouviere*
ANDRE ROUVIERE