Baylor College of Medicine

GIVING LIFE TO POSSIBLE

Francis H. Gannon, M.D.
Professor
Department of Pathology and Immunology
One Baylor Plaza, BCM315
Houston, Texas 77030-3498

TEL: (713) 798-4340
FAX: (713) 798-6001
e-mail: gannon@bcm.edu

May 10, 2021

Andre Rouviere, Esq.
4070 Laguna St.
Coral Gables FL
33146

Dear Mr. Rouviere,

This is the corrected supplemental report to reflect the correct pathologic pictures. My conclusions remain the same as previously submitted in my original report and those opinions are incorporated in this report by referencing the original report. This supplemental report addresses the tissue damage seen locally in the hip and does not discuss the systemic damage as a result of the metal wear debris.

**1. Statement of opinions to be rendered:**

Substantial amounts of wear debris from the Cobalt and Chromium (CoCr), Titanium and other metals from metal hip implants were released into the joint tissue environment of the synovium and surrounding capsule. This wear debris was ingested by macrophages that were present and were recruited to the local environment. The metal wear debris ingestion leads to localized cellular death and significant scarring. This necrosis is directly associated with the metal laden macrophages. These morphologic and physiologic changes led to clinical symptoms and/or findings in this case, which necessitated right hip revision surgery. Mrs. Rouviere experienced an adverse reaction to metal debris as a result of wear from metal-to-metal contact in the implanted hip components. This led to accumulation of metal wear debris in and around the implant site, causing subsequent tissue destruction, bone damage, pain and difficulty ambulating and eventually leading revision surgery.

My opinions herein are to a reasonable degree of medical certainty and are based upon my education, training, clinical and practical experience, working knowledge of the published medical and scientific literature over the course of my career, and review and/or examination of medical records, reports and/or tissue specimens taken from the right hip revision surgery as well as other records provided to me.

**2. Supplemental bases and reasons for opinions, including additional supporting opinions:**

Records reviewed: I received an additional 3 hematoxylin and eosin (H and E) stained slides on March 7 2021 labeled S16-15059 recut, S17-2298 A1 Recut and S17-2298 B1 Recut for review. My interpretation and illustrations are found below.

My interpretation:

The slide labeled S16-15059 shows densely collagenized fibrous and fibroadipose tissue with abundant metal-laden macrophages (Fig 1 below).

The slide labeled S17-2298 A1 consists of densely collagenized fibrous and fibrovascular tissue with numerous metal-laden macrophages, tissue necrosis, larger metal particles consistent with titanium debris and lymphocytes (Fig 2 below). Additionally, granulomas are seen indicating a type 4 hypersensitivity reaction. The larger titanium particles were not a feature of the tissue available in my original report.

Slide S17-2298 B1 shows bone and bone marrow (Fig 4 below). The bone is severely osteopenic with numerous resorptive surfaces and remodeling. The bone marrow shows trilineage maturation with no atypical features in this material.

Taken together, these slides show an ongoing and severe adverse reaction to metal debris in Mrs. Rouviere that continues despite revision in her prosthesis. These changes will likely continue as the metal has been shown in this material to stay resident in the body leading to additional pain and suffering.

Additionally, had I the chance to review these slides several of my answers in my previous deposition would have been modified to include, but not limited to, ongoing immunologic responses and tissue damage in Mrs. Rouviere as a result of retained metal particles and the lack of correlation between serum ion levels and the ongoing tissue destruction.



Fig 1 Low power photomicrograph (x10) of slide S16 15059 shows densely collagenized fibrous and fibrovascular tissue with abundant metal-laden macrophages.



Fig 2 High power photomicrograph (x100) of fig 1 above shows metal laden macrophages and associated small to medium sized blood vessels. Additionally, larger metal particles consistent with titanium are noted.



Fig 3 Low power photomicrograph (x10) of slide S16 15059 (Fig 1 above) with added color to clearly demonstrate the metal-laden macrophages (red).



Fig 4 Low power photomicrograph (x10) of slide S17 2298 A1 reveals densely collagenized fibrous and fibro-adipose tissue with metal-laden macrophages, tissue necrosis, lymphocytic infiltrate, and two areas of granuloma formation.



Fig 5 High power photomicrograph (x100) of Fig 4 above shows metal laden macrophages in dense connective tissue with associated small to medium sized blood vessels.



Fig 6 High power photomicrograph (x100) of Fig 4 above shows a lymphocytic infiltrate in the tissue.



Fig 7 High power photomicrograph (x100) of Fig 4 above shows tissue necrosis with associated metal laden macrophages.



Fig 8 High power photomicrograph (x100) of Fig 4 above shows granuloma formation with lymphocytic cells and admixed giant cells seen in Type IV hypersensitivity reactions.



Fig 9 Color coded image map of Fig 4 above. The metal-laden macrophages (red) are present with tissue necrosis (black). Large accumulations of lymphocytes (blue) are noted with two separate foci of granuloma formation (green).



Fig 10 Low power photomicrograph (x10) of slide S17 2298 B1 shows osteopenic bone and associated bone marrow.



Fig 11 Color coded image map of Fig 110 above. Trabecular bone (pink) is noted with associated bone marrow (yellow).

All opinions rendered in this report are expressed to a medical degree of certainty. Mrs. Rouviere experienced an Adverse Reaction to Metal Debris with associated pain, loss of function and femoral fracture necessitating a revision surgery ultimately leading to a Girdlestone procedure and ongoing pain, suffering, and decreased quality of life.

Depositions and Trial Testimony wherein I provided expert opinions in the last 4 years include:

*Carr v. Wright Medical Group*, Case No. 14-cv-0723; April 6, 2017

*In Re: Biomet M2a Magnum Hip Implant Litigation*, MDL 2391: May 23, 2017

Bayes v Biomet 2019

Fitzsimmons v Biomet 2019

Wessel v Biomet 2019

Hardison v Biomet 2019

Garnes v Bioment 2019

Rouviere v Biomet 2020

Hix v Biomet 2021

Francis H. Gannon, MD
Professor of Pathology&Immunology and
Orthopedic Surgery
Medical Director, Community Pathology Associates
Vice Chair, Clinical Operations, Dept. of Pathology&
Immunology
Baylor College of Medicine
One Baylor Plaza, RM 286A
Houston, TX 77054