UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/18/2021___

Jodi Rouviere et al.,

                              Plaintiffs,

              -against-

Depuy Orthopaedics, Inc. et al.,

                              Defendants.

1:18-cv-04814 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court has reviewed letter motions for discovery filed by Defendants DePuy Orthopaedics, Inc. and Howmedica Osteonics Corporation, doing business as Stryker Orthopaedics (collectively, "Defendants") (ECF No. 305) and Plaintiffs Jodi Rouviere and Andre Rouviere (collectively, "Plaintiffs") (ECF No. 306), each setting forth a proposed schedule for the remainder of supplemental expert discovery. Retaining the sequencing employed by the Court's prior scheduling orders (*see, e.g.*, Order, ECF No. 128), the Court hereby ORDERS, as follows:

1. No later than Friday, June 4, 2021, Defendants shall complete depositions of Francis Gannon, M.D., and Sol Bobst, Ph.D.

2. No later than Friday, June 25, 2021, Defendants shall serve Plaintiffs with supplemental rebuttal reports, if any.

3. No later than Friday, July 16, 2021, Plaintiffs shall complete depositions of any expert witnesses of Defendants who prepared supplemental rebuttal reports.

4. All depositions shall be limited to three hours, and to those opinions and facts set forth in Dr. Gannon's and Dr. Bobst's supplemental reports and in Defendants' expert witnesses' rebuttals thereto.

**SO ORDERED.**

Dated:      New York, New York
             May 18, 2021

_____
STEWART D. AARON
United States Magistrate Judge