**BARNES & THORNBURG** LLP

J.T. Larson
317-231-7729
Jt.larson@btlaw.com

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

August 10, 2021

*Via Electronic Court Filing*
Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Parties' Request to Set Briefing Schedule on Plaintiffs' Motion for Leave to File Supplemental Expert Reports and Related Argument [Dkt. 308]*

Dear Judge Liman:

      DePuy Orthopaedics, Inc. ("DePuy"), pursuant to this Court's local rules and Your Honor's individual rules of practice, respectfully writes to the Court to set a briefing schedule regarding *Plaintiffs' Motion for Leave to File Supplemental Expert Reports and Related Argument [Dkt. 308]*, which was filed on Friday, August 6, 2021.

      The parties have conferred and agree that S.D.N.Y. Local Rule 6.1(b) governs this Motion and that the following briefing schedule shall apply:

- **Defendants' Opposition is due on or before Friday, August 20, 2021; and**

- **Plaintiffs' Reply is due on or before Friday, August 27, 2021.**

The parties respectfully request that the Court enter an order permitting the same.

      Very truly yours,

      */s/ J.T. Larson*

      J.T. Larson

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Date:   August 10, 2021
          New York, NY