# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODI ROUVIERE, Individually and ANDRE ROUVIERE, her husband, Individually,<br><br>Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC., and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS,<br><br>Defendants. | Case No.: 1:18-cv-04814-LJL-SDA<br><br>*Document Electronically Filed*<br><br>**DEFENDANT HOWMEDICA OSTEONICS CORP.'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO SUMMARY JUDGMENT MOTION** |

Defendant Howmedica Osteonics Corp. ("HOC") submits this response to Plaintiffs' motion to supplement their opposition to Defendant DePuy Orthopaedics, Inc.'s ("DePuy") summary judgment motion in order to correct certain inaccuracies in Plaintiffs' motion. While the relief sought impacts DePuy, not HOC, in their motion, Plaintiffs accuse HOC of improperly requesting, receiving and concealing tissue specimens taken in connection with Plaintiff Jodi Rouviere's revision surgeries. (Motion at 5.) These allegations are untrue and have been (and continue to be) disputed by HOC. HOC will not repeat the facts and arguments presented to the Court on these issues, but refers the Court to its April 12, 2021 letter brief at ECF No. 291 and the exhibits attached to that filing, as well as the facts and argument presented to the court at oral argument on April 28, 2021.

Dated: New York, New York
      August 20, 2021

                                      Respectfully Submitted,

                                      **GIBBONS P.C.**

                                      By:  */s/Paul E. Asfendis*
                                             Paul E. Asfendis

One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Tel.: (212) 613-2000
*Attorneys for Defendant*
*Howmedica Osteonics Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2021, the foregoing document was electronically filed and served on the following counsel of record:

Andre Rouviere
4070 Laguna Street
Coral Gables, Florida 33146
*Attorney for Plaintiff Jodi Rouviere*

Melissa Visconti
Damian & Valori, LLP
1000 Brickell Ave., Suite 1020
Miami, Fl 33131
*Attorney for Plaintiffs*
*Jodi Rouviere and Andre Rouviere*

Joseph G. Eaton, Esq.
J.T. Larson, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
*Attorneys for Defendant*
*DePuy Orthopaedics, Inc.*

                          s/ Paul E. Asfendis
                              Paul Asfendis