```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
 :
ROUVIERE ET AL.,  :
 :
                Plaintiffs,  :
 : 18-cv-4814 (LJL)
     -v-  :
 : ORDER
DEPUY ORTHOPAEDICS, INC. ET AL.,  :
 :
                Defendants.  :
 :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs' Local Rule 56.1 statement at Dkt. No. 227 and summary judgment brief at Dkt. No. 233 cite deposition testimony that has not been filed on ECF. Plaintiffs are directed to file the following documents by August 27, 2021: (1) the full transcript of the August 10, 2020 deposition of Dr. Robert Buly; (2) the full transcript of the deposition of Dr. Sol Bobst; and (3) the full transcript of the deposition of Jodi Rouviere.

      SO ORDERED.

Dated: August 25, 2021
       New York, New York
                                          LEWIS J. LIMAN
                                    United States District Judge