**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JODI ROUVIERE, Individually and ANDRE ROUVIERE, her husband, Individually, <br><br> Plaintiff, <br><br> v. <br><br> DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC., and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS, <br><br> Defendants. | Case No.: 1:18-cv-04814-LJL-SDA <br><br> *Document Electronically Filed* <br><br> **DEFENDANT HOWMEDICA OSTEONICS CORP.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS** |

PLEASE TAKE NOTICE, that on March 18, 2022, pursuant to Federal Rule of Civil Procedure 56, Defendant Howmedica Osteonics Corp. ("HOC"), respectfully moves the Court for summary judgment on all of Plaintiffs Jodi Rouviere and Andre Rouviere's claims against HOC. As set forth in HOC's contemporaneously filed Brief in Support of its Motion for Summary Judgment, HOC is entitled to judgment as a matter of law because there are no material facts in genuine dispute on any of Plaintiffs' claims against HOC, all of which are time-barred. Pursuant to Local Rule 56.1(a), HOC submits with this motion a separate, short and concise Statement of Undisputed Material Facts, as well as a Declaration of Paul E. Asfendis attaching exhibits. Pursuant to Judge Lewis J. Liman's Individual Rules of Practice, counsel have met and conferred and HOC also submits a Joint Statement of Undisputed Material Facts containing those facts which both parties agree are accurate.

Accordingly, HOC respectfully requests that the Court grant its Motion for Summary Judgment and enter final judgment dismissing all of Plaintiffs' claims against HOC in their entirety with prejudice.

Dated: New York, New York
March 18, 2022

                                            Respectfully Submitted,

                                            **GIBBONS P.C.**

                                            By:   */s/Paul E. Asfendis*
                                                        Kim M. Catullo
                                                        Paul E. Asfendis
                                                        One Pennsylvania Plaza, 37th Floor
                                                        New York, New York 10119
                                                        Tel.: (212) 613-2000
                                                        *Attorneys for Defendant*
                                                        *Howmedica Osteonics Corp.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was electronically served on the following counsel of record via the Court's electronic filing system on this 18th day of March, 2022:

>Robert Godosky, Esq.
>Godosky & Gentile, P.C.
>100 Wall Street, Suite 1702
>New York, New York 10005
>
>Andre Rouviere
>4070 Laguna Street
>Coral Gables, Florida  33146

>*/s/ Paul E. Asfendis*
>Paul E. Asfendis