UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JODI ROUVIERE and ANDRE ROUVIERE, | ) ) ) ) | |
| _Plaintiffs_, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-04814-LJL-SDA |
| DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC. and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS, | ) ) ) ) ) ) ) | |
| _Defendants_. | ) ) | |

---

**DECLARATION OF ROBERT GODOSKY IN OPPOSITION TO DEFENDANT HOWMEDICA OSTEONICS CORP.'S MOTION FOR SUMMARY JUDGMENT DISMISSING THE AMENDED COMPLAINT BASED ON STATUTE OF LIMITATIONS**

---

Robert Godosky declares as follows:

1. I am an attorney associated with the firm of Godosky & Gentile, P.C., attorneys for the plaintiffs herein and am admitted to the Courts of the State of New York and this honorable Court.

2. I am familiar with the facts, pleadings and filings in this matter and submit this declaration under the penalties of perjury.

3. A true and correct copy of Motion and Order for Permission for Electronic Case Filing is attached hereto as Exhibit 1.

4. A true and correct copy of Check payable to Clerk of Court – SDNY is attached hereto as Exhibit 2.

5. A true and correct copy of Civil Cover sheet filed at ECF No. 2 is attached hereto as Exhibit 3.

6. A true and correct copy of Andre Rouviere declaration dated May 23, 2022 is attached hereto as Exhibit 4.

7. A true and correct copy of Jodi Rouviere Deposition filed at ECF 316-6 is attached hereto as Exhibit 5.

8. A true and correct copy of Robert Buly Medical Records marked as Exhibit 74 at Dr. Buly's deposition  is attached hereto as Exhibit 6

9. A true and correct copy of JR:MNG Medical Records is attached hereto as Exhibit 7

10. A true and correct copy of Baptist Hospital records JR:BHOM is attached hereto as Exhibit 8.

11. A true and correct copy of  Jodi Medical Record complete 2019 is attached hereto as Exhibit 9. A portion of this document is attached to defendant's motion as Exhibit P

12. A true and correct copy of Dr. Ricardo Estape records JR:RE is attached hereto as Exhibit 10

13. A true and correct copy of Baptist Hospital consultation with a neurosurgeon, Dr. Vitaly Siomin is attached hereto as Exhibit 11.

14. A true and correct copy of South Miami Hospital report is attached hereto as Exhibit 12

15. A true and correct copy of the report of Dr. Jorge Ochoa Report is attached hereto as Exhibit 13

16. A true and correct copy of the report of Dr. Michael Kosnett is attached hereto as Exhibit 14.

17. A true and correct copy of Deposition of Dr. Robert Buly is attached hereto as Exhibit 15.

18. A true and correct copy of Documents Bate Stamped STRROUV00000001-0000001450 is attached hereto as Exhibit 16.

19. A true and correct copy of Documents Bate Stamped STRROUV00013762-13772 is attached hereto as Exhibit 17.

20. A true and correct copy of Deposition of Dr. Carlos Alvarado is attached hereto as Exhibit 18.

21. A true and correct copy of NWJ Stryker Howmedica Osteonics Corp., Mahwah, NJ,6-3-11 Urgent Product Correction Letter for Recall Z-0192,0193,1094-2012_Redacted is attached hereto as Exhibit 19.

22. A true and correct copy of NWJ Stryker Howmedica Osteonics Corp., Mahwah, NJ, Res Report 60097 RecallZ-0192-2012_Redacted is attached hereto as Exhibit 20.

23. A true and correct copy of NWJ Stryker Howmedica Osteonics Corp., Mahwah, NJ, 10-11-13 Firm Ltr for Z-0192,0193,1094-2012_Redacted is attached hereto as Exhibit 21.

24. A true and correct copy of NWJ Stryker Howmedica Osteonics Corp., Mahwah, NJ, 3-28-14 FDA Recall Termination Ltr to firm is attached hereto as Exhibit 22.

25. A true and correct copy of A true and correct copy of Deposition of Christopher Hefferman is attached hereto as Exhibit 23.

Dated: May 23, 2022
       New York, New York

                              Respectfully Submitted,


                              __/s/ *Robert Godosky*_____
                              Robert Godosky
                              Godosky & Gentile, P.C.
                              100 Wall Street, Suite 1702
                              New York, New York 10005
                              212-742-9700

**CERTIFICATE OF SERVICE**

The undersigned certified that the foregoing document was electronically served on the following counsel of record via the Court's electronic filing system on this 23rd day of May, 2022:

Paul E. Asfendis, Esq.

GIBBONS, P.C.

One Pennsylvania Plaza, 37th Flr.

New York, NY 10119

(212) 613-2000

__/s/ Robert Godosky_____
Robert E. Godosky