# Fax Transmission

**To:**  BARNES + THORBURG LLP

**Fax:**  13172317433

**RE:**  MEDICAL RECORDS FOR JODI ROUVIERE

**From:**  The Metropolitan Neurosurgery Group

**Date:**  4/10/2019 10:01:02 AM PDT

**Pages:**  100

---

**Comments:**

MR ATTACHED ALONG WITH COPY OF STATMENT/BILL

JR:MNG0001

# BARNES&THORNBURGLLP

Laura C. Wolverton
(317) 231-7782
lwolvert@btlaw.com

1. South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

April 5, 2019

Keeper of Records
Dr. Frasier Henderson
1010 Wayne Ave #420
Silver Spring, Maryland 20910

Re:    *Jodi Rouviere, et al. v. DePuy Orthopaedics, Inc., et al.*
    *Case No. 1:18-cv-04814-AJN*

To Whom It May Concern:

Enclosed please find a signed Authorization for Release of Medical Records for **Jodi Rouviere**. Pursuant to that authorization, please send me any and all records on **Jodi Rouviere**. This includes copies of any and all medical records, reports, x-rays, photographs, notes, bills, payment schedules, prescriptions or any other results of investigation, diagnosis, treatment or prognosis whether in paper or electronic form. We will, of course, pay your usual and customary charges associated with the duplication of this material.

**Please respond to this request within two weeks of this letter and include a copy of this request letter with the records.** If you have any questions or need additional information, please let me know. Thank you very much for your help and cooperation.

Very truly yours,

Laura C. Wolverton
Paralegal

Enclosure
cc:    Joseph G. Eaton, Esq. (w/o encl.) (*via email only*)
    J.T. Larson, Esq (w/o encl.) (*via email only*)
LCW/djr

JR:MNG0002

# LIMITED AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

## (Pursuant to the Health Insurance Portability and Accountability Act "HIPAA" of 4/14/03)

TO:    Dr. Frasier Henderson
1010 Wayne Ave #420
Silver Spring, Maryland 20910

Patient Name:    Jodi Rouviere

DOB:    10/31/1971

SSN:    xxx-xx-5630

I, Jodi Rouviere, hereby authorize you to release and furnish to: Barnes & Thornburg LLP copies of the following information:

* All medical records, including inpatient, outpatient, and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctors' handwritten notes, and records received by other physicians. Said medical records shall include all information regarding AIDS and HIV status.

* All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

* All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

* All pharmacy/prescription records, including NDC numbers and drug information handouts/monographs.

* All billing records including all statements, itemized bills, and insurance records.

* **IMPORTANT: This authorization does NOT authorize the disclosure of mental health records.**

JR:MNG0003

1.    To my medical provider: this authorization is being forwarded by, or on behalf of, attorneys for the defendants for the purpose of litigation. You are not authorized to discuss any aspect of the above-named person's medical history, care, treatment, diagnosis, prognosis, information revealed by or in the medical records, or any other matter bearing on his or her medical or physical condition, unless you receive an additional authorization permitting such discussion. Subject to all applicable legal objections, this restriction does not apply to discussing my medical history, care, treatment, diagnosis, prognosis, information revealed by or in the medical records, or any other matter bearing on my medical or physical condition at a deposition or trial.

2.    I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

3.    I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire in one year.

4.    I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed as provided in CFR 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact the releaser indicate above.

5.    A notarized signature is not required. CFR 164.508. A copy of this authorization may be used in place of an original.

Print Name: _Jodi Rouviere_ (plaintiff)

Signature: _Jodi Renville_

Date: _3 20 19_

JR:MNG0004

# INVOICE

**METROPOLITAN NEUROSURGERY GROUP**
1010 Wayne Ave., Suite 420
Silver Spring, MD 20910
*301-844-5933*

04/10/2019
INVOICE: 1299

## PLEASE RETURN THIS INVOICE WITH YOUR PAYMENT

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|-----|--------|-------------|-----------|----------|------------|
| 71 | | Copies of medical records/bills | 0.76 | | 53.96 |
| | | FOR PATIENT: JODI ROUVIERE | | | |
| | | PREPARATION FEE | 22.88 | | 22.88 |
| | | TAX ID 26-309-3792 | | | |

| | | |
|---|---|---|
| TOTAL | | |
| SUBTOTAL | | |
| SALES TAX | | |
| YOU PAY TOTAL | | 76.84 |

**THANK YOU FOR YOUR BUSINESS!**

JR:MNG0005

**The Metropolitan Neurosurgery Group LLC**
1010 wayne Avenue Ste.420
Silver Spring, MD 20910
Phone: 301-654-9390; Fax: 301-654-9394
Tax Id: 26-3093792 NPI: 1528205408

ROUVIERE, JODI (MRN: 0000002279)
10950 SW 84 CT
Miami, FL 33156

**Financial Summary**

Primary Payer (Policy #): Blue Cross and Blue Shield of National Capital Area (VMDH12695681)

### Patient Financial Ledger

| Claim # | DOS | Diagnosis | Facility | Provider | ($) Billed | ($) Allowed | ($) Ins Pay | ($) Pat Pay | ($) Adj. | ($) Write-Off | ($) Refund | ($) Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7658 | 06/25/2014 | 723.2, 756.83, 723.7, 830.0 | Metropolitan Neurosurgery Group | Henderson, Fraser C, MD | 625.00 | 625.00 | 0.00 | 595.00 | 30.00 | 0.00 | 0.00 | 0.00 |
| 8260 | 09/18/2014 | 723.2, 720.81 | Metropolitan Neurosurgery Group | Henderson, Fraser C, MD | 260.00 | 260.00 | 0.00 | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | Total ($): | 885.00 | 885.00 | 0.00 | 855.00 | 30.00 | 0.00 | 0.00 | 0.00 |

### Responsibility wise Aging

| | Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|---|
| Insurance Aging ($): | 00.00 | 00.00 | 00.00 | 00.00 | 00.00 |
| Patient Aging ($): | 00.00 | 00.00 | 00.00 | 00.00 | 00.00 |

### Balance

Primary ($): 00.00 (0.00%)      Secondary ($): 00.00 (0.00%)      Tertiary ($): 00.00 (0.00%)

Patient ($): 00.00 (0.00%)      Total ($): 00.00 (100.00%)

Insurance Unapplied Credit ($): 00.00      Patient Unapplied Credit ($): 00.00

JR:MNG0006

## The Metropolitan Neurosurgery Group LLC

8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815
Phone: 301-654-9390   Fax: 301-302-0911
**Fraser C. Henderson, MD**

October 2, 2014

John V. Marraccini, M.D.
6280 Sunset Drive
Suite 407
South Miami, Florida 33143

RE:    ROUVIEREE, Jodie
DOB:  10/31/1971

Dear Dr. Marraccini:

This evening I reviewed all of the CT myelograms of the cervical, thoracic, and lumbar spine performed by Dr. Mark approximately two weeks ago. We were concerned about CSF leak. the MRI of the brain showed no evidence of intracranial leakage. A thorough review of the CT scan shows no evidence of any CSF leak. I conclude from this indeed her symptoms are not from a CSF leak but rather from the craniovertebral instability and the atlantoaxial instability.

I have been reticent to offer surgery for the craniovertebral atlantoaxial instability because of the presence of a long fusion from C3 to C7. Fusion from occiput to C2, which I believe she needs, would leave unfused segments at C2/3, C7/T1, and T1/T2. There is a good likelihood that these remaining levels would require fusion over time such that she would end with a fusion from occiput to T2. My second concern is that she does have dystonic movements. These dystonic movements themselves can become quite disabling. A third concern is the ongoing presence of temporomandibular joint syndrome. Joe Tregaskes has evaluated her for this, and I believe some treatment may be in place. We have rather exhausted all nonsurgical options. I do not think her exam or history suggest multiple sclerosis as an etiology for her disabling pain. The symptoms and findings are very typical of the hypermobility population.

Therefore, I am recommending a cranium to C1/C2 fusion and stabilization. I had to call Ms. Rouvieree this evening to discuss this briefly. I said that we would fax a copy of the results of twenty patients from several years ago so that they understand that all of the symptoms and headaches would not be resolved. Rather, there would be a substantial improvement in many of the symptoms that would increase her ability to engage in normal daily activities. Before engaging her as a surgical patient, I want this to be patently clear so that their understanding of potential benefits from surgery is correct. Ms. Rouvieree was concerned that I do not have the time to follow up on my patients. I explained that my patients who have undergone surgery are my chief concern rather than those patients with whom I have not yet agreed to perform surgery upon. If she becomes my surgical patient, she will become obviously a priority.

Yours very truly,

Fraser C. Henderson, Sr., M.D.

FCH:lw

JR:MNG0007

## The Metropolitan Neurosurgery Group LLC
8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815
Phone: 301-654-9390 Fax: 301-302-0911
### Fraser C. Henderson, MD

**Patient Details**
**Patient Name: JODI ROUVIEREE**
**Age: 42 Year(s) DOB: 10/31/1971**

**Gender: Female**
**MRN: 0000002279**
**Visit Details**
**Visit Date: 09/18/2014**
**Visit Type: Follow Up**

**Encounter Details**
**Encounter Type: Follow up**

I had the pleasure of seeing Mr. and Mrs. Rouviere in the Neurosurgery Clinic in follow-up for the severe headaches. On her last visit, I was concerned about the severe craniovertebral instability manifest by the sliding backwards and forwards of the skull on the spine between flexion and extension. She also had the appearance of atlantoaxial instability. As you know, she has previously undergone a fusion C3 to C7 anteriorly because of multilevel subluxation. After she saw me, she and her husband traveled to Rhode Island and saw Dr. Michael Healy, who was able to straighten her spine. Unfortunately, the instability and muscle tone was such that she is not able to maintain that ideal position. Importantly, however, she noted that despite aligning her cranium and spine, sagittal balance, and so on, she continued to experience the pounding headaches and nausea when upright.

Spinal headaches have been rare in my experience except in cases of lumbar puncture or surgically created CSF leaks. Nevertheless, her story is rather compelling for a CSF leak. Even today in the office, she reports a pounding headache when sitting upright, associated with nausea which immediately improves substantially upon lying down. She also has a feeling of water dripping through the middle ear and recently had some fluid coming through the nose.

At my suggestion she saw Joe Tregaskes in Richmond for very severe temporomandibular joint dysfunction. These problems of spinal headache like symptoms began after a severe TMJ dislocation. The severe dislocation was on the right, although some of her symptoms seem to be more on the left. After discussion with one of the neuroradiologists with whom I work, we agreed that she should undergo a CT scan of the petrous and temporal bones today to look for fluid in the sinuses. We will also perform an MRI with gadolinium to look for enhancement and tissue sag as indirect indicators of a CSF leak. If there is nothing apparent in the cranium, we will perform a myelogram and CT scan of the cervical, thoracic, and lumbar spine tomorrow to see if we can find a locus of leakage.

We also talked about craniospinal fusion. However, unless we are quite certain that the instability is the cause of her headaches, then I would not want to proceed. I made it patently clear that any fusion from the occiput to C1/C2 will ultimately almost certainly result in a fusion that extends all the way to T2. That is because there is already degeneration below the existing fusion at C3 to C7, and it would only be a matter of time before C7/T1 and T1/T2 became problem areas. With that in mind, we will look for possible CSF leak.

JR:MNG0008

John V. Marraccini, M.D.                                    September 18, 2014
RE:  ROUVIERE, Jodie

On two other notes, we sent her for a SpectraCell.  It shows that she is still vitamin B12 and folate deficient despite the fact that she has been taking sublingual B12.  She also underwent a Genelex, which shows slow metabolism of the drugs metabolized by 2D6 and 2C9 and increased metabolism of the drugs metabolized by the enzyme CYP2C19.  I went through these drugs with them and explained that they should be careful in their drug dosing and selection and to keep these genetic results in mind in the future.  I will be following up with them in the future.

## Allergies

- **Sulfa (Sulfonamides)**
- **Bactrim**
- **Ceclor**
- **EES (Not Checked)**

## Current Medication(s)

- Excedrin Extra Strength 250 mg-250 mg-65 mg tablet: 2-tablet/by mouth / Q4h (Prescribed on: 06/25/2014 04:45 PM)

## History

- **Family History**
    - mother, Status: Living, Age: 75, healthy
    - father, Status: Living, Age: 97, healthy
    - child, Status: Living, Age: 17, hypermobility
    - child, Status: Living, Age: 15, healthy
    - child, Status: Living, Age: 13, healthy
    - child, Status: Living, Age: 11, healthy

- **Social History**
    - Living Arrangements: does not live alone
    - Employment Status: Working full time, Disabled

- **Consumption/Diet**
    - Smoking: Never smoker


Fraser C. Henderson, Sr., M.D.

FCH:lw

JR:MNG0009



# Successful Fax Transmission to 0013056651731

**Interfax** <us@interfax.net>
To: mng@metroneurogroup.com

Wed, Aug 6, 2014 at 3:00 PM

### Transmission Results

| | |
|---|---|
| Destination Fax: | 0013056651731 |
| Contact Name: | |
| Start Time: | 2014/08/06 13:56:22 |
| End Time: | 2014/08/06 14:00:41 |
| Transmission Result: | 0 - OK |
| Pages sent: | 5 |
| Subject: | JODI ROUVIERE 6/25/14 Progress Note |
| CSID: | 3056651731 |
| Duration (In Seconds): | 139 |
| Message ID: | 457128701 |

Thank you for using Interfax
E-mail: us@interfax.net
Home page: http://www.interfax.net

JR:MNG0010

TRANSMISSION VERIFICATION REPORT

```
TIME    : 07/02/2014 16:21
NAME    :
FAX     :
TEL     :
SER.#   : 000E2N371205
```

```
DATE,TIME                07/02  16:20
FAX NO./NAME             13052855124
DURATION                 00:01:36
PAGE(S)                  04
RESULT                   OK
MODE                     STANDARD
                         ECM
```

## The Metropolitan Neurosurgery Group
8401 Connecticut Avenue Suite 220 Chevy Chase, MD 20815
Tel 301 - 654 - 9390  Facsimile 301 – 654 - 4919

Fraser C. Henderson Sr. M.D.                     Bothwell G. Lee M.D.

### FAXSIMILE TRANSMITTAL SHEET

TO: _MR. Rovviere_

COMPANY:

FAX NUMBER: _305-285-5124_          NUMBER OF PAGES: _4_

FROM: **Kelly Tuchman   R.N.**          _301-654-9390 x 13_

DATE: _7/2/14_

Urgent ☐   For Review ☐   Please Comment ☐   Please Reply ☐

**Patient Name:** _Jodi Rovviere_

~~scripts~~ Draft of office note - we
have to ask Dr. Henderson to fill in the two blanks
on pg. 2 when he comes back.

JR:MNG0011

**The Metropolitan Neurosurgery Group LLC**
8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815
Phone: 301-654-9390 Fax: 301-302-0911
**Fraser C. Henderson, MD**

**Patient Details**                    Gender: Female                      **Encounter Details**
**Patient Name: JODI**                  **MRN: 0000002279**                   **Encounter Type: New Patient**
**ROUVIERE**                            **Visit Details**
**Age: 42 Year(s) DOB:**                 **Visit Date: 06/25/2014**
**10/31/1971**                          **Visit Type: New EDS Patient**

I had the pleasure of seeing Jody and her husband in the Neurosurgery Clinic today for what appears to be severe rotational instability at the C1/C2 level (atlantoaxial subluxation), craniovertebral instability, and possibly temporomandibular joint syndrome in the setting of underlying Ehlers-Danlos syndrome, hypermobility type. As you know, Jody is a mother of four. She runs two businesses from her bed. Notwithstanding the fact that she has been raising these four children, she has been otherwise totally disabled for six years. There was a cascade of injuries starting six years ago when she injured her hip. She underwent an arthroscopy of the right hip then an arthroplasty and then suffered patellar dislocation, shoulder injuries, and more complete disability in all joints. Presently, with no activity and some pain medicine, her pain level is 6/10. With activity the pain is 9/10. The most severe pain resides on the nuchal line behind the ears. This pain radiates down the neck, over the shoulders, behind the arms, and also in the interscapular region, and over the right scapula. Her pain is increased by sitting up, standing, turning her head, and driving. When she awakens in the middle of the night, her neck is usually in a bad position, and she suffers extreme pain for several hours. The pain is somewhat diminished by lying down and resting her neck in a very specific position. She had tried wearing a neck brace, but this seemed to precipitate even more pain. Recently, she underwent an anterior cervical discectomy, fusion, and plating from C3-C7 by Dr. Wang in Jackson Memorial Hospital, Miami for what he considered to be cervical instability. Unfortunately, she never appreciated any improvement following that surgery. She has always felt as if the muscles were not activating correctly.

The location of the pain in the subocciput, the history of EDS, and the finding of subluxatory movement on exam also suggest a temporomandibular joint syndrome. This is further suggested by the thinning of the disc on the CT scan.

There is, in aggregate, the presentation of a cervical medullary syndrome manifest by vertigo, dizziness, lightheadedness, tremors, the headache and neck pain, blurred vision at times on the left, visual flashes, vision halos, tinnitus, speech difficulties, hoarseness, choking, weakness of the arms and legs, nausea, imbalance, poor coordination, dysphagia, and dysautonomia manifest by palpitations.

JR:MNG0012

John V. Marraccini, M.D.                                              June 25, 2014
RE:  ROUVIERE, Jody

There are some symptoms that raise the possibility of tethered cord syndrome.  Tethered cord syndrome appears to be more common in patients with Ehlers-Danlos syndrome.  It is usually of the radiologically occult variety.  As a child she had restless legs.  She was pigeon toed.  She had growing pains in adolescence.  She has always been strong and athletic but reports a progressive leg weakness and inability to walk more than 50 yards or climb one flight of steps.  She tends to bend her knees at night.  She does have rather severe low back pain and sometimes urinary incontinence, nondescript bowel issues, urinary frequency, nocturia times two, occasional urgency, and hesitancy but no UTIs.  I think many of these symptoms may be explained by other issues pertinent to the cervical spine.  To the extent of the severe low back pain, this may be ascribed to lumbosacral instability.  For the time being, I do not think tethered cord syndrome is very pertinent to her issues.

She is intelligent and articulate.  She is a good historian.  She is normocephalic and atraumatic.  Her chest is clear to auscultation.  Heart is a regular $S_1$ and $S_2$.  There is no split-sound, murmur, or bruit.  Abdomen has normal bowel sounds.  There is no abdominal tenderness.  There is no bruit and no organomegaly.  In the spine, there is mild tenderness in the sacral region.  There is no scoliosis, step-off, paravertebral muscles spasm, or neurocutaneous markers.  On neurologic exam gait is slightly pigeon toed, and she has a flat foot on the right.  Romberg's sign is absent.  She has a normal heel-to-toe.  Cerebellar testing shows no nystagmus.  There is normal finger-to-nose and rapid alternating motions.  Reflexes are 3+ with low amplitude at the biceps, triceps, and brachioradialis, 3+ at the patellar tendon with decreased amplitude, and 2+ at the Achilles tendons.  There is a right Hoffmann's sign.  Sensory testing reveals decreased sensation to pinprick throughout the cervical, thoracic, lumbar, and sacral dermatomes with the exception of the soles of both feet where she has normal sensation.  Proprioceptive sensation is normal.  Strength is 4+/5 in the deltoids, biceps, triceps, grips, iliopsoas, quadriceps, and hamstrings.  There is no atrophy and no fasciculations.  She reported a history of tremors or jerking movements, especially in the lower extremities, usually at night, but these are not evident during the exam.  Cranial nerve testing shows pupils are equal, round, and reactive.  Extraocular motor is intact.  She has normal facial symmetry and sensation.  There is decreased gag reflex.  Hearing is intact at 256 Hz.  There is normal Rinne.

CT scan with neck rotation to the right shows 41° of rotation of C1 upon C2 with only a total of 53° rotation of C1. This was associated with only a 5% overlap of facets on neck rotation to the left.  She is able to turn 76° to the left.  There is a 40° C2 angulation, reflecting a 36° angulation between C1 and C2.  In other words, rotation toward the left appeared potentially unstable.  The CT scan shows trabeculations of vertebrae suggesting a vitamin D deficiency.  The CT scan shows a diminished disc between the skull base and the mandibular condyle.  The fusion at these levels appears intact with the cervical spine.  At the C6/7 level, the posterior ligament is intact and associated with some calcification and resulting in some very mild stenosis of questionable clinical significance.

There is rotation of the cervical spine evident on the straight axial views, suggesting considerable instability at the C1/2 and C2/3 levels.  On the MRI, the flexion and extension shows a mild stenosis at C6/7.  The Harris measurement in flexion is 15.5 mm.  This reduces to 6 mm on extension, reflecting a 9.5 mm movement of the basion with respect to the odontoid.  This fulfills

Page | 2

JR:MNG0013

John V. Marraccini, M.D.                                             June 25, 2014
RE:  ROUVIERE, Jody

the criteria for craniocervical instability.    There is no basilar invagination, no Chiari malformation, and no syringomyelia.

There is no pontus posticus.  There are no other abnormalities.

IMPRESSION:
1. Underlying Ehlers-Danlos syndrome, hypermobility type.
2. Status post C3-C7 fusion and stabilization for cervical instability.
3. Ongoing instability, C1, C2, and C3 with severe headache, nausea, and diffuse sensory pains.
4. Craniocervical instability manifest in the 9 mm of movement between basion and odontoid.
5. Temporomandibular joint syndrome reflected clinically by palpation of the TMJ, by the exacerbation of pain wearing the neck brace, and from the findings on CT scan.
6. Cervical medullary syndrome secondary to craniocervical and atlantoaxial instability.
7. Ongoing mild stenosis, C6/7, due to residual disc posterior ligament.
8. Probable vitamin deficiency, vitamin D in particular.

PLAN:
1. See Joe Tregaskes in Richmond in regards to the TMJ.
2. SpectraCell evaluation for vitamin and trace element deficiencies.
3. Genelex evaluation for altered drug metabolism.
4. Evaluation and treatment by Dr. Michael Healy in Providence, Rhode Island.  Dr. Healy is very attuned to the presence of the subtle instabilities in the cervical spine and may be able to formulate a nonoperative strategy for treating this.
5. Return to follow-up with me.

## Allergies

- **Sulfa (Sulfonamides)**
- **Bactrim**
- **Ceclor**
- **EES (Not Checked)**

## Current Medication(s)

- Excedrin Extra Strength 250 mg-250 mg-65 mg tablet: 2-tablet/by mouth / Q4h (Entered on: 06/25/2014 04:45 PM)

## History

- **Family History**
  - mother, Status: Living, Age: 75, healthy
  - father, Status: Living, Age: 97, healthy
  - child, Status: Living, Age: 17, hypermobility
  - child, Status: Living, Age: 15, healthy
  - child, Status: Living, Age: 13, healthy
  - child, Status: Living, Age: 11, healthy

- **Social History**
  - Living Arrangements: does not live alone
  - Employment Status: Working full time, Disabled

JR:MNG0014

John V. Marraccini, M.D.                                June 25, 2014
RE: ROUVIERE, Jody

- **Consumption/Diet**
  - Smoking: Never smoker

## Review Of System

- **Constitutional**: change in appetite (+), changes in sleep pattern (+), chronic pain (+), back pain (+), joint pain (+)
- **Musculoskeletal**: numbness legs (+) (right), shoulder pain (+), burning pain trunk, arms and legs (+), lower back pain (+), pain in lower back and legs (+), back pain standing/walking (+), muscle pain at rest (+), sacral pain (+)
- **Cardiovascular**: feeling heart beats/palpitations (+), pain in legs while walking (+), chronic cough (+)
- **Gastrointestinal**: nausea (+)
- **Genitourinary**: unable to empty bladder (+), urinary hesitancy (+), nocturia/urination at night (+), sleep with knees bent (+)
- **Neurological**: vertigo (+), dizziness and lightheadedness (+), shaking episodes (+), tremors (+), headache (+), neck pain (+), blurred vision (+), double vision (+), vision flashes (+), vision halos (+), ringing in the ears (+), speech difficulty (+), hoarseness (+), choking (+), leg weakness (+), arm weakness (+), nausea/vomitting (+), poor coordination (+), difficulty swallowing (+)

Fraser C. Henderson, Sr., M.D.

cc:     Jody Rouviere

FCH:lw

JR:MNG0015

**BETHESDA MRI**
7830 Old Georgetown Road #C-40
Bethesda, MD 20814
Phone: (301) 657-2444
Fax: (301) 657-2450

Exam requested by:
FRASER HENDERSON
8401 CONNECTICUT AVENUE SUITE 220
CHEVY CHASE MD 20815

**Patient:** ROUVIERE, JODI LEE
**Date of Birth:** 10-31-1971
**Phone:** (305) 790-9325
**MRN:** E3485 **Acc:** E102792
**Date of Exam:** 09-19-2014

**EXAMINATION:** CT MYELOGRAPHY CERVICAL WITH CONTRAST

**CLINICAL INDICATION:** Ehlers-Danlos syndrome. Postural headaches. Question CSF leak.

**TECHNIQUE:** Following the subarachnoid administration of contrast, 0.5 mm thick sections were obtained through the cervical spine followed by coronal and sagittal reconstructions.

**COMPARISON STUDY**: None available.

**FINDINGS:** The study demonstrates postoperative changes following anterior cervical discectomy and fusion from C3 to C7, with normal postoperative appearance. There are small residual osteophytes at the C5-C6 and C6-7 level, not abutting the cord, and not extending into the neural foramina. There is no evidence of a CSF leak.

**IMPRESSION: No evidence of a CSF leak. Status post anterior cervical discectomy and fusion from C3-C7.**

*Thank you for referring your patient to BETHESDA MRI*

Alexander S. Mark, MD
*Electronically Signed: 09-21-2014 7:18 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

JR:MNG0016

**BETHESDA MRI**

7830 Old Georgetown Road #C-40
Bethesda, MD 20814
Phone: (301) 657-2444
Fax: (301) 657-2450

Exam requested by:
FRASER HENDERSON
8401 CONNECTICUT AVENUE SUITE 220
CHEVY CHASE MD 20815

**Patient:** ROUVIERE, JODI LEE
**Date of Birth:** 10-31-1971
**Phone:** (305) 790-9325
**MRN:** E3485 **Acc:** E102767
**Date of Exam:** 09-19-2014

**EXAMINATION:** CT MYELOGRAPHY THORACIC  WITH CONTRAST

**CLINICAL INDICATION:** Ehlers-Danlos syndrome.  Postural headaches.  Question CSF leak.

**TECHNIQUE:**  Following the subarachnoid injection of contrast, 0.5 mm thick sections were obtained through the thoracic spine followed by coronal and sagittal reconstructions.

**COMPARISON STUDY**: None available.

**FINDINGS:**  The spinal canal is congenitally large.  There is no evidence of a CSF leak.  There is no evidence of disc herniation.

**IMPRESSION:  Normal study.  No evidence of a CSF leak.**

*Thank you for referring your patient to BETHESDA MRI*

Alexander S. Mark, MD
*Electronically Signed: 09-21-2014 7:13 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

JR:MNG0017

**BETHESDA MRI**
7830 Old Georgetown Road #C-40
Bethesda, MD 20814
Phone: (301) 657-2444
Fax: (301) 657-2450

Exam requested by:
FRASER HENDERSON
8401 CONNECTICUT AVENUE SUITE 220
CHEVY CHASE MD 20815

**Patient:** ROUVIERE, JODI LEE
**Date of Birth:** 10-31-1971
**Phone:** (305) 790-9325
**MRN:** E3485 **Acc:** E102791
**Date of Exam:** 09-19-2014

**EXAMINATION:** CT MYELOGRAPHY LUMBAR WITH CONTRAST

**CLINICAL INDICATION:** Ehlers-Danlos syndrome. Possible headaches. Question CSF leak.

**TECHNIQUE:** Following the subarachnoid injection of contrast, 0.5 mm thick sections were obtained through the lumbar spine followed by sagittal and coronal reconstructions.

**COMPARISON STUDY**: None available.

**FINDINGS:** The alignment is normal. The spinal canal is congenitally large. There is no evidence of a CSF leak. There is bilateral L5 spondylolysis without spondylolisthesis. There is no evidence of disc herniation.

**IMPRESSION: Bilateral L5 spondylolysis without spondylolisthesis. No evidence of a CSF leak.**

*Thank you for referring your patient to BETHESDA MRI*

Alexander S. Mark, MD
*Electronically Signed: 09-21-2014 7:16 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

JR:MNG0018

**BETHESDA MRI**
7830 Old Georgetown Road #C-40
Bethesda, MD 20814
Phone: (301) 657-2444
Fax: (301) 657-2450

Exam requested by:
FRASER HENDERSON
8401 CONNECTICUT AVENUE SUITE 220
CHEVY CHASE MD 20815

**Patient:** ROUVIERE, JODI LEE
**Date of Birth:** 10-31-1971
**Phone:** (305) 790-9325
**MRN:** E3485 **Acc:** E102766
**Date of Exam:** 09-19-2014

**EXAMINATION:** CT-GUIDED INJECTION FOR CT MYELOGRAM

**CLINICAL INDICATION:** Possible headaches in a patient with Ehlers-Danlos syndrome. Question CSF leak.

**TECHNIQUE:** After informed consent was obtained, explaining to the patient the indications, contraindications, risks and alternatives to the procedure, the patient wished the procedure done. The patient's back was prepped and draped in the usual fashion. Under CT guidance and local anesthesia, a 22 gauge with occur needle was introduced in the subarachnoid space at the L2 level. With the patient the lateral decubitus position, the opening pressure was measured at 9 cm of water. 15/20 of Omnipaque 200 were then injected in the subarachnoid space. The patient complained of muscle spasm at the and of the injection but the spasms resolved shortly after. The patient was then transferred to the CT scanner for cervical, thoracic and lumbar myelography.

**COMPARISON STUDY**: None available.

**FINDINGS:** Contrast was present in the subarachnoid space.

**IMPRESSION: Successful CT guided contrast injection in the lumbar subarachnoid space for myelography.**

*Thank you for referring your patient to BETHESDA MRI*

Alexander S. Mark, MD
*Electronically Signed: 09-21-2014 7:21 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

9/18/2014 5:48 PM   FROM: Fax   TO: +1 (301) 654-9394   PAGE: 001 OF 001

**BETHESDA MRI**
7830 Old Georgetown Road #C-40
Bethesda, MD 20814
Phone: (301) 657-2444
Fax: (301) 657-2450

Exam requested by:
FRASER HENDERSON
8401 CONNECTICUT AVENUE SUITE 220
CHEVY CHASE MD 20815

**Patient:** ROUVIERE, JODI LEE
**Date of Birth:** 10-31-1971
**Phone:** (305) 790-9325
**MRN:** E3485 **Acc:** E102755
**Date of Exam:** 09-18-2014

**EXAMINATION:** CT OF THE TEMPORAL BONE

**CLINICAL INDICATION:** Headache suggesting intracranial hypotension following the joint dislocation of patient's with Ehlers-Danlos syndrome. Question CSF leak in the middle ear or mastoids.

**TECHNIQUE:** 0.5 mm thick sections were obtained through the temporal bone followed by coronal reconstructions.

**COMPARISON STUDY:** None available.

**FINDINGS:** The external auditory canals are normal. The middle ear and the ossicles are unremarkable. There is no middle ear fluid or a mass. No cholesteatoma. No fluid is noted in the mid linear or mastoids. There is no defect in the tegmen. The cochlea, the vestibule and the semicircular canals are normal. In particular, there is no evidence of dehiscence of the superior or posterior semicircular canals. The facial nerve canal is normal. The mastoid air cells are unremarkable with no evidence of fluid or bony destruction.

**IMPRESSION: Normal CT of the temporal bone. No imaging findings to suggest a CSF leak in the temporal bone.**

**The findings were discussed with the patient at the time of the examination.**

*Thank you for referring your patient to BETHESDA MRI*

Alexander S. Mark, MD
*Electronically Signed: 09-18-2014 5:48 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

JR:MNG0020

9/18/2014 5:38 PM FROM: Fax   TO: +1 (301) 654-9394   PAGE: 001 OF 001

**BETHESDA MRI**
7830 Old Georgetown Road #C-40
Bethesda, MD 20814
Phone: (301) 657-2444
Fax: (301) 657-2450

Exam requested by:
FRASER HENDERSON
8401 CONNECTICUT AVENUE SUITE 220
CHEVY CHASE MD 20815

**Patient:** ROUVIERE, JODI LEE
**Date of Birth:** 10-31-1971
**Phone:** (305) 790-9325
**MRN:** E3485 **Acc:** E102754
**Date of Exam:** 09-18-2014

**EXAMINATION:** MRI OF THE BRAIN WITHOUT AND WITH CONTRAST

**CLINICAL INDICATION:** Ehlers-Danlos syndrome.  CT headaches improving from when lying down suggesting intracranial hypotension.

**TECHNIQUE:** Sagittal T1, axial T1, T2, FLAIR, diffusion, and gradient echo images, post contrast, OptiMark 15 cc intravenously, axial and coronal T1 weighted images.

**COMPARISON STUDY:** None available.

**FINDINGS:** The ventricles and sulci are normal.  No intra-axial or extra-axial lesions are noted at the supratentorial or infratentorial level.  In particular, there is no evidence of mass, hemorrhage, infarction or demyelinating disease.  The posterior fossa is normal.  There is no evidence of an acoustic schwannoma.

There is no abnormal enhancement following contrast administration.  In particular, there is no evidence of meningeal enhancement.

The sella and suprasellar regions are unremarkable.  There is no evidence of a pituitary adenoma.  The craniocervical junction is normal.  There are no imaging findings to suggest intracranial hypotension.  The superior sagittal sinus is patent.  The orbits and paranasal sinuses are normal.

**IMPRESSION: Normal brain MRI without and with contrast.  No imaging findings to suggest intracranial hypotension.  All No findings to explain the patient's neurological symptoms.**

*Thank you for referring your patient to BETHESDA MRI*

Alexander S. Mark, MD
*Electronically Signed: 09-18-2014 5:38 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

JR:MNG0021

**Jackson Memorial Hospital**
Information & Record
1611 N.W. 12th Avenu
Rm. C-251
Miami, Florida 33136
Cost Center: 91000

JR:MNG0022

# Cerner Imaging Exam Report

Facility: **JMH**

Patient Name: **ROUVIERE, JODI LEE**
MRN: **4502607**
FIN: **40009226973**
Patient Type: **Outpatient**
Accession No: **CT-14-0015419**
Exam Date/Time: **02/24/2014 14:08**
Ordering Physician: **Starosta-Rubenstein, Simon**
Resident: **Pal, Amit**
Interpreting Physician: **Sidani, Charif**
Reason for Exam: **EHLERS-DANLOS SYNDROME**

DOB/Age/Sex: **10/31/1971  42 Years  Female**
Location: **DTC2 CT/ /**
Exam: **CT C Spine w/o Contrast**
Exam Status: **Completed**
Transcriptionist: **Pal, Amit**
Report Status: **Final**
Transcribed Date/Time: **02/24/2014 16:35**

## Report

History: Ehlers-Danlos syndrome.

Exam: CT of the cervical spine without contrast on 02/24/2014.

Technique: 3 mm axial sections were obtained through the cervical spine. Images were obtained in flexion extension and as well as angled views. Coronal and sagittal reformats were obtained.

Comparison: No prior studies available for comparison.

Findings:

The patient is status post anterior cervical discectomy and fusion from C3 through C7. Intervertebral disc spacers are present at to C3-C4, C4-C5 and C5-C6. The orthopedic hardware is intact and no periprosthetic fractures are identified. There is no evidence of hardware loosening.

The atlantodental distance on all images is less than 3 mm and measures maximally up to 1 mm. The distance between the dens and the lateral masses C1 also measures less than 3 mm on all images and no discrete asymmetry between the dens and lateral mass of C1 is identified on the flexion, extension or angled views. There is apparent offset of the lateral mass of C1 with respect the lateral mass of C2 bilaterally, which appears symmetric in nature and may be within normal limits.

There is mild anterolisthesis of C2 and C3. Vertebral body heights are maintained. Prevertebral soft tissues are unremarkable.

At C4-C5 there is a disc osteophyte complex, mildly effacing ventral thecal sac. There is no significant canal stenosis or foraminal narrowing.

At C5-C6 there is disc osteophyte complex mild effacing ventral thecal sac. There is uncovertebral spurring. There is no significant canal stenosis or foraminal narrowing.

Scarring is noted the visualized lung apices.

Impression:
1.
Status post anterior cervical discectomy and fusion from C3-C7 without evidence of hardware complication.
2.
Flexion/extension views demonstrate no evidence of dynamic instability. Mild retrolisthesis is noted of C2 on C3.
3.

**Page 1 Continued...**    **Printed Date/Time: 02/27/2014 16:08:30**

JR : MNG0023

# Cerner Imaging Exam Report

Facility:  JMH

Patient Name: ROUVIERE, JODI LEE
MRN: 4502607
FIN: 40009226973
Patient Type: **Outpatient**
Accession No: CT-14-0015419
Exam Date/Time: **02/24/2014 14:08**
Ordering Physician: **Starosta-Rubenstein, Simon**
Resident: **Pal, Amit**
Interpreting Physician: **Sidani, Charif**
Reason for Exam: **EHLERS-DANLOS SYNDROME**

DOB/Age/Sex: **10/31/1971  42 Years  Female**
Location: **DTC2 CT/ /**
Exam: **CT C Spine w/o Contrast**
Exam Status: **Completed**
Transcriptionist: **Pal, Amit**
Report Status: **Final**
Transcribed Date/Time:  **02/24/2014 16:35**

---

Atlandtodental distance is preserved. Dens with respect to the lateral masses of C1 appear symmetric on neutral and angled views.

***FINAL REPORT***
Attending Physician:  Sidani, Charif
Dictation Date/Time:02/24/14 16:01:4
Transcribed by & Date/Time:  Pal, Amit        02/24/2014 16:35
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Pal, Amit
Electronically Signed By:  Sidani, Charif        Signature Date/Time:  02/24/2014 18:21

*** END OF REPORT ***
Page 2                        Printed Date/Time: 02/27/2014 16:08:30

JR : MNG0024



# STAND-UP MRI OF MIAMI
## UPRIGHT® MRI & 3.0T WIDE-BORE MRI
Accredited by the American College of Radiology

PATIENT NAME: ROUVIERE,JODI
ID NUMBER: MI1400754
DATE OF BIRTH: 10/31/1971
REFERRING PHYSICIAN: S STAROSTARUBINSTEIN, MD
DATE OF SERVICE: 02/16/2014

## MRI OF THE CERVICAL SPINE WITH FLEXION AND EXTENSION VIEWS:

CLINICAL HISTORY: A 42-year-old woman referred for MRI examination of the cervical spine. The patient is complaining of neck pain.

TECHNIQUE: Standard pulse sequences of the cervical spine without contrast with the patient in the upright seated position and the neck in the neutral, flexed, and extended positions.

FINDINGS: There is a ventral metallic stabilization plate transfixed by screws seen within the bodies of the fused third, fourth, fifth, sixth, and seventh cervical vertebrae. There is straightening of the normal cervical lordosis. The flexion/extension sagittal T2-weighted projections of the neck show no segmental cervical instability.

There is no cervical fracture.

There is no focal aggressive cervical mass marrow lesion.

At C2-3, there is no disc herniation, nerve root impingement, or canal stenosis.

At the fused C3-4 level, there is no significant extradural defect, nerve root impingement, or canal stenosis.

At the fused C4-5 level, there is no significant extradural defect, nerve root impingement, or canal stenosis. There is mild left-sided posterior degenerative facet arthrosis.

At the fused C5-6 level, there is no significant extradural defect, nerve root impingement, or canal stenosis.

At the fused C6-7 level, there is a shallow residual posterior disc bulge. There is no canal stenosis. There is no significant narrowing of the neural foramina.

At C7-T1, there is no disc herniation, nerve root impingement, or canal stenosis.

Signed: By: Marc A. Engel, MD

Page 1 of 2

1661 SW 37th Avenue, Suite 100 • Miami, Florida 33145 • 305.461.6005 • Fax: 305.461.8662

JR:MNG0025

PATIENT NAME:          ROUVIERE, JODI
ID NUMBER:             MI1400754
DATE OF BIRTH:         10/31/1971
REFERRING PHYSICIAN:   S STAROSTARUBINSTEIN, MD
DATE OF SERVICE:       02/16/2014

MRI OF THE CERVICAL SPINE WITH FLEXION AND EXTENSION VIEWS CONT'D

There is no pathologic cervical spinal cord signal abnormality. There is no cervical spinal cord syrinx.

The craniocervical junction and atlantoaxial articulation are intact and normal in appearance.

The cerebellar tonsils lie above the level of the posterior lip of the foramen magnum and are normal in position.

IMPRESSION:
1.  Status post C3 through C7 anterior cervical discectomy and fusion with placement of ventral metallic stabilization plate transfixed by screws anchored within the C3 through C7 anterior cervical spinal column. No significant extradural defect, cord compression, canal stenosis, or nerve root impingement at the fused C3 through C7 levels. Again, there is a slight residual C6-7 disc bulge impressing upon the thecal sac.
2.  C4-5 left-sided posterior degenerative facet arthrosis. No significant narrowing of the left neural foramen.
3.  No intrinsic cervical spinal pathology from an MRI perspective.
4.  No segmental cervical instability from a flexion/extension MRI perspective.

Thank you for your kind referral.

*Marc A. Engel, M.D.*

Marc A. Engel, MD
Diplomate of the American Board of Radiology

ME/jr

D: 02/17/2014    T: 02/17/2014

Signed: By: Marc A. Engel, MD

1661 SW 37th Avenue, Suite 100 • Miami, Florida 33145 • 305.461.6005 • Fax: 305.461.8662

JR:MNG0026

ca Server8     Tue 18 Feb 2014 03:19:36 PM EST



# STAND-UP MRI OF MIAMI
## UPRIGHT® MRI & 3.0T WIDE-BORE MRI

Accredited by the American College of Radiology

PATIENT NAME:     ROUVIERE,JODI
ID NUMBER:     MI1400754
DATE OF BIRTH:     10/31/1971
REFERRING PHYSICIAN:     S STAROSTARUBINSTEIN, MD
DATE OF SERVICE:     02/16/2014

## MRI LUMBAR SPINE WITHOUT CONTRAST:

HISTORY: 42-year- woman referred for MRI examination of lumbar spine. Patient is complaining of lower back pain.

TECHNIQUE: Standard pulse sequences of the lumbar spine without contrast.

FINDINGS: The sagittal images show a slight forward slippage of L5 on S1.

There is no lumbar fracture.

There is no focal aggressive lumbar mass marrow lesion.

At L5-S1 there is a grade I anterior spondylolisthesis resulting in 4-5 mm of uncovering of the disc space posteriorly. There is mild foraminal narrowing related anterolisthesis and disc bulge. There is no compression of the transforaminal L5 nerve roots. There is no central spinal canal stenosis. There are bilateral L5 pars interarticularis defects i.e. spondylolysis.

At L4-5 there is a mild generalized disc annular bulge. There is no nerve root impingement or canal stenosis. There is slight facet arthrosis.

At L3-4, L2-3 and L1-2 there is no disc herniation, nerve root impingement or canal stenosis. There is slight facet arthrosis.

There are punctate posterior L4-5 and L5-S1 disc annular tears.

The conus medullaris has a normal appearance and ends normally at the L1 level. There is no thickening or matting of the intrathecal nerve roots.

At T11-12 there is a posterior central disc protrusion impressing upon the thecal sac. There is no cord compression or significant narrowing of the central spinal canal.

IMPRESSION:
1. Bilateral L5 pars interarticularis defects i.e. spondylolysis resulting in a grade I anterior spondylolisthesis with disc bulge contributing to mild foraminal narrowing

Signed: By: Marc A. Engel, MD       Page 1 of 2

1661 SW 37ᵗʰ Avenue, Suite 100 • Miami, Florida 33145 • 305.461.6005 • Fax: 305.461.8662

JR:MNG0027

Case 1:18-cv-04814-GHW-GS   Document 346-7   Filed 05/27/22   Page 28 of 100

PATIENT NAME:          ROUVIERE, JODI
ID NUMBER:             MI1400754
DATE OF BIRTH:         10/31/1971
REFERRING PHYSICIAN:   S STAROSTARUBINSTEIN, MD
DATE OF SERVICE:       02/16/2014

MRI LUMBAR SPINE  CONT'D

particularly on the left. No compression of the transforaminal L5 nerve roots or central spinal canal stenosis.

2.  L4-5, mild disc annular bulge.
3.  L4-5 and L5-S1, punctate posterior disc annular tears. No focal disc herniation.
4.  Multilevel slight lumbar facet arthrosis. No canal stenosis.
5.  T11-12, posterior central disc protrusion impressing upon the sac. No cord compression or canal stenosis.

Thank you for your kind referral.

Marc A. Engel, MD
Diplomate of the American Board of Radiology

ME/ll

D: 02/17/2014    T: 02/17/2014

Signed: By: Marc A. Engel, MD                                    Page 2 of 2

1661 SW 37th Avenue, Suite 100 • Miami, Florida 33145 • 305.461.6005 • Fax: 305.461.8662

JR:MNG0028



## DADELAND MRI & CT

Email: DadelandMR@aol.com

| | |
|---|---|
| **Patient Name:** | ROUVIERE, JODI |
| **Date of Birth:** | October 31, 1971 |
| **Patient ID:** | 49392 |
| **Referring Physician:** | MARK SANDHOUSE, MD |
| **Exam:** | MRI CERVICAL SPINE |
| **Exam Date:** | February 11, 2013 |
| **Page:** | 1 of 2 |

### CLINICAL INFORMATION

Ehlers-Danlos syndrome with neck stiffness

### COMPARISON

None available

### CONTRAST

None given

### TECHNIQUE

T1, T2 and STIR sagittal as well as gradient echo axial images of the cervical spine were done

### FINDINGS

MRI of the cervical spine was performed without infusion of contrast and reveals kyphotic curvature which can be seen in muscular spasm. There are hypertrophic changes of the facet joints most pronounced on the right at C3/4 where there is increased synovial fluid or synovitis. There is no definite marrow edema or recent compression injury. There are Modic type endplate signal changes at C4/5.

The cervical cord retains normal signal throughout. The cerebellar tonsils are in good position.

At C2/3 there is no disc protrusion, nerve root displacement or stenosis.

At C3/4 there is 2 mm anterolisthesis with marked hypertrophy of the right facet joint and a 1-2 mm disc protrusion producing borderline spinal stenosis and moderate to severe right foraminal stenosis with displacement of the right C4 nerve root within the neural foramen. The AP diameter of the thecal sac measures 9-10 mm.

7867 N. Kendall Drive, Suite 120 - Miami, Florida 33156 - Tel: (305) 279.2MRI (674) - Fax: 305 412.8644
A Partners In Imaging Company

02/06/2014
SIMON SZDOESZA MD

JR:MNG0029



**Email: DadelandMR@aol.com**

| | |
|---|---|
| **Patient Name:** | ROUVIERE, JODI |
| **Date of Birth:** | October 31, 1971 |
| **Patient ID:** | 49392 |
| **Referring Physician:** | MARK SANDHOUSE, MD |
| **Exam:** | MRI CERVICAL SPINE |
| **Exam Date:** | February 11, 2013 |
| **Page:** | 2 of 2 |

At C4/5 there is a 1-2 mm disc osteophyte complex with borderline spinal stenosis and moderate right foraminal stenosis including displacement of the right C5 nerve root within the neural foramen. The AP diameter of the thecal sac measures 9-10 mm.

At C5/6 there is a 1-2 mm broad-based protruding disc and endplate osteophyte producing mild spinal stenosis and mild left foraminal stenosis with slight displacement of the left C6 nerve root within the neural foramen. The AP diameter of the thecal sac measures 8 mm.

At C6/7 there is a 1-2 mm predominantly right posterior lateral disc protrusion producing borderline spinal stenosis and mild right foraminal stenosis with the AP diameter thecal sac measuring 9-10 mm.

At C7/T1 there is no disc protrusion, nerve root displacement or stenosis.

IMPRESSION

1. At C3/4 there is 2 mm anterolisthesis with marked hypertrophy of the right facet joint and a 1-2 mm disc protrusion producing borderline spinal stenosis and moderate to severe right foraminal stenosis with displacement of the right C4 nerve root.
2. At C4/5 there is a 1-2 mm disc osteophyte complex with borderline spinal stenosis and moderate right foraminal stenosis including displacement of the right C5 nerve root.
3. At C5/6 there is a 1-2 mm broad-based protruding disc and endplate osteophyte producing mild spinal stenosis and mild left foraminal stenosis with slight displacement of the left C6 nerve root.
4. At C6/7 there is a 1-2 mm predominantly right posterior lateral disc protrusion producing borderline spinal stenosis and mild right foraminal stenosis.

THIS REPORT WAS ELECTRONICALLY SIGNED

Frederick Hartker, MD
Board Certified Neuro (CAQ) Radiologist

APPROVAL DATE 2/12/2013

JR:MNG0030

**The Metropolitan Neurosurgery Group, LLC**

**Fraser Cummins Henderson, Sr. , M.D.**
LIC #: D0044416 • DEA #: BH3630672 • NPI #:1063404788

8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. Jodi Rouviere          DOB 10/31/71

Address.                      Date 9/18/14

℞

756.83
728.2

CT Myelogram Cervical
thoracic
lumbar

R/o CSF leak

DO NOT REPEAT ☐    NO SUBSTITUTION ☐    PLEASE LABEL ☐    MD

| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx - THERMOCHROMIC INK - ON BACK: ARTIFICIAL WATERMARK - COIN REACTIVE INK

SCRIPT#14307

---

**The Metropolitan Neurosurgery Group, LLC**

**Fraser Cummins Henderson, Sr. , M.D.**
LIC #: D0044416 • DEA #: BH3630672 • NPI #:1063404788

8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. Jodi Rouviere          DOB 10/31/71

Address.                      Date 9/18/14

℞

756.83

CT Temporal / petrous bones

MRI c contrast Brain

DO NOT REPEAT ☐    NO SUBSTITUTION ☐    PLEASE LABEL ☐    MD

| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx - THERMOCHROMIC INK - ON BACK: ARTIFICIAL WATERMARK - COIN REACTIVE INK

SCRIPT#14306

JR:MNG0031

JR:MNG0032

**The Metropolitan Neurosurgery Group, LLC**
**Fraser Cummins Henderson, Sr., M.D.**
LIC #: D0044416 • DEA #: BH3830672 • NPI #:1063404788
**Bothwell G. Lee, M.D., FAANS, FACS**
DEA #: FL2952340 • NPI #:1043320252
8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. Jodi Rouviere                    DOB 10/31/71

Address.                                Date 6/25/14

℞

Spectracell

756-85
269.2

Aew C Henderson

| DO NOT REPEAT ☐ | | NO SUBSTITUTION ☐ | | PLEASE LABEL ☐ | |
|---|---|---|---|---|---|
| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx - THERMOCHROMIC INK • ON BACK: ARTIFICIAL WATERMARK • COIN REACTIVE INK

SCRIPT 21107

---

**The Metropolitan Neurosurgery Group, LLC**
**Fraser Cummins Henderson, Sr., M.D.**
LIC #: D0044416 • DEA #: BH3830672 • NPI #:1063404788
**Bothwell G. Lee, M.D., FAANS, FACS**
DEA #: FL2952340 • NPI #:1043320252
8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. Jodi Rouviere                    DOB 10/31/71

Address.                                Date 6/25/14

℞

Genelex

756.83

Aew C Henderson    MD

| DO NOT REPEAT ☐ | | NO SUBSTITUTION ☐ | | PLEASE LABEL ☐ | |
|---|---|---|---|---|---|
| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx - THERMOCHROMIC INK • ON BACK: ARTIFICIAL WATERMARK • COIN REACTIVE INK

SCRIPT 21108

JR:MNG0033

The Metropolitan Neurosurgery Group, LLC
**Fraser Cummins Henderson, Sr., M.D.**
LIC #: D0044416 • DEA #: BH3830672 • NPI #:1063404788
**Bothwell G. Lee, M.D., FAANS, FACS**
DEA #: FL2952340 • NPI #:1043320252
8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. Jodi Rouviere                      DOB 10/31/71
Address.                                 Date. 6/25/14

Rx

Consult: Joe Tregaskes, MD
for TMJ   (904-282-0510)

756.83

_____ MD

| DO NOT REPEAT ☐ | | NO SUBSTITUTION ☐ | | PLEASE LABEL ☐ | |
|---|---|---|---|---|---|
| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx - THERMOCHROMIC INK • ON BACK: ARTIFICIAL WATERMARK - COIN REACTIVE INK

---

The Metropolitan Neurosurgery Group, LLC
**Fraser Cummins Henderson, Sr., M.D.**
LIC #: D0044416 • DEA #: BH3830672 • NPI #:1063404788
**Bothwell G. Lee, M.D., FAANS, FACS**
DEA #: FL2952340 • NPI #:1043320252
8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. Jodi Rouviere                      DOB 10/31/71
Address.                                 Date. 6/25/14

Rx

Consult: Dr. Michael Healy

Physiotherapy (RI)
                (401-438-0905)

756.83

_____ MD

| DO NOT REPEAT ☐ | | NO SUBSTITUTION ☐ | | PLEASE LABEL ☐ | |
|---|---|---|---|---|---|
| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx - THERMOCHROMIC INK • ON BACK: ARTIFICIAL WATERMARK - COIN REACTIVE INK

JR:MNG0034

## THE METROPOLITAN NEUROSURGERY GROUP LLC
### PATIENT REGISTRATION

Today's date: 3/12/14

PCP: John Marracini (305-666 8858)

### PATIENT INFORMATION

Last Rouviere    First Jodi    MI

☐ Mr.    ☐ Miss
☑ Mrs.    ☐ Ms.

Marital status (circle one)
Single / (Married)/ Widow
Divorce / Separated

Is this your legal name? ☑ Yes  ☐ No    If not, what is your legal name? _____

DOB: 10/31/71    Ethnicity: Cauc    Gender: ☐ M  ☑ F

Street address: 10950 SW 84 Ct.

Home phone: 305-279-3665    Mobile: 305-608-8076

P.O. box:    City: Miami    State: FL    ZIP Code: 33156

Social Security no.: 261335630    Email: jodi@jrtalent.net    Occupation: business owner

Who referred you to Metropolitan Neurosurgery:

☐ Dr.: Cate Pratt
☐ Hospital:

☐ MNG Patient    ☑ Online: Ehlers Damos Blog Site    ☐ Other:

To whom would you like a letter sent: Me.

Reason for today's visit? Dec. 2013 - Jaw subluxation - onset of increased squeeing in head, neck, pounding headaches, nauseaus, developed into not being able to hold up neck & head without strain & pain & increased pounding, Neck cracks and "fails" at two points of cervical spine.

### PAIN ASSESSMENT
Please mark on the drawings the areas where you presently feel pain (circle or mark with an + or *)

Pain increased by: Sitting up, standing, holding up head, turning neck
Pain decreased by: laying down, resting neck down

0  1  2  3  4  5  (6)  7  8  (9)  10

No Pain    Moderate Pain    Worst Possible Pain

with no activity    with activity

JR: MNG0035

Patient Last Name: **Rouviere**    Today's Date: **3/12/14**

## REVIEW OF SYMPTOMS

*Check all that apply*

### Neurologic

| | | | | | |
|---|---|---|---|---|---|
| Hyperaccusis | | Loss of consciousness/syncope | | Speech difficulty w/pain | ✓ |
| Photosensitivity | | Memory loss | | Hoarseness | ✓ |
| Hyperolfaction | | Concentration difficulties | | Choking | ✓ |
| Balance disorder | | Facial numbness | | Skin tingling or numbness/sensory loss | ✓ |
| Vertigo | ✓ | Blurred vision at times (L) | ✓ | Weakness legs | ✓ |
| Dizziness & lightheadedness | ✓ | Double vision at times (L) | ✓ | Weakness arms | ✓ |
| Shaking episodes | ✓ | Vision flashes | ✓ | Nausea/vomiting | ✓ |
| Seizures | | Vision halos | ✓ | Poor coordination | ✓ |
| Tremors | ✓ | "Foreign body" sensation in eye | | Difficulty swallowing | |
| Headache | ✓ | Ringing in ears | ✓ | Nasal discharge (watery) | |
| Neck pain | ✓ | Loss of hearing | | | |

### Constitutional

| | | | | | |
|---|---|---|---|---|---|
| Change in appetite w/pain | ✓ | Hair loss | | Fever | |
| Changes in sleep pattern | ✓ | Excessive sweating | | Mouth Sores | |
| Fatigue | | Lethargy | | Skin sores | |
| Rashes | | Chronic pain | ✓ | Weight loss | |
| Bruising | | Back pain | ✓ | Weight gain | |
| Excessive bleeding | | Joint pain | ✓ | Thyroid disorder | |
| Poor wound healing | | Anemia | | Swollen/enlarged lymph nodes | |
| Frequent infections | | Multiple allergies | | Heat intolerance | |
| Coffee colored spots on skin | | Burning/red eyes | | Nipple discharge | |

### Musculoskeletal

| | | | | | |
|---|---|---|---|---|---|
| Fingers change color | | Osteoporosis | | Back pain standing/walking | ✓ |
| Urinary urgency/frequency | | Shoulder pain EDS | ✓ | Back pain relieved by sitting | |
| Numbness arms | | Burning pain: trunk, arms, legs | ✓ | Back pain while lying down | less |
| Numbness of legs Right | ✓ | Bumpy roads increase neck pain | | Muscle pain at rest | ✓ |
| Numbness in hands & feet | | Lower back pain | ✓ | Stiff muscles/cramps | |
| Clumsiness | | Pain in lower back and legs | ✓ | Stiff back (can't bend forward) | |
| Frequent tripping | | Do you bend over shopping cart | ↑ | Sacral pain | ✓ |

If I could use one!

### Cardiac

| | | | | | |
|---|---|---|---|---|---|
| Chest tightness | | Ankle swelling | | Feeling heart beats/palpitations | ✓ |
| Chest pain: | | Shortness of breadth at night | | Pain in legs while walking | ✓ |
| at Rest | | Shortness of Breadth at Rest | | Chronic cough | ✓ |
| at Activity | | Shortness of breadth with exertion | | Blood in sputum | |

### Gastrointestinal

| | | | | | |
|---|---|---|---|---|---|
| Abdominal pain | | Clay colored stools | | Heart burn | |
| Black stool - blood in stool | | Constipation/Gastroparesis | | Loss of bowel/rectal control | ✓ |
| Bloating | | Diarrhea | | Nausea | ✓ |
| Blood in vomit | | Gall bladder pain | | Unintentional weight loss | |

JR: MNG0036

Patient Last Name: _Rouviere_    Today's Date: _3/12/14_

| REVIEW OF SYMPTOMS | | | | | |
|---|---|---|---|---|---|
| *Check all that apply* | | | | | |
| **Genitourinary** | | | | | |
| Frequent infection | | Urinary hesitancy | ✓ | Sleep with knees bent | ✓ |
| Burning sensation during urination | | Increased frequency of urination | | History of \sacral dimple | |
| Dark yellow colored urine | | Stress incontinence (leakage with coughing) | | H/O delayed walking as infant | |
| Flank pain | | Involuntary passage of urine/incontinence | | H/O pigeon toe | |
| Unable to empty bladder | | Nocturia/urination at night | ✓ | H/O toe walking | |
| Scoliosis | | Worsening of back pain after walking up an incline | | H/O bedwetting (enuresis) | |
| | | | | Flat feet | |
| **Mental Health** | | | | | |
| Depression | | Hallucinations | | | |
| Panic/anxiety | | Behavioral Change | | | |

## SOCIAL HISTORY

Per day, how much of the following do you consume:

Cigarettes:    How long have you smoked? 0

Do you live with family members? If so, with whom?
4 children c husband (Andre)

Have you ever been addicted to prescribed medications, alcohol, or recreational drugs? ☐ Yes ☑ No
If yes, please provide brief description:

From My Bed

### Work History

Status: ☑ Full-time  ☐ Part-time  ☐ Unemployed  ☐ Retired  ☐ Short-term disability  ☐ Disabled  ☐ Student

If employed, length of time at this job:    • If retired, how long?    Occupation:

Employer: Run My Own Businesses

Does your current job involve (check all that apply):

☐ Sitting    ☑ Keyboard    ☑ Telephone Time    ☐ Hard manual labor    ☐ Much lifting

☐ All or much walking    ☐ Much driving    ☐ Much bending    ☐ Standing for long periods of time

Is there anything you find physically challenging about your current job?
Living is a physical challenge!

JR : MNG0037

Patient Last Name: _Rouviere_    Today's Date: _3/12/14_

## MEDICAL HISTORY

### Current Medications

| Name | Dosage | Frequency | Name | Dosage | Frequency |
|------|--------|-----------|------|--------|-----------|
| Excedrin | 2 Tabs | Every 4 h10 | | | |

### Previous Medications

| Name | Reason for taking | Date of last dosage (eg, last week, last month, two weeks ago) |
|------|-------------------|----------------------------------------------------------------|
| All Short Term post surgical etc. | | |

### Drug Allergies

| Name | Reaction | Name | Reaction |
|------|----------|------|----------|
| Sulfa meds | | | |
| Bactrim | | | |
| EES | | | |
| Ceclor | | | |

### Surgeries

| Surgery | Date | Reason for surgery |
|---------|------|--------------------|
| See attached | | |

### Medical Conditions, Illnesses or Diagnosis

| Condition/Illness/Diagnosis | Onset | Is this related to why you've made an appointment with MNG |
|-----------------------------|-------|-----------------------------------------------------------|
| See attached | | |

JR : MNG0038

Patient Last Name: __Rouvière__    Today's Date: __3/14/14__

Comments:

## FAMILY HISTORY

| Relative (parents, children, siblings) | Age | Health/Illness | If deceased, age at passing | Cause of death |
|---|---|---|---|---|
| Mother | 75 | healthy | | |
| Father | 97 | healthy | | |
| Child | 17 | hypermobility | | |
| Child | 15 | healthy | | |
| Child | 13 | hypermobility | | |
| Child | 11 | hypermobility | | |

## PAYMENT INFORMATION

*Please give your drivers license and insurance card to the receptionist.*

How do you intend to pay for today's visit?    ☐ Cash    ☑ Check    ☐ Credit Card

### Insurance Information

Person responsible for bill: ☑ Self   ☐ Other: _____    Does patient have insurance?: ☑ Yes   ☐ No

Primary Insurer: _____    Policy No: _____    Effective Date: _____

Secondary insurance (if applicable): _____    Policy No.: _____    Effective Date: _____

*If the subscriber is not the patient, please complete the following:*    Relationship with Patient: ☑ Spouse   ☐ Child   ☐ Other:

Subscriber Name: __Andre Rouvière__    DOB: __5/22 64__    Gender: ☑ M   ☐ F

Street Address (☑ Check if same as patient)    Home Phone: _____    Mobile: _____

Injured in an auto accident?  ☑ No  ☐ Yes   Date of Injury: __n/a__   Have you filed a claim? ☐ Yes ☐ No

The above information is true to the best of my knowledge. I authorize my insurance benefits be paid directly to the physician. I understand that I am financially responsible for any balance. I also authorize The Metropolitan Neurosurgery Group LLC or insurance company to release any information required to process my claims.

Patient/Guardian signature __Jocli Rouvière__  Date __3/14/14.__

### In Case of Emergencies

Name __Andre__    Relationship: __Spouse__    Home phone: __305-279-3645__    Mobile: __305-608-8076__
__305-790-9325__

JR : MNG0039

Patient Last Name: Rouviere

Today's Date: 3/14/14

## DESIGNATION FOR RELEASE OF MEDICAL INFORMATION
## TO A FAMILY MEMBER, FRIEND OR LEGAL REPRESENTATIVE

It is a physicians' responsibility to ensure that the physician-patient relationship is confidential. The Health Portability and Accountability Act (HIPPA) allows physicians to use their professional judgment on disclosing certain personal health information to family, friends, etc., without an authorization.

The Metropolitan Neurosurgery Group, LLC, (MNG) realizes that there are times when you, the patient, may want another person to be knowledgeable about your medical condition or medical needs. This form is an aid to your surgeon in making a determination on disclosing such information. MNG wants you to be able, if you so desire, to name a person to whom you want the office staff to speak with about your medical condition. To enable that, we would ask that you complete the form listed below. Please note the following points:

- Only one person can be designated for this role.
- The designation is valid until you cancel it in writing.
- This designation does not grant legal rights for others to make medical decisions on your behalf.
- If you designate no one, MNG will not release information to any family member or friend or legal representative.

### Designation Statement

I, Jodi Rouviere , designate the following person to be able to speak to The Metropolitan Neurosurgery Group, LLC, surgeons, or other staff member, should it be necessary, on my behalf. I hereby give permission to The Metropolitan Neurosurgery Group, LLC, through its surgeons and staff to release to my designee any information about my medical condition or medical needs or the status of my account and I release The Metropolitan Neurosurgery Group, LLC, its surgeons and staff, from any claim of confidentiality in connections with the release of this information.

Name of Designated Person: Andre Rouviere

Relationship: Husband

Phone Number: 305-790-9325

Patient Name: Jodi Rouviere

Signature: Jodi Rouviere

Witness Name: Andrew Cutter

Signature: _____ Date: 3/14/14

---

*I decline to designate another person to speak with my physician or clinical staff.*

Patient Signature: _____   Date: _____

Witness: _____   Date: _____

JR : MNG0040

# THE METROPOLITAN NEUROSURGERY GROUP LLC

## NOTICE OF PRIVACY PRACTICES

*Please Retain for Your Records*

This notice describes how medical information about you may be used or disclosed and how you can access this information. Please review it carefully.

The Health Insurance Portability & Accountability Act of 1996 (HIPAA) requires all health care records and other individually identifiable health information (protected health information) used or disclosed to us in any form, whether electronically, on paper, or orally, be kept confidential. This federal law gives you, the patient, significant rights to understand and control how your health information is used. HIPAA provides penalties for covered entities that misuse personal health information. As required by HIPAA, we have prepared this explanation of how we are required to maintain the privacy of your health information and how we may use and disclose your health information. This notice will be effective from September 1, 2006.

## OUR RESPONSIBILITY

We are required by law to maintain the privacy of your protected health information and to provide you with notice of your legal duties and privacy practices with respect to protected health information. We are required to abide by the terms of the Notice of Privacy Practices currently in effect. We reserve the right to change the terms of our Notice of Privacy Practices and to make the new notice provisions effective for all protected health information that we maintain. Revisions to our Notice of Privacy Practices will be posted on the effective date and you may request a written copy of the Revised Notice from this office.

## USE AND DISCLOSURE OF YOUR MEDICAL INFORMATION

*We are permitted to use and disclose your health care records for purposes of treatment, payment and health care operations without specific written authorization.*

| | |
|---|---|
| Treatment: | We may use medical information about you for providing, coordinating, or managing health care and related services by one or more health care providers. We will also provide your other practitioners with copies of various reports that should assist them in treating you. |
| Payment: | We may use and disclose medical information about you to obtain reimbursement for services, confirming coverage, billing or collecting activities and utilization review. |
| Regular health care operations: | We may use medical information in the business aspects of running our practice, such as conducting quality assessment and improvement activities, auditing functions, cost-management analysis and customer service. |
| Business associates: | If there are services provided through contracts with business associates such as laboratory test, radiology, etc., we may disclose some of your health information so that they can perform the job. To protect your health information, we require the business associates to safeguard your information. |
| Notification and communication with family: | We may use or disclose information to notify friends and family members that are directly involved in your care or who assist in taking care of you. If you are present, we will request your permission if possible, before we share or give you the opportunity to refuse permission. In case of emergency, we will share only the health information that is directly necessary for your health care according to our professional judgment. |

JR:MNG0041

| | |
|---|---|
| Research: | We may disclose information to researchers when an institutional review board that has reviewed the research proposal and established protocols has approved their research. |
| Disaster Relief: | We may share medical information with public or private organization that can legally assist in disaster relief efforts. |
| Fundraising and Marketing: | We will not contact you as part of fundraising or marketing |
| Funeral Directors, Coroner, Medical Examiner: | We may disclose health information to identify a deceased individual or to identify the cause of death to funeral directors to perform their jobs. |
| Organ procurement organization: | Consistent with the law, we may disclose health information to organ procurement organizations, transplantation, including organ donation banks as necessary to facilitate organ or tissue donation and transplantation. |
| Public Health: | As required by law, we may disclose your health information to public health or legal authorities to reduce or prevent a serious threat to your health and safety or the health and safety of another individual or the public. |
| Law Enforcements, Court Orders and Judicial and Administrative Proceedings: | Law enforcements, Court Orders and Judicial and Administrative Proceedings: We may disclose information in response to court or administrative order, subpoena, discovery request or other lawful process, under certain circumstances. We may share limited information with a law enforcement official concerning medical information of a suspect, fugitive, material witness, crime victim or missing person. If you are an inmate of a correctional institution, we may disclose to the institution or agents necessary information for your health and the health and safety of others. |
| Specialized Government Functions: | We may disclose health information for military personnel and veterans for national security and intelligence activities if required by appropriate authorities. We may disclose to federal officials for intelligence and national security activities authorized by law. |
| Food and Drug Administration (FDA): | As required by law, we may disclose to FDA health information relative to adverse events with respect to food, supplements and post marketing surveillance to enable product recalls, repairs or replacement. |
| Victims of Abuse, Neglect, or Domestic Violence: | We may disclose to appropriate authorities if we reasonably believe that you are a possible victim of abuse, neglect, domestic violence or crime. |
| Appointment Reminders: | We may use and disclose medical information to remind you of an appointment. |

Any other uses and disclosures will be made only with your written authorization. You may revoke such authorization in writing. The Metropolitan Neurosurgery Group LLC is required to honor and abide by that written request, except to the extent that we have already taken actions relying on your authorization.

JR:MNG0042

## YOUR INDIVIDUAL RIGHTS

You have certain rights in regards to you protected health information, which you can exercise by presenting a written request to the practice address below. You may request restriction on certain uses and disclosures of your protected health information. We are not required to agree to these additional restrictions, but if we do, we will abide by our agreement except in case of an emergency. You may request to receive confidential communication of protected health information from us by alternative means or locations and to request an amendment to your protected health information. You may request to receive an accounting of disclosures of your protected health information outside of treatment, payment and health care operations. You may obtain a paper copy of notice of information practices upon request, access, inspect and copy your health record.

You have the right to file a formal, written complaint with us at the address below, or with the Department of Health & Human Services, Office of Civil Rights, in the event you feel your privacy rights have been violated. We will not retaliate against you for filing a complaint.

For more information about our Privacy Practices, please contact:

The Metropolitan Neurosurgery Group, LLC
8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Phone 301.654.9390 Fax 301.654.9394

For more information about HIPAA or to file a complaint:
The U.S. Department of Health & Human Services
Office of Civil Rights
200 Independence Ave., S.W.
Washington, D.C. 20201
Telephone: 877-696-6775

JR:MNG0043

# THE METROPOLITAN NEUROSURGERY GROUP LLC

*Please sign and return to*
*The Metropolitan Neurosurgery Group LLC / 8401 Connecticut Avenue, Suite 220 / Chevy Chase MD 20815*

## MUTUAL AGREEMENT TO MAINTAIN PRIVACY

Dr. Fraser Henderson and Metropolitan Neurosurgery Group (collectively labeled *"Physician"*) agree to maintain Privacy of **Jodi Rouviere** (*"Patient/Responsible party"*) as outlined in the HIPAA form. The Physician takes pride in being able to extend a greater degree of privacy than is required by HIPAA, state confidentiality mandates, and common law.

Federal and State privacy laws are complex. Unfortunately, some medical offices try to find loopholes around these laws. For example, HIPAA forbids physicians from receiving money for selling lists of patients or protected health information to companies to market their products or services directly to patients without authorization. Some medical practices, though, can lawfully circumvent this limitation by having a third party perform the marketing. While personal data is never technically in the possession of the company selling its products or services, the patient can still be targeted with unwanted marketing information. Physician believes this is improper and may not be in the patients' best interest. Accordingly, Physician agrees not to provide any list for marketing or be paid for selling patient lists or protected health information to any party for the purpose of marketing directly to patients. Regardless of legal privacy loopholes, Physician will never attempt to leverage its relationship with Patient by seeking Patient's consent for marketing products for others.

In consideration for treatment and the above noted patient protection, Patient agrees to refrain from directly or indirectly publishing or airing commentary upon Physician and his practice, expertise and/or treatment - the sole exceptions being communication to a confidential medical-peer review body; to another healthcare provider; to a licensed attorney; to a governmental agency; in the context of a legal proceeding; or unless mandated by law. Publishing is intended to include attribution by name, by pseudonym, or anonymously. If Patient does prepare commentary for publication about Physician, the Patient exclusively assigns all Intellectual Property rights, including copyrights, to Physician for any written, pictorial, and/or electronic commentary. This assignment is in further consideration for additional privacy protections provided by Physician. This assignment shall be operative and effective at the time of creation (prior to publication) of the commentary. Physician has invested significant financial and marketing resources in developing the practice. In addition, Patient will not denigrate, defame, disparage, or cast aspersions upon the Physician; and (ii) will use all reasonable efforts to prevent any member of their immediate family or acquaintance from engaging in any such activity. Published comments on web pages, blogs, and/or mass correspondence, however well intended, could severely damage Physician's practice.

Physician feels strongly about Patients' privacy as well as the practices' right to control its public image and privacy. Both Physician and Patient will work to prevent the publishing or airing of commentary about the other party from being accessed via Internet, blogs, or other electronic, print, or broadcast media without prior written consent. Finally, this Agreement shall be in force and enforceable (and fully survive) for a period of the longer of (a) five years from Physician's last date of service to Patient; or (b) three years beyond any termination of the Physician-Patient relationship. As a matter of office policy, Physician is requiring all patients in its practice sign the Mutual Agreement to Maintain Privacy so as to establish that any anonymous or pseudonymous publishing or airing of commentary will be covered by this agreement for all Physician's patients.

Patient and Physician acknowledge that breach of this Agreement may result in serious, irreparable harm. In addition to compensation for consequential damages, Patient and Physician agree to the right of equitable relief (including but not limited to injunctive relief). Should a breach of this Agreement result in litigation, the prevailing party in the litigation shall be entitled to reasonable costs, expenses, and attorney fees associated with the litigation.

Patient has been given the opportunity to ask questions and receive satisfactory and adequate explanations.

SO AGREED THIS **14** DAY OF **March**, 201**4**

Patient/Responsible Party: *Jodi Rouviere*

*Please sign and return to*
*The Metropolitan Neurosurgery Group LLC / 8401 Connecticut Avenue, Suite 220 / Chevy Chase MD 20815*

MNG Notice of Privacy Practices   4

# THE METROPOLITAN NEUROSURGERY GROUP LLC

HIPAA PATIENT ACKNOWLEDGEMENT AND CONSENT FORM

## ACKNOWLEDGEMENT OF NOTIFICATION

The "Mutual Agreement to Maintain Privacy" contains Metropolitan Neurosurgery Group's "Notice of Privacy Practices."

The Agreement, which is compliant with the requirements of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), provides information about how The Metropolitan Neurosurgery Group LLC may use and disclose protected health information about you.

Our Mutual Agreement states that we reserve the right to change the terms described. Should this happen, you will be notified on your next visit to our office.

You have the right to request restrictions on how your protected health information may be used or disclosed for treatment, payment, or health care operations. We are not required to agree to your restrictions; but if we do, we are bound by our agreement with you.

By signing below, you acknowledge receipt of our Mutual Agreement to Maintain Privacy.

_Jodi Rourin_
Patient Signature                                    Date  3/14/14.

## CONSENT FOR USE AND DISCLOSURE OF INFORMATION

*By signing below, you consent to our use and disclosure of protected health information about you for treatment, payment, and health care operations. You have the right to revoke this consent, in writing, except where we have already made disclosures in trust on your prior consent.*

I request that payment of authorized Medicare benefits be made on my behalf to The Metropolitan Neurosurgery Group LLC for any services furnished to me by physician or supplier. I authorize any holder of medical information about me to release to the Centers for Medicare/Medicaid Services and it's agent and/or any other Insurance Carriers for which I have coverage, any information needed to determine these benefits or the benefits payable for related services. I agree to provide all referral and treatment plan (s) as required by my insurance carrier (s). All co-insurance must be paid at the time of service in accordance with the contracted Insurance Carrier agreements.

_Jodi Rourin_
Patient Signature                                    Date  3/14/14.

_Jodi Rouviere_
Print Patient Name

*Please sign and return to*
*The Metropolitan Neurosurgery Group LLC  /  8401 Connecticut Avenue, Suite 220  / Chevy Chase MD 20815*

JR:MNG0045

# MNG Cancelation Policy

Dear Patient,

Metropolitan Neurosurgery Group strives to render excellent medical care to you, your family, and all of our patients. In order to be consistent with this philosophy we ask that patients cancel their appointments at least 48 hours prior to their scheduled day and time. When you do not show up for your appointment or notify us of your inability to keep your appointment at least 48 hours in advance, that time has been allotted for your visit can not be used to treat another patient and is time lost to our office and to Dr. Henderson. With that in mind a Metropolitan Neurosurgery Group Appointment Cancellation Policy has been put into place.

Our policy is as follows:

We request that you please give our office a 48 hour notice in the event that you need to reschedule your appointment. This will also make it possible to reschedule your appointment more efficiently. If a patient misses an appointment and does not contact us with at least a 48 hour notice we consider this to be a missed appointment and the following fees will be assessed:

New patient appointments: **$595.00**

Follow up appointments: **$250.00**

We also do not allow for patient "appointment swapping". If you have to cancel we cannot schedule someone you suggest in place of your day/time, we have our own wait list and will work down it accordingly.

Also, please keep in mind that Dr. Henderson books out quite far in advance, so if you cancel your appointment and need to reschedule you will then have to wait and be scheduled for the current timeframe we are booking for at that time.

As a courtesy we do make reminder calls for appointments two days prior to the clinic day. If you have any questions regarding this policy, please let our staff know and we will be glad to clarify any questions you may have.

Patient Name: Jodi Rouviere

Patient Signature: Jodi Rouviere

Date: 3/4/14

JR:MNG0046

# The Metropolitan Neurosurgery Group

Chevy Chase Lake Building, 8401 Connecticut Ave, Suite 220, Chevy Chase, Maryland 20814
Tel 301 654 9390, Facsimile   301 654 9394

## PATIENT PLAN

PATIENT NAME: JODI ROWIERE.          DOB: 10/31/71 DOS 9/18/14.

### TREATMENT PLAN:

There are many possible causes for any given neurological presentation. We want to perform a thorough evaluation to explore the potential causes of your symptoms, so that we can provide the most effective treatment. If the neurosurgical indications for surgery are present, surgical intervention will then be considered. On your next appointment we will discuss the results of your tests and response to brace and/or physical therapy, and make our recommendation regarding whether surgery is in your best interest. The second appointment is extremely important to complete the full assessment to discuss options, the proposed surgical procedure, potential risks and benefits, and post op plans.

### RULE OUT POTENTIAL DIAGNOSIS:
___ ICP
___ Tethered Cord
___ Neuroimmunological diseases
___ Lumbar Instability
___ Occipital Neuralgia
___ Mid-Lower Cervical Instability
___ Atlanto-Axial Instability
___ Cranial Cervical Instability
___ Chiari Malformation
___ Blood Clots
___ Nutritional Deficiency
___ Hormone Imbalance
___ Blood Flow Dysfunction
___ Malabsorption Issues
___ Gastroperesis
___ Mast Cell Release Disorder
___ Infection
___ OTHER: _CSF leak_
    _Spinal T/X_

### IMAGES:
___ Flexion/Extension C-Spine
___ Lumbar Spine MRI
___ Supine Lumbar MRI
___ Rotational CT: (R) (L)
___ Flexion View: (Y) (N)
___ Standard CT (Assess Cervical Fusion)
___ MRA/MRV
___ X-Ray: _____
___ OTHER: _____

### TESTING:
___ Sleep Study
___ Urodynamic Testing
___ Echocardiogram
___ Lumbar Puncture:
    Surg. Center ____
    Locally ____ CSF Labs ____
___ ICP Monitoring

**FOLLOW UP:** ✓ WITHIN 6 WEEKS: _____

### (Testing Cont.)
___ C-2 Root Block
___ Marcaine Injection
___ OTHER: _____

### BLOOD WORK:
___ Neuroimmune Disorder
___ Strep Antibodies
___ Thyroid Antibodies
___ Infection: _____
___ Genelex
___ Spectra Cell
___ Endocrine (Thyroid,
    Cortisol, _____ )
___ Hypercoagulability
___ D-Dimers
___ Ferritin
___ Mast Cell Release Disorder
___ Celiac Syndrome
___ Mitochondrial Cytopathy

### MEDICATIONS:
___ Propranolol
___ Bystolic
___ Medrol
___ Florinef
___ Midodrine
___ Catapres
___ Hydrocortisone
___ Compound Pain Cream
___ Valium
___ Soma
___ Tizanidine
___ Gabapentin
___ Lyrica
___ Keppra
___ Dilantin
___ Toradol
___ Naproxen

### (RX. Cont.)
___ Lidoderm Patches
___ Ibu Profen
___ ASA
___ Lipitor
___ Mestinon
___ Linzess
___ Zofran
___ Bethanechol
___ Flomax
___ Diamox
___ Cytra-2
___ Calcitonin Spray
___ Ergocalciferol
___ Vitamin B-12 Injection
___ Mastocytosis Med. Protocol
___ Braces:
    Neck ___ Back ___ Other _____
___ OTHER MED: _____

### OTHER CONSULTATIONS:
___ Dr. Dommerholt PT
___ Eric Cannavan PT
___ Dr. Donlin Long (second Opinion)
___ Dr. Faheem Sandhu (Second Opinion)
___ Dr. Claire Francomano (Geneticist)
___ Dr. Bodurtha (Geneticist)
___ Dr. Ziaoyan Wang (Hematology)
___ Dr. Eric Singman (Opthalmologist)
___ Dr. Murdock (Urologist)
___ Dr. Greg Cooper (Gastroperesis)
___ Dr. Beth Latimer (PANDAS)
___ Dr. Trifiletti (PANDAS)
___ OTHER: _____

___ 3 MONTHS   ___ 6 MONTHS   ___ 1 YEAR

If you have questions (re diagnosis, further testing, prescriptions, pre-op, scheduling, billing, follow-up) the appropriate staff member will be happy to assist you.

JR:MNG0048

# THE METROPOLITAN NEUROSURGERY GROUP LLC
## PATIENT REGISTRATION

Today's date: 3/12/14

PCP: John Navraccin (305-666-8858)

### PATIENT INFORMATION

Last: Rouviere    First: Jodi    MI: _____

☐ Mr.  ☐ Miss  ☑ Mrs.  ☐ Ms.

Marital status (circle one)
Single / (Married) / Widow
Divorce / Separated

Is this your legal name? ☑ Yes ☐ No    If not, what is your legal name? _____

DOB: 10 31 71

Ethnicity: Cauc

Gender: ☐ M  ☑ F

Street address: 10950 SW 84 Ct.

Home phone: 305-279-3605    Mobile: 305-608-8076

P.O. box: _____    City: Miami    State: FL    ZIP Code: 33156

Social Security no.: 261335630    Email: jodi@jrtalent.net

Occupation: 305-666 business owner

Who referred you to Metropolitan Neurosurgery?

☐ Dr.: _____  ☐ Hospital    Cate Pratt

☐ MNG Patient ✓    ☑ Online: Ehlers Danos Blog Site    ☐ Other:

To whom would you like a letter sent: Me.

Reason for today's visit? Dec. 2013. Jaw subluxation - onset of increased squeezing in head, neck, pounding headaches, nauseous, developed into not being able to hold up neck & head without strain, pain & increased pounding, Neck cracks and "fails" at two points of cervical spine.

### PAIN ASSESSMENT

Please mark on the drawings the areas where you presently feel pain (circle or mark with an ✛ or ✱)

Pain increased by: Sitting up, standing, holding up head, turning neck

Pain decreased by: laying down, resting neck down

0 No Pain    1    2    3    4 Moderate Pain    5    6    7    8    9 Worst Possible Pain    10

With no activity (6 circled)    With activity (9 circled)

JR:MNG0049

Patient Last Name: **Rouviere**     Today's Date: **3/12/14**

## REVIEW OF SYMPTOMS

### Check all that apply

**Neurologic**

| | | | | | |
|---|---|---|---|---|---|
| Hyperaccusis | | Loss of consciousness/syncope | | Speech difficulty W/pain | ✓ |
| Photosensitivity | | Memory loss | | Hoarseness | ✓ |
| Hyperolfaction | | Concentration difficulties | | Choking | ✓ |
| Balance disorder | | Facial numbness | | Skin tingling or numbness/sensory loss | |
| Vertigo | ✓ | Blurred vision At times (L) | ✓ | Weakness legs | ✓ |
| Dizziness & lightheadedness | ✓ | Double vision At times (L) | ✓ | Weakness arms | ✓ |
| Shaking episodes | ✓ | Vision flashes | ✓ | Nausea/vomiting | ✓ |
| Seizures | | Vision halos | ✓ | Poor coordination | ✓ |
| Tremors | ✓ | "Foreign body" sensation in eye | | Difficulty swallowing | |
| Headache | ✓ | Ringing in ears | ✓ | Nasal discharge (watery) | |
| Neck pain | ✓ | Loss of hearing | | | |

**Constitutional**

| | | | | | |
|---|---|---|---|---|---|
| Change in appetite W/pain | ✓ | Hair loss | | Fever | |
| Changes in sleep pattern | ✓ | Excessive sweating | | Mouth Sores | |
| Fatigue | | Lethargy | | Skin sores | |
| Rashes | | Chronic pain | ✓ | Weight loss | |
| Bruising | | Back pain | ✓ | Weight gain | |
| Excessive bleeding | | Joint pain | ✓ | Thyroid disorder | |
| Poor wound healing | | Anemia | | Swollen/enlarged lymph nodes | |
| Frequent infections | | Multiple allergies | | Heat intolerance | |
| Coffee colored spots on skin | | Burning/red eyes | | Nipple discharge | |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Fingers change color | | Osteoporosis | | Back pain standing/walking | ✓ |
| Urinary urgency/frequency | | Shoulder pain EDS | ✓ | Back pain relieved by sitting | |
| Numbness arms | | Burning pain: trunk, arms, legs | ✓ | Back pain while lying down | less |
| Numbness of legs Right | ✓ | Bumpy roads increase neck pain | | Muscle pain at rest | ✓ |
| Numbness in hands & feet | | Lower back pain | ✓ | Stiff muscles/cramps | |
| Clumsiness | | Pain in lower back and legs | ✓ | Stiff back (can't bend forward) | |
| Frequent tripping | | Do you bend over shopping cart | ✓ | Sacral pain | ✓ |

If I could use one ?

**Cardiac**

| | | | | | |
|---|---|---|---|---|---|
| Chest tightness | | Ankle swelling | | Feeling heart beats/palpitations | ✓ |
| Chest pain: | | Shortness of breadth at night | | Pain in legs while walking | ✓ |
| at Rest | | Shortness of Breadth at Rest | | Chronic cough | ✓ |
| at Activity | | Shortness of breadth with exertion | | Blood in sputum | |

**Gastrointestinal**

| | | | | | |
|---|---|---|---|---|---|
| Abdominal pain | | Clay colored stools | | Heart burn | |
| Black stool - blood in stool | | Constipation/Gastroparesis | | Loss of bowel/rectal control | ✓ |
| Bloating | | Diarrhea | | Nausea | ✓ |
| Blood in vomit | | Gall bladder pain | | Unintentional weight loss | |

JR : MNG0050

Patient Last Name: Rouviere    Today's Date: 3/12/14

## REVIEW OF SYMPTOMS

### Check all that apply

**Genitourinary**

| | | | | | | ✓ |
|---|---|---|---|---|---|---|
| Frequent infection | | Urinary hesitancy | | ✓ | Sleep with knees bent | ✓ |
| Burning sensation during urination | | Increased frequency of urination | | | History of \sacral dimple | |
| Dark yellow colored urine | | Stress incontinence (leakage with coughing) | | | H/O delayed walking as infant | |
| Flank pain | | Involuntary passage of urine/incontinence | | | H/O pigeon toe | |
| Unable to empty bladder *(over)* | | Nocturia/urination at night | ✓ | | H/O toe walking | |
| Scoliosis | | Worsening of back pain after walking up an incline | | | H/O bedwetting (enuresis) | |
| | | | | | Flat feet | |

**Mental Health**

| | | | |
|---|---|---|---|
| Depression | | Hallucinations | |
| Panic/anxiety | | Behavioral Change | |

## SOCIAL HISTORY

Per day, how much of the following do you consume:

Cigarettes:    How long have you smoked? 0

Do you live with family members? If so, with whom?

4 children c husband (Andre)

Have you ever been addicted to prescribed medications, alcohol, or recreational drugs? ☐ Yes ☑ No

If yes, please provide brief description:

From My Bed

Work History

Status: ☑ Full-time ☐ Part-time ☐ Unemployed ☐ Retired ☐ Short-term disability ☐ Disabled ☐ Student

If employed, length of time at this job:    • If retired, how long?    Occupation:

Employer: Run My own Businesses

Does your current job involve (check all that apply):

☐ Sitting    ☑ Keyboard    ☑ Telephone Time    ☐ Hard manual labor    ☐ Much lifting

☐ All or much walking    ☐ Much driving    ☐ Much bending    ☐ Standing for long periods of time

Is there anything you find physically challenging about your current job?

Living is a physical challenge!

JR:MNG0051

Patient Last Name: Rouviere    Today's Date: 3/12/14

## MEDICAL HISTORY

### Current Medications

| Name | Dosage | Frequency | Name | Dosage | Frequency |
|------|--------|-----------|------|--------|-----------|
| Excedrin | 2 Tabs | Every 4 h10 | | | |

### Previous Medications

| Name | Reason for taking | Date of last dosage (eg, last week, last month, two weeks ago) |
|------|-------------------|---------------------------------------------------------------|
| All Short Term post surgical etc. | | |

### Drug Allergies

| Name | Reaction | Name | Reaction |
|------|----------|------|----------|
| Sulfa meds Bactrim EES Ceclor | | | |

### Surgeries

| Surgery | Date | Reason for surgery |
|---------|------|--------------------|
| See attached | | |

### Medical Conditions, Illnesses or Diagnosis

| Condition/Illness/Diagnosis | Onset | Is this related to why you've made an appointment with MNG |
|-----------------------------|-------|------------------------------------------------------------|
| See attached | | |

MNG Patient Registration Page 4 of 6

JR: MNG0052

Patient Last Name: Rouvière

Today's Date: 3/14/14

Comments:

## FAMILY HISTORY

| Relative (parents, children, siblings) | Age | Health/Illness | If deceased, age at passing | Cause of death |
|---|---|---|---|---|
| Mother | 75 | healthy | | |
| Father | 97 | healthy | | |
| Child | 17 | hypermobility | | |
| Child | 15 | healthy | | |
| Child | 13 | hypermobility | | |
| Child | 11 | hypermobility | | |

## PAYMENT INFORMATION

*Please give your drivers license and insurance card to the receptionist.*

How do you intend to pay for today's visit?   ❑ Cash   ☑ Check   ❑ Credit Card

### Insurance Information

Person responsible for bill: ☑ Self   ❑ Other: _____   Does patient have insurance?: ☑ Yes   ❑ No

Primary Insurer: _____   Policy No: _____   Effective Date: _____

Secondary insurance (if applicable): _____   Policy No.: _____   Effective Date: _____

*If the subscriber is not the patient, please complete the following:*   Relationship with Patient: ☑ Spouse   ❑ Child   ❑ Other:

Subscriber Name: Andre Rouvière
Street Address (☑ Check if same as patient)

DOB: 5/27 64   Gender: ☑ M   ❑ F
Home Phone: _____   Mobile: _____

Injured in an auto accident?   ☑ No   ❑ Yes   Date of Injury: n/a   Have you filed a claim? ❑ Yes ❑ No

The above information is true to the best of my knowledge. I authorize my insurance benefits be paid directly to the physician. I understand that I am financially responsible for any balance. I also authorize The Metropolitan Neurosurgery Group LLC or insurance company to release any information required to process my claims.

Patient/Guardian signature _Jocli Rouvière_ Date 3/14/14.

### In Case of Emergencies

Name Andre   Relationship: Spouse   Home phone: 305-279-3645   Mobile: 305-608-8076
305-790-9325

MNG Patient Registration Page 5 of 6

JR:MNG0053

## THE METROPOLITAN NEUROSURGERY GROUP LLC
### PATIENT REGISTRATION

Today's date: 3/12/14

PCP: John Marraccini (305-666-8858)

### PATIENT INFORMATION

Last: Rouviere    First: Jodi    MI

☐ Mr.    ☐ Miss
☑ Mrs.   ☐ Ms.

Marital status (circle one)
Single / (Married) / Widow
Divorce / Separated

Is this your legal name? ☑ Yes ☐ No    If not, what is your legal name? _____

DOB: 10 31 71    Ethnicity: Cauc    Gender: ☐ M ☑ F

Street address: 10950 SW 84 Ct.

Home phone: 305-279-3665    Mobile: 305-608-8076

P.O. box: _____    City: Miami    State: FL    ZIP Code: 33156

Social Security no.: 261335630    Email: jodi@jrtalent.net    Occupation: business owner 666

Who referred you to Metropolitan Neurosurgery:
☐ Dr.: Cate Pratt
☐ Hospital:

☐ MNG Patient ☑ Online:    ☐ Other: Ehlers Danlos Blog Site

To whom would you like a letter sent: Me.

Reason for today's visit? Dec. 2013 - Jaw subluxation - onset of increased squeezing in head, neck, pounding headaches, nauseaus, developed into not being able to hold up neck & head without strain & pain & increased pounding, Neck cracks and "fails" at two points of cervical spine.

### PAIN ASSESSMENT

Please mark on the drawings the areas where you presently feel pain (circle or mark with an + or ✱)

Pain increased by: sitting up, standing, holding up head, turning neck
Pain decreased by: laying down, resting neck down

developed pain + of cervical spine.

with no activity    with activity

0  No Pain    1    2    3    4    Moderate Pain    5    (6)    7    8    (9)    10  Worst Possible Pain

JR: MNG0054

Patient Last Name: _Rouviere_                                    Today's Date: _3/12/14_

| REVIEW OF SYMPTOMS | | | | | |
|---|---|---|---|---|---|
| **_Check all that apply_** | | | | | |
| **_Genitourinary_** | | | | | |
| Frequent infection | | Urinary hesitancy | ✓ | Sleep with knees bent | ✓ |
| Burning sensation during urination | | Increased frequency of urination | | History of \sacral dimple | |
| Dark yellow colored urine | | Stress incontinence (leakage with coughing) | | H/O delayed walking as infant | |
| Flank pain | | Involuntary passage of urine/incontinence | | H/O pigeon toe | |
| Unable to empty bladder | | Nocturia/urination at night | ✓ | H/O toe walking | |
| Scoliosis | | Worsening of back pain after walking up an incline | | H/O bedwetting (enuresis) | |
| | | | | Flat feet | |
| **_Mental Health_** | | | | | |
| Depression | | Hallucinations | | | |
| Panic/anxiety | | Behavioral Change | | | |

## SOCIAL HISTORY

Per day, how much of the following do you consume:

Cigarettes:                    How long have you smoked?

Do you live with family members? If so, with whom?

4 children c husband (Andre)

Have you ever been addicted to prescribed medications, alcohol, or recreational drugs? ☐ Yes ☒ No

If yes, please provide brief description:

From My Bed

### Work History

Status: ☑ Full-time  ☐ Part-time  ☐ Unemployed  ☐ Retired  ☐ Short-term disability  ☐ Disabled  ☐ Student

If employed, length of time at this job:          • If retired, how long?          Occupation:

Employer: Run My Own Businesses

Does your current job involve (check all that apply):

☐ Sitting          ☑ Keyboard          ☑ Telephone Time          ☐ Hard manual labor          ☐ Much lifting

☐ All or much walking    ☐ Much driving          ☐ Much bending          ☐ Standing for long periods of time

Is there anything you find physically challenging about your current job?

Living is a physical challenge!

JR:MNG0055

# The Metropolitan Neurosurgery Group

Chevy Chase Lake Building, 8401 Connecticut Ave, Suite 220,  Chevy Chase, Maryland  20814
Tel 301 654 9390, Facsimile   301 654 9394

## PATIENT PLAN

PATIENT NAME:  ___Jodi Rouviere___  DOB: __10 / 31 / 71__ DOS __06 / 25 / 14__

### TREATMENT PLAN:

There are many possible causes for any given neurological presentation.  We want to perform a thorough evaluation to explore the potential causes of your symptoms, so that we can provide the most effective treatment.  If the neurosurgical indications for surgery are present, surgical intervention will then be considered. On your next appointment we will discuss the results of your tests and response to brace and/or physical therapy, and make our recommendation regarding whether surgery is in your best interest.  The second appointment is extremely important to complete the full assessment to discuss options, the proposed surgical procedure, potential risks and benefits, and post op plans.

### RULE OUT POTENTIAL DIAGNOSIS:
___ ICP
___ Tethered Cord
___ Neuroimmunological diseases
___ Lumbar Instability
___ Occipital Neuralgia
✓ Mid-Lower Cervical Instability
___ Atlanto-Axial Instability
② Cranial Cervical Instability
___ Chiari Malformation
___ Blood Clots
___ Nutritional Deficiency
___ Hormone Imbalance
___ Blood Flow Dysfunction
___ Malabsorption Issues
___ Gastroperesis
___ Mast Cell Release Disorder
___ Infection
___ OTHER:_____

### IMAGES:
___ Flexion/Extension C-Spine
___ Lumbar Spine MRI
___ Supine Lumbar MRI
___ Rotational CT: (R) (L)
___ Flexion View: (Y) (N)
___ Standard CT (Assess Cervical Fusion)
___ MRA/MRV
___ X-Ray:_____
___ OTHER:_____

### TESTING:
___ Sleep Study
___ Urodynamic Testing
___ Echocardiogram
___ Lumbar Puncture:
   Surg. Center_____
   Locally____  CSF Labs _____
___ ICP Monitoring

### (Testing Cont.)
___ C-2 Root Block
___ Marcaine Injection
___ OTHER:_____

### BLOOD WORK:
___ Neuroimmune Disorder
___ Strep Antibodies
___ Thyroid Antibodies
___ Infection:_____
___ Genelex
___ Spectra Cell
___ Endocrine (Thyroid,
   Cortisol,_____ )
___ Hypercoagulability
___ D-Dimers
___ Ferritin
___ Mast Cell Release Disorder
___ Celiac Syndrome
___ Mitochondrial Cytopathy

### MEDICATIONS:
___ Propranolol
___ Bystolic
___ Medrol
___ Florinef
___ Midodrine
___ Catapres
___ Hydrocortisone
___ Compound Pain Cream
___ Valium
___ Soma
___ Tizanidine
___ Gabapentin
___ Lyrica
___ Keppra
___ Dilantin
___ Toradol
___ Naproxen

### (RX. Cont.)
___ Lidoderm Patches
___ Ibu Profen
___ ASA
___ Lipitor
___ Mestinon
___ Linzess
___ Zofran
___ Bethanechol
___ Flomax
___ Diamox
___ Cytra-2
___ Calcitonin Spray
___ Ergocalciferol
___ Vitamin B-12 Injection
___ Mastocytosis Med. Protocol
___ Braces:
   Neck____ Back ____ Other____
___ OTHER MED:_____

### OTHER CONSULTATIONS:
___ Dr. Dommerholt PT
___ Eric Cannavan PT
___ Dr. Donlin Long (second
   Opinion)
___ Dr. Faheem Sandhu (Second
   Opinion)
___ Dr. Claire Francomano
   (Geneticist)
___ Dr. Bodurtha (Genetecist)
___ Dr. Ziaoyan Wang (Hematology)
___ Dr. Eric Singman
   (Opthalmologist)
___ Dr. Murdock (Urologist)
___ Dr. Greg Cooper (Gastroperesis)
___ Dr. Beth Latimer (PANDAS)
___ Dr. Trifiletti (PANDAS)
___ OTHER:_____

**FOLLOW UP:**   ___WITHIN 6 WEEKS;_____       ___ 3 MONTHS   ___ 6 MONTHS   ___ 1YEAR

If you have questions (re diagnosis, further testing, prescriptions, pre-op, scheduling, billing, follow-up) the appropriate staff member will be happy to assist you.

JR : MNG0056

Jodi Rouviere

305-608-8076

jodi@jrtalent.net


Synopsis and Surgery Record

(surgeries identified by *'s and red ink)

Jodi Rouviere

42 yr old- 5'6" 117 lbs-

Ehlers Danlos Syndrome- Hypermobility

Chronic headaches appearing in mid-twenties always when I wake up in the morning, very low blood pressure and trouble regulating body temperature, always cold------

*Pregnancies- 4 children all natural- In 2003, hysterectomy (required) post uterine prolapse and mesh bladder sling inserted-Post first child- exterior VICRYL stitches didnt dissolve and embedded in skin causing extreme swelling to vagina- (size of a tennis ball).  VICRYL had always been on my list of allergies since then.  Also, had pelvic symphysis split with two babies.  NOW, we learn, failed episiotomies are EDS related...

**Post fourth child, and uterine prolapse, had extensive scarring internally causing pain to spine and pelvis and pain during intercourse giving feeling organs are shifting.  Now we know it was EDS related...  In 2004, scar tissue removal eradicates pain- scar tissue found attached to spine and pelvis and wrapped around internal organs.

Three of my four children have frequent sublexations and dislocations and have been under the care of pediatric ortho, Dr. Tidwell at Miami Childrens Hospital.

Bladder- Always feels like I have to concentrate very hard to get some urine out and then after I get some, to continue to empty.  Not much flow, droplets at that point with pushing.  Showers are the cure to urinate freely.

Heart- Several episodes of heart racing.  Pounding and racing- even in quiet and stress-free environment.  Have seen cardiologist...all is okay. Although pre-surgery heart exam showed a concern once...follow-up showed clear.

Hips and Knees -Jan 2009- getting off a counter- right hip at bad angle and felt a snap

Pain ensued- first MRI of right hip-May 2009- nothing-

JR:MNG0057

Sept 2009- squatted down and right knee dislocated- knee cap flipped and bone on bone-This will happen 7 times over the next 3 years-Even from simple rolling over in bed. Left knee dislocated once and I am told it is safe until it goes a second time, it currently snaps at every bend..

MRI of knees...repeated each time a dislocation- nothing

2012-2013 Right knee received Prolotherapy 3 times over 9 months and it has stabilized it.

Jan 2010- Insurance finally grants right hip MRI with contrast finds right labral tear

Referral to hip specialist, Dr. Herrera, from Dr. Joe Fernandez-

See Dr. Herrera for arthroscopy prep and first xray is taken of right hip finding chip- and bone spurs

***Feb 2010- right hip arthoscopy by Dr. Herrera - with labral repair- rim trimming- synovectomy of hip joint- osteoplasty of CAM lesion

****Relief- however over the next few weeks, increased pain, heat, feeling of swelling- sitting becomes difficult. I am concerned with the internal stitches being an allergen to me. Dr. Herrera asks that I see a variety of Doctors to ensure there are no other issues first and my OB and Primary felt strongly after witnessing my extreme proposed allergic reaction to VICRYL that the FiberWire could be an issue and Dr. Herrera does the second arthroscopy in July 2010 to remove the stitches on right hip. I have relief. I try to rehab...with much pain.

I continue to build my strength and rehab until my job takes me away and unable to rehab from Oct to Jan. When I return in Jan 2011, I attempt to begin a slow process back to retraining my hip- also began driving again- and the pain was unbearable. Any time I was to move the joint in rotation, I paid a price for weeks afterwards. Not normal muscle pain- and I used to be a gym rat. I have the personality to PUSH through the pain...as evident by the amount of time I walked on this hip, not so good since I have now destroyed it.

Feb 2011- I go to see Dr Herrera and he sends me for an MRI of the right hip and it shows nothing but psoas issues. He recommends I go for cortizone injection to psoas and tells me his work is good (labrum) and he cannot help me otherwise.

I seek a second opinion. I am referred to Dr. Dominic Carriera. Dr. Carriera suggests the same corizone injection and a second to follow two weeks later into the joint. The first was fine. I felt less snapping in the psoas. The second injection...not so good. Within minutes, I was lightheaded and dizzy and my body began to cramp up like I was being squeezed really hard. I couldnt eat, talk...gasping to say a sentence I was in so much pain, for 5 days. My small frame dropped 15 pounds in 5

JR : MNG0058

days and finally I called the radiologist who injected me and he insisted I go to Emergency. Emergency couldnt explain anything and made the initial BACK findings (6-8-2011). I havent done anything about those findings as my only back pain only arises from laying on the small of the back in effort not to put any weight on the hip. 7 days later- I had massive cramps and released black water- for hours- and then began to feel better. It took another week to get my strength back with flu like weakness. No relief to the hip.

I was having extensive pain all the time- worsened when I sit, walk, drive, bend or lay on my back. I had been feeling a stop point when I bent forward in the hip and then it progressed to the hip rolling out to the side when I bent forward. I felt like I was grinding bone on bone every time I moved the leg. Dr. Carriera nor MRI could identify it, however MRI catches a glimpse of left labral tear (I had snapping only in *****that hip)- Dr. Carriera performed arthroscopy on August 17, 2011 for the other identifiable issues on the right hip and while there, finds osteochondral defect 13x9 mm. Performs the following- right hip arthroscopy and labral repair- right hip removal of adhesions- right hip femoral osteoplasty- right hip partial synovectomy- right hip capsular plication- right hip psoas release- right hip acetabular chondroplasty- right hip femoral head microfracture- ligamentum teres debridement

VICRYL allergy- Prior to the surgery, Dr Carriera worked with an allergist prior to surgery and sewed several stitches in my leg to watch and see if they formed a reaction. These stitches remained in my leg for 3 weeks and showed no reaction. One of them was VICRYL. The belief now was that my initial reaction to VICRYL was not an allergic one, maybe an infection or foreign body reaction as per the allergist and Dr. Carriera.

I am not a medicine taker so pain meds are used maybe once in a month- pain has to be unbearable. Walking is pure hell. Dr. Carriera is hopeful that the macrofracture will work- however is concerned with the present arthritis and its inhibiting the cartilage growth. I cannot sit, lay on my back, drive, walk....my pain is so bad! I am incredibly lax in the hip still and it tugs just like my knee would if not braced. This surprised the Dr. He stops physical therapy and tells me to sit tight and let things tighten up---isometrics only.

******My left hip "gives" on me and Dr. Carriera orders left hip arthroscopy done Jan 11, 2012- to repair what ends up to be two completely torn ligaments including the labrum. There is good cartilage in the hip and the surgery seems successful. It is at this time that the Dr. give the first diagnosis of Ehlers Danlos Hypermobility. I then met with Dr. Barbouth at the Mailman Center who confirmed the diagnosis and added "severe" to it. It all makes sense now.

JR:MNG0059

Jan 2013- Left labrum has retorn and left hip dislocates daily

*******Finally, Right hip replacement at Hospital of Special Surgery, Dr. Robert Buly, August 2012. Update: May 2013  Hip shows great in x-ray, but dislocates several times a day and the leg is not stable. Dr. Buly has released me from his care stating that I am left with the results of my EDS. I have since seen a hip revision specialist who suggests a revision, while cautioning possibility of failure, and confirming without a revision I am risking permanent dislocation.

Shoulders- Right shoulder dislocated June 2011 throwing a dog's ball- and physical therapist put it back in after 4 days of walking around holding it up and unable to use it not realizing it was out. I have constant pain down the arm and in the collarbone and neck from it not holding.  The elbow and wrists dislocate as well. The shoulder dislocates sometimes 10 times a day.  Prolotherapy has been ineffective done 3 times (9 injections). Open shoulder surgery has been recommended by Dr. Scott Rodeo, Hospital of Special Surgery and has been planned since May of 2013. The left shoulder also now pops and shifts uncomfortably at this time - seems like beginning of problem.  MRI of right shoulder done at HSS in NY, May 2013.

Eyes- April 2013 exam shows beginning detachment of retinas. Every 6 months to be re-checked.

Sept 2013- Present -Left eye has had several "episodes" of 7-10 days where it feels very sore and pressured, loss of vision clearness and see multiples in that eye.  Then back to normal after several days.

Thumbs- June 2011 I was backing up and turning the wheel of the car with the right thumb and it dislocated. I screamed for 15 minutes as I lifted it up and tried to get it back "up and in" to its place.  xrays show both thumbs equally disjointed- I consult with EDS hand surgeon, Dr. Alejandro Badia, who recommends right and left surgeries on the thumbs. ******I have right metacarpal-carpal stabilization May 2012 and pin removal 6 weeks after.  The left one dislocates daily, however it's last on the list right now.

Neck- in Feb 2013 Had been feeling over the course of the year that the neck was "slipping" and told my husband I wouldn't go see any neck Dr until it was so bad I couldn't sit....Eventually, I was unable to sit, stand or hold up my head with unbelievable pain and vomiting. MRI, Feb 2013 shows severe issues and I go to consult with neurosurgeon Dr. Michael Wang at Miami Jackson who describes urgency of dislocated cervical c3-c7 and 4 levels of nerve compression and involvement. He immediately schedules surgery. ****Feb 2013 Cervical Fusion of c3-c7.

JR:MNG0060

I loose 15 pounds during this ordeal bringing me to 107 and 5'6".

3 weeks post surgery I see Dr. Wang to ask about my still dislocating right shoulder to ask if it would affect my neck progress. Dr. Wang described that during the cervical fusion the shoulder was relocated by his replacement of the c6-c7 and he had hoped it would have solved my shoulder problem. Now, he tells me to take off the collar that it is causing my shoulder too much stress. I struggle to hold up my head and he is firm that I do not receive PT.

12 weeks post surgery Dr. Wang expresses concerns; over the extreme laxity of the neck (he did take me out of the brace very early!) lack of fusion and my "poor" nutrition and lack of bone development. He is firm that I do not exercise (which I couldn't anyhow!) and I lessen activity, I up my protein intake, but two weeks later, my neck symptoms become unbearable...unable to sit or stand and hold up the head...pounding pressure headaches, tingling sensations in head and face, ear ringing and sharp pains, major weakness in the arms and legs to where I thought I was getting the flu etc.... I schedule follow up with Dr. Wang again and he takes xrays which show a good fusion, he is happy. He sees a tiny bone he thinks is affecting the occipital nerve and sends me for pain management where they inject my neck with lidocaine/steroid and put me on muscle relaxers and pain relievers asking me to return for an epidural when I am off Excedrin for a week.

Dec 2013 I was eating Jordan Almonds and caused myself a jaw sublexation. Ended up at an oral surgeon's office, put on Medrol dose pack and muscle relaxers. Jaw remains to feel like it cannot open straight and wide and I have difficulty chewing. 10 days later, sinus and facial pressure, headache and head pumping, was all so severe that I went to the ER on 12-25-2013 and had scans of sinus done to affirm all was "in place".

This headache, facial pressure develops into inability to hold my neck and head up and increased debilitation from head pumping headaches with rotation of the head including a clicking and slipping feeling in one spot of my neck when I try to lift it up or turn it.

I end up back in ER at the end of January where they run useless tests without contrast nor flexion/extension and I return the next day to have the correct tests run. 4 days later, I am released from the hospital, with still, the wrong tests run and no findings.

Then referred to Dr. Hendersen by a friend who also suffers from Ehlers Danlos, I received information as to what tests would be required and these were ordered and now completed, by my neurologist.

JR:MNG0061



**Beamreaders** inc.
DIAGNOSTIC SERVICES

99 Scripps Dr. #101
Sacramento, CA 95825
916.771.3505
Fax – 916.604.4971
http://beamreaders.com

| | | | |
|---|---|---|---|
| **Patient:** | Jodi Rouviere | **Report Date:** | 07/28/2014 |
| **DOB:** | 10/31/1971 | **Study Date:** | 07/21/2014 |
| **Ref. Doctor:** | Joseph N Tregaskes, DMD | **Scan Source:** | Joseph N Tregaskes, DMD |

**Study Purpose:** TMD Orofacial Pain
**Dr. Notes:** Patient referred for severe facial/cervical pain and headaches. Diagnosed with Ehler's Danlos Syndrome. Surgical fusion of C3-C7 has not relieved her pain.

## OBSERVATIONS

This study is a maxillofacial CBCT scan including the mandible.

**DENTITION:** Missing teeth are #1, 16, 17, and 32.

**AIRWAY:** The left lateral pharyngeal recess is not present. Otherwise the nasal and oropharyngeal airway is symmetrical.

**SINUSES:** The superior aspects of the medial walls of both maxillary sinuses are broadly interrupted, suggestive of prior endoscopic sinus surgery. There is no sinus pathosis.

**TMJs:** The right condyle exhibits mild anterosuperior aspect flattening, and, near the lateral pole, mild superior aspect volume loss. The posterior slope of the right articular eminence is mildly flattened.
The left condyle exhibits moderate superior aspect volume loss and flattening. The posterior slope of the left articular eminence is moderately flattened with focal cortical irregularity.
In the closed position, both condyles are anteroposteriorly centered in their fossae.
The left ramus+condyle is shorter than the contralateral structures; as a result the left mandibular body and left occlusal plane are both higher on the left side than on the right.

**C-SPINE:** The C3-C4-C5 bodies are fused and stabilized with plate and screws.

**ALVEOLAR BONE:** The generalized bone pattern is within the range of normal.

## IMPRESSIONS

- Right temporomandibular joint: Degenerative joint disease, mild, currently stable.
- Left temporomandibular joint: Degenerative joint disease, moderate, currently stable.
- Mandibular asymmetry attributable to longstanding degenerative joint disease in left temporomandibular joint.
- Consistent with status post endoscopic sinus surgery.
- Status post spinal fusion surgery.
- Left lateral pharyngeal recess is not evident (See Comment).
  Comment: This could be a variation of normal, but medical referral for evaluation of this image, and consideration of clinical inspection, is suggested.

Thank you for requesting this consultation regarding your patient. If you would like to discuss, you are welcome to call my cell phone any time (210) 887-1013.

S. Thomas Deahl, DMD, PhD
Dip. ABOMR

JR:MNG0062



99 Scripps Dr. #101
Sacramento, CA 95825
916.771.3505
Fax – 916.604.4971
http://beamreaders.com

**Panoramic Reconstruction**



**TMJ Series**

Right            Left



JR：MNG0063



**Beamreaders** inc.
DIAGNOSTIC SERVICES

99 Scripps Dr. #101
Sacramento, CA 95825
916.771.3505
Fax – 916.604.4971
http://beamreaders.com

## Axial



Right lateral pharyngeal recess is evident (white arrow); left lateral pharyngeal recess is not evident (blue arrow).

## Coronal



Green arrows: Interruption of medial walls of maxillary sinuses, consistent with prior surgery.
White arrow: Left mandibular body is higher than right.
Crosshairs: Left occlusal plane is higher than right.

Jodi Rouviere
Deahl@beamreaders.com

JR:MNG0064

# Joseph N. Tregaskes DMD, MS, INC.

### PROSTHODONTICS · TMD/CRANIOFACIAL PAIN · IMPLANT DENTISTRY · SLEEP DISORDERS
www.jntdental.com

July 22, 2014



Mrs. Jodi Rouviere
10950 SW 84 Ct
Miami, FL 33156

Dear Mrs. Rouviere:

*Diplomate
American Board
of Prosthodontics*

*Diplomate
American Board
of Craniofacial Pain*

*Fellow
American College
of Prosthodontics*

*Fellow
International College
of Prosthodontics*

*Fellow
American Academy
of Craniofacial
Pain Management*

Welcome to our office. It is indeed a pleasure to have you as a new patient. We all enjoyed meeting and talking with you at the time of your recent appointment and look forward to assisting you in the management of your current problems. I am especially gratified since you were referred by Dr. Fraser Henderson. Your referral by Dr. Henderson is perhaps the greatest compliment I can receive. I want you to know I will extend every effort to maintain the confidence he has demonstrated and provide you with the quality care you desire. I would now like to review the concerns you presented along with my concerns and recommendations for treatment.

Your chief complaints included headaches, neck pain, morning head pain, jaw pain, back pain, dizziness, facial pain, pain when chewing, shoulder pain, the inability to open your mouth, fatigue, nocturnal teeth grinding, sinus congestion, limited mouth opening, eye pain, difficulty swallowing, ear congestion, ear pain, feeling unrefreshed in the morning, ringing in the ears and throat pain.

You have had allergic reactions to sulfa drugs, Erythromycin, Ceclor and Bactrim. You are currently taking Excedrin. Your medical history includes anemia (post surgery), hives or rash (allergic reaction), infectious mononucleosis (15 years old), speech difficulties (last week), swallowing problems (come and go), tendency for ear infections (as child) and wisdom teeth (third molar) extraction (16 years old), allergies, backaches, low blood pressure, bruising easily, chronic cough, chronic fatigue, chronic pain, excessive daytime sleepiness, chronic sinusitis, cold hands and feet, dizziness, you are easily winded, insomnia, fast pulse, fatigue easily, frequent cough, headaches, injury to face, head and neck, insomnia, low energy, muscle aches, muscle shaking (tremors), muscle spasms or cramps, nasal allergies, neck pain, nervous system irritability, shortness of breath, shoulder pain, sinus problems, swollen, stiff or painful joints, tired muscles, urinary disorders, jaw dislocation (Dec 10, 2013), and Ehlers Danlos Hypermobility.

Your past surgical procedures include nasal and nose surgery, right and left hip surgery, right metacarpal surgery, and cervical fusion of c3-c7.

You indicated a family history of cancer, headaches and heart disease.

**Richmond Medical Park · 2008 Bremo Road, Suite 104 · Richmond, VA 23226 · (804) 282-0510 · fax: (804) 282-1346**

JR:MNG0065

You indicated symptoms of jaw pain upon opening, while chewing, and while at rest, jaw popping, teeth grinding, tinnitus (ringing in the ears), ear pain, ear congestion, pain behind the ear, blurred vision, double vision, eye pain, pain or pressure behind the eyes, photophobia (extreme sensitivity to light), lower, middle and upper back pain, chronic sore throat, difficulty in swallowing, neck pain, limited movement of your neck, shoulder pain, swelling in the neck, shoulder stiffness, swollen glands, tightness in your throat and chronic sinusitis.

You stated the pain or condition first occurred in Dec 10, 2013. You believe the cause of the pain or condition to be Ehlers Danlos Syndrome. When asked "Is there anything that makes your pain or discomfort worse?" you stated "Eating". Regarding the question "Is there anything that makes your pain or discomfort better?" you stated "not using it to talk or eat".

Pain is reported as in the back of your head (Occipital), the headache spreads to the back of the head, and the pain is constant. On a pain scale of 0-10 with 10 being the worst possible pain you rated your ear pain a 4, facial pain a 7, headache a 9, jaw pain an 8, and neck pain a 9. The pain is constant and lasting for weeks. When having pain you report dizziness, fatigue, nausea, sensitivity to light, sensitivity to noise, double vision, throbbing and pain or pressure behind the eyes.

On examination your pulse was 65, your blood pressure was 107/65 and SpO2 was 97%.

Mild tenderness was elicited upon palpation of the superficial masseter bilaterally, the trapezius neck area bilaterally, the temporal tendon bilaterally, the infra orbitals on the right, the sternocleidomastoid on the left, the deep masseter on the right, the middle temporalis on the right and the posterior digastric on the left.

Moderate tenderness was elicited upon palpation of the lateral pterygoid on the right, the posterior joint space on the right, the lateral TMJ capsule bilaterally, the anterior scalenes on the left and the deep masseter on the left.

Severe tenderness was elicited upon palpation of the medial pterygoid bilaterally, the sternocleidomastoid on the right, the stylomandibular ligament bilaterally, the greater occipital bilaterally, the lesser occipital on the right and the lateral pterygoid on the left.

Joint vibration analysis, clinical examination and palpation examination revealed no reproducible click on either side.

Mandibular range of motion measurements revealed a 45.6 mm maximum active opening with pain, maximum protrusive was 7.2 mm, left lateral excursion was 8.6 mm, right lateral excursion was 9.2 mm and you had a 4 mm deflection to the right. Jaw measurements have been noted in professional literature as a 42-52 mm average opening and average lateral measurements of 11-13 mm.

JR:MNG0066

Cervical range of motion measurements were not applicable because you have a fusion C-spine.

Skeletal morphology and posture screening revealed that you have a forward head posture of 1.5 inches, a positive Parachute test and a positive Wall test.

Cranial nerve screening was within normal limits.

Soft tissue examination was within normal limits.

Periodontal screening was within normal limits.

Cancer examination was negative.

You answered an Epworth Sleepiness Scale Questionnaire. Your score was 3, which indicates a normal amount of sleepiness.

Examination of the tongue showed that the tongue posture was above the occlusal plane, the tongue retracts into your airway on opening, and your swallow is reversed. The tongue was classified as a level III (high) tongue (top of tongue was markedly above the occlusal plane). See Figure "Tongue Level III" at the end of this report.

A Mallampati airway inspection showed a Class IV airway, meaning the soft palate was not visible at all. See Figure "Mallampati Classification IV" at the end of this report.

The tonsils were present. The left tonsil was classified as Grade 3, hypertrophic but not touching your midline. The right tonsil was a Grade 4, hypertrophic and touching your midline. See Figures "Tonsils Grade 3" and "Tonsils Grade 4" at the end of this report.

The uvula was elongated, edematous and obstructing your airway. The soft palate appears to obstruct your airway. The gag reflex was within normal limits. The maxilla was within normal limits. The mandible was within normal limits.

Oral examination revealed bruxism, clenching, edge-to-edge occlusion 21/12 buccal cusps, full compliment, a healthy periodontium, an incisal wear pattern, wear facets, and an anterior open bite.

Right lateral balancing contacts were 14/19 and working contacts were 3/30 and 5/28. Left lateral balancing contacts were 2/31 and working contacts were 11/22 and 13-15/18-20. Protrusive movement was guided by 11-12/20-21 and 3/30. All movements were difficult. You have a -1 mm overbite and a 2 mm overjet. Shimbashi measurement (#9-24) was 18 mm.

You presented with a Class I (normal) dental relationship.

JR : MNG0067

Completed imaging included complex motion tomography (bilateral), CT scan (maxillofacial), PA skull imaging, lateral skull imaging, maxillary sinus imaging, panoramic imaging, paranasal sinus imaging and submentovertex imaging.

Completed diagnostic records include diagnostic anesthetic block, Electrognathic Studies, Epworth Sleepiness Scale Questionnaire, Joint Vibration Analysis, orthopedic jaw casts and a Phonetic Record.

Imaging examination revealed left condylar degenerative osteoarthritis, superior displacement of the left condyle, a deviated nasal septum, pharyngeal airway impingement, surgical fusion C-3 - C-7 and minimum airway volume was 63.8 mm².

A computerized mandibular scan revealed the following diagnostic information. Frontal trace indicated opening speed (velocity) is abnormal (less than 250mm/second). Mandibular tracing indicated a dysfunctional opening movement.

A radiology report of your CBCT will follow.

My working diagnoses are bilateral occipital neuralgia, Ernest Syndrome on both sides, bilateral muscle spasm, bilateral capsulitis of the temporomandibular joint, degenerative joint disease (left side) and Ehler's Danlos Syndrome.

Your restrictions include using a prolonged forward head position and a soft diet is recommended at this time.

Your treatment will be directed toward conservative therapy in an attempt to avoid surgery, improving myalgia, orthopedic realignment of the mandible, reducing adverse joint loading, inflammation and pain.

Your treatment plan consists of insertion of a centric stabilization orthotic, insertion of a maxillary night orthotic, an emergency soft appliance, orthotic adjustment, prolotherapy, possible ligament injection to the stylomandibular ligaments bilaterally, medication regimen, soft diet, biostimulation laser therapy, and nerve block injections to the greater and lesser occipital nerves bilaterally.

I have recommended that you consult with an ear/nose/throat physician to evaluate tonsils, a physical therapist for neck and shoulders, and possibly a sleep clinic.

Your Stabilization phase goals will be directed toward maintaining joint stability and muscle comfort.

Your stabilization program may include reevaluation in 16 weeks.

There are multiple ways to stabilize. I will recommend options once your treatment is complete.

JR:MNG0068

Your prognosis is good, but a joint which has suffered soft tissue damage with the resultant disc dysfunction will never be normal again. It can be anticipated that you will have exacerbations throughout your lifetime which will require additional evaluation and treatment.

I am available to answer any questions regarding this report or your care. If you have any questions or comments, please let me know.

Sincerely,

Joseph N. Tregaskes, DMD, MS
*Prosthodontics-Craniofacial Dental-Pain Sleep Medicine*

JNT/ld

CC:   Fraser Henderson, MD

JR:MNG0069

**Patient:**    **Rouviere, Jodi L.**
**DOB:**        **10/31/1971**



Figure: Tongue
Level III
High: top of
tongue markedly
above occlusal
plane



Figure: Mallam-
pati
Classification IV
The soft palate
was not visible at
all




Figure: Tonsils Grade 3



Figure: Tonsils Grade 4

JR:MNG0070

# TMD and Orofacial Pain Diagnostic Report

## Joseph N. Tregaskes, DMD, MS

**Patient**: Jodi Rouviere
**Examination Date:** 7/15/2014



Pain pattern described by patient

| Legend | | | |
|---|---|---|---|
| MILD PAIN | B Burning | P Pressure | T Tingling |
| MODERATE PAIN | D Dull | R Radiating | |
| SEVERE PAIN | N Numbing | S Sharp | |

JR:MNG0071

# jnt

# Joseph N. Tregaskes DMD, MS, INC.

PROSTHODONTICS • TMD/CRANIOFACIAL PAIN • IMPLANT DENTISTRY • SLEEP DISORDERS

www.jntdental.com



July 21, 2014

Dr. Fraser Henderson
8401 Connecticut Ave
Suite 220
Chevy Chase, MD 20815

Dear Fraser:

I want to thank you for referring, your patient, Mrs.Jodi L. Rouviere, to our office.  This is the best demonstration of confidence we can receive and we wanted you to know how much you referral is appreciated.  We will keep you updated regarding Jodi's medical or dental treatment.

Sincerely,

Joseph N. Tregaskes, DMD, MS
*Prosthodontics- Craniofacial Pain- Dental Sleep Medicine*

JNT: ktm

FRASER,
    ENJOYED MEETING JODI AND HER
HUSBAND. WE LOOK FORWARD TO WORKING
WITH HER.

                    BEST WISHES,

*Diplomate
American Board
of Prosthodontics*

*Diplomate
American Board
of Craniofacial Pain*

*Fellow
American College
of Prosthodontics*

*Fellow
International College
of Prosthodontics*

*Fellow
American Academy
of Craniofacial
Pain Management*

**Richmond Medical Park • 2008 Bremo Road, Suite 104 • Richmond, VA 23226 • (804) 282-0510 • fax: (804) 282-1346**

JR : MNG0072

Patient Name: ROUVIERE, JODI
DOB: 10/31/1971
Date: 6/27/2014
Page 1 of 4

## HEALY PHYSICAL THERAPY & SPORTS MEDICINE INC.

927 Warren Avenue  Unit B East Providence, RI  02914-     (401)438-0905   Fax: (401)438-0903

**INITIAL EVALUATION** **Report Date: 6/27/2014**

**NAME:** JODI ROUVIERE       **GENDER:** F       **BIRTHDATE:** 10/31/1971

**DIAGNOSIS:** Cervical Pain  (Neck Pain) Headaches       **ICD-9:** 723.1 784.0 724.2 756.83
Low Back Pain-Lumbago  Ehlers-danlos syndrome

**\*EVALUATION DATE:** 6/27/2014       **REFERRING PHYSICIAN:** HENDERSON, SR, MD, FRASER CUMMINS

**Is patient aware of diagnosis/prognosis?**       ☒ Yes   ☐ No

**HISTORY AND SYSTEMS REVIEW**

JR:MNG0073

From:

**Date of** injury: date of Dr. Henderson's PT prescription was 06/25/2014.

**History of Current Condition(s):** This 42 year old female was referred to Healy Physical Therapy & Sports Medicine, Inc. by Dr. Fraser Cummins Henderson, Sr., MD for a consultation and treatment. Dr. Henderson is a neurosurgeon from Chevy Chase, MD. Mrs. Rouviere has a chronic h/o multi joint pain and multi joint subluxations vs dislocations for greater than 3 months. Pt. is s/p numerous joint dislocations f/b numerous joint stabilization surgeries. Pt.'s major c/o constant sharp vs dull pain with associated shooting pain throughout her body. Pt. reports that she is getting worse. Pt. c/o significant head pressure with severe daily headaches, facial pressure, neck pressure at the base of her skull. Pt. reports that this pressure builds and causes pt. to have an inability to hold her head up. Pt. reports today that her right shoulder and right hip are dislocated, her neck, ribs and SIJ are out of alignment. Pt. is also c/o severe headache, pressure in her head and neck. Pt. reports that her and her husband drove from Chevy Chase, MD today to come to this appointment and that the pt. was extremely fatigued. Pt. reports that her husband (Andre) drove the entire way and he was present for the entire PT evaluation and treatment. The evaluation was one hour and 15 mins. long and her PT treatment was one hour and 15 mins. today. Pt. and pt.'s husband education on dos vs don'ts, work:rest ratio and proper functional activities was performed as well as a Q&A session and all questions were answered to both of their satisfaction. Both pt. and pt.'s husband agreed to this consultation and treatment session

Review of all symptoms; Pt. c/o the following:

Vertigo
Dizziness & light headedness
Blurred vision left eye
Double vision left eye
Vision flashes
Vision halos
Ringing in ears (tinnits)
Shaking episodes
Tremors
Changes in appetite
Changes in sleep patterns
Numbness right leg
Chronic pain
Back pain
Joint pain
Shoulder pain
Burning pain in trunk, arms and legs
LBP
Pain in lower back and legs
Speech difficulty with pain
Hoarness
Choking
Weakness in legs and arms
Nausea/vomitting
Poor coordination
Difficulty swallowing
Back pain with standing and walking
Muscle pain at rest
Sacral pain
Feeling heart beats or palpitations
Pain in legs while walking
Chronic cough

**Previous Medical History:** Ehlers-Danlos Syndrome, POTS,

**Pain Rating:** rest # 8/10
activity # 10/10. (0-10 scale)
**Medication:** Excedrin every 4 hours per pt. and Tramolol which causes extreme sleeplessness .
**Previous Treatments:** 1. joint manipulation by DC or DO Pt. is currently treating with Mark Sandhouse, DO and pt. reports good results from his osteopathic treatment sessions 2. physical therapy (symptoms worsened with treatment)
**Imaging and Results:** X-rays- please see enclosed medical records which have been reviewed by me and MRI- please see numerous enclosed MRI reports that have been reviewed by me.

JR:MNG0074

Patient Name: ROUVIERE, JODI
DOB: 10/31/1971
Date: 6/27/2014
Page 3 of 4

| Current Functional Index | Score |
|---|---|
| Neck | 82%; which indicates a significant dysfunction or disability |
| Back | 86%; which indicates a significant dysfunction or disability |
| Dash | 77.5; which indicates a significant dysfunction or disability |

## TESTS AND MEASURES

### Cervical ROM
* Denotes pain
NT= Not Tested secondary to pt.'s right shoulder was dislocated pre treatment. Post treatment pt.'s right shoulder was reduced and pt. was present with FULL AROM of right shoulder and she was painfree during that AROM

| Cervical AROM | | | |
|---|---|---|---|
| Cervical Flexion | 35*** | Cervical Extension | 25*** |
| Left Side bend | 20*** | Right Side bend | 20** |
| Left Cervical Rotation | 45*** | Right Cervical Rotation | 45*** |

| Shoulder AROM | | | |
|---|---|---|---|
| Left Shoulder Flexion | 180 | Right Shoulder Flexion | NT |
| Left Shoulder Abduction | 180 | Right Shoulder Abduction | NT |
| Left Shoulder IR | T-5 | Right Shoulder IR | NT |
| Left Shoulder ER | 90 | Right Shoulder ER | NT |

| MMT | | | |
|---|---|---|---|
| Cervical Flexion | 3 to 3+/5*** | Middle Trapezius | 3- 3/5*** |
| Cervical Extension | 3 to 3+/5*** | Lower Trapezius | 2+/5*** |
| Cervical Rotation | 3 to 3+/5*** | Triceps | 5/5 |
| Cervical Side bend | 3 to 3+/5*** | Biceps | 5/5 |
| Rhomboids | 3 to 3+/5*** | Grip Strength | 5/5 |

### Postural Assessment
Pt. sat curled up in a ball holding her head with her hands for support
**Integumentary** No soft vevety skin; however, skin was somewhat stretchy and pt. bruises easily.

### Neurological Integrity
Cervical Myotomes- See above MMT section
Cervical Sensory Integrity (Dermatomes)- normal/intact BIL
Cervical Reflex Integrity- cervical reflexes normal/symmetrical
Cervical Compression-
NT = NOT TESTED secondary to question of cervical fusion failure and question of instability of OA, C-1-C-2 and C-2-C-3
Cervical Traction-
NT see above
Spurling's Test NT see above

### Joint Mobility/Integrity
Positive significant compressive torsions; C-spine; OA SBR with rotation left, FRSR C-2,C-3 and I am questioning instability of cervical fusion with FRSR C-7, ERSL T-1 to T-3, elevated bilateral 1st and 2nd ribs, ERSR T-5 to T8 and FRSL L-5, SIJ; L on L and ISJ; right upslip: 4+/4+

Positive right shoulder and right hip dislocation

I am questioning right TMJ dislocation

### Palpation Findings
Positive significant muscle spasms, trigger points and tightness C-T-L-S paraspinals, iliopsoas,. QL, piriformis, glut. meds., glut. max., HS, traps., subscapularis, supraspinatus, pectoralis, SCM, scalene, lev. scap., suboccipitals, masseters, pterygoids, frontalis, temporalis, supra and infra hyoid muscles: 4+/4+

### Special Tests
Significant for facet pathologies, rib dysfunctions, SIJ, ISJ dysfunctions and I am questioning dislocations of right shoulder, right hip and right TMJ

BEIGHTON SCORE:    8/9 secondary to pt.'s right thumb was surgically corrected secondary to hypermobility and I did not tested that joint

### Dynamic Assessment
### Other Joint Scan

## TREATMENT DIAGNOSIS/ASSESSMENT

**Assessment:** Pt. appears to PT Clinic with signs and symptoms of mechanical neck, mid back and low back pain with associated facet pathologies of her C-T-L-S spine; OA SBR with rotation left, FRSR C-2,C-3, I am questioning instability of OA, C-1,C-2 and C-2,C-3. I am also questioning instability of C-3 to C-7 fusion with FRSR C-7, ERSL T-1 to T-3, elevated bilateral 1st and 2nd ribs,

JR:MNG0075

From:                                                                    06/30/2014 1:56    #520 P.003/005

Patient Name: ROUVIERE, JODI
DOB: 10/31/1971
Date: 6/27/2014
Page 4 of 4

ERSR T-5 to T-8 and FRSL L-5. Pt. appears present with a SIJ dysfunction left on left sacral torsion and ISJ dysfunction right upslip. Pt.'s right shoulder and right hip appeared dislocated as well as her right TMJ. Pt.'s somatic dysfunctions appear complicated by what appears to be signs and symptoms of EDS type 3, POTS, dysautonomia symptoms, Beighton Score of 8/9 and functional testing indexes that indicate a significant physical and functional deficits.

## Impairments/Functional Limitations:
1. Difficulty with: sitting, standing, lifting/carrying, sleeping, walking, driving, stairs, personal care, work, squatting, ambulating on uneven ground, recreation/sports, dressing, reaching and reading
2. Pain as per findings in tests and measures
3. Decreased ROM as per findings in tests and measures
4. Joint Hypomobility as per findings in tests and measures
5. Joint Hypermobility as per findings in tests and measures
6. Muscle Weakness as per findings in tests and measures
7. Muscle Imbalance as per findings in tests and measures
8. Poor Posture as per findings in tests and measures

## Complicating Factors/Precautions:
1. EDS, POTS, numerous surgeries, current dislocations of right shoulder, hip and TMJ
   **Rehabilitation Potential:** fair.

## PLAN OF CARE

**Short Term Goals:**
**Long Term Goals/Functional Goals (by time of discharge):**
**Planned Interventions:**
1. Pt. is discharged after this visit. Pt. reported that she was painfree, her head, face and neck pressure were eliminated and that she had no headache post treatment. Pt. also reported that she felt completely aligned from head to toe and pt. was present with full AROM and no pain in her right shoulder and right hip post treatment. Pt. is flying home to Miami Florida tomorrow. Pt. has been given a game plan for when she gets home and pt. as well as pt.'s husband understand this game plan. I also give her a complete list of EDS specialist physicians and non-physicians that might be helpful for her. Pt. will f/u with Dr. Sandhouse her osteopathic physician for treatments. I would recommend prolo therapy (pt. was given appropriate names) for ligamentous laxity, appropriate ther. exs. once cervical ligaments have regained some stability from prolo therapy and I would recommend medication sensitivity testing. I would recommend that pt. f/u with an orthopedic surgeon that specialize in EDS pts. (pt. was given appropriate names) for her right shoulder and right hip instability issues, Dr. Tregaskes for her TMJ instability and Dr. Henderson for her craniocervical and cervical instability issues and pt. agreed. Pt.'s husband has been instructed in self care management activities to assist his wife and pt.'s husband demonstrated an excellent understanding of those activities. If I can be of any further assistance please do not hesitate to contact me.

Thank you for the pleasant referral and your confidence is greatly appreciated.

Sincerely,

Michael P. Healy, DPT
**Frequency/Duration:**

Medicare G-Code Current Status:
Current Status Modifier:
Medicare G-Code Goal:
Goal Modifier:

Thank you for referring this patient to our clinic.
digitally signed by : MICHAEL HEALY DPT 6/27/2014

**I certify the need for these services furnished under this plan of treatment and while under my care.**
**Physician Signature:**_____ **Date:** 7/2/14
**Re:** JODI ROUVIERE

JR:MNG0076

## Progress Notes                                    Jodi Lee Rouviere (MR# 20073255)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Barbouth, Deborah S., MD | Signed | Barbouth, Deborah S., MD | 1/27/2012  2:26 PM |

### Progress Notes

**Subjective:**

**Patient ID:** Jody Rouviere is a 40 y.o. female.

**HPI**

Ms. Rouviere is a 40 year old female self-referred for a history of hyperflexible joints, frequent knee subluxation, shoulder dislocation and joint laxity. The patient was an athlete throughout much of her life and used to do weights and cardio. She was also always very flexible and described how she used to sleep with her arms reaching far into her legs for comfort. She seemed to be comfortable only when she was stretching since she was a young adult. Symptoms started when she was 25 years old and experienced complicated healing in her episiotomy described at that time as an allergic reaction to VICRYL. This required removal of the stitches for the wound to heal and the patient experienced extreme swelling of the vagina. At age 31, after the birth of her fourth child, the patient underwent surgery for hysterectomy and bladder sling for uterus and bladder prolapse.

The patient then remained in good health until she snapped her right hip for the first time at age 37 while she was getting off a counter. In September 2009, the patient subluxed her right knee while squatting down. The knee cap was flipped and the bone was on bone. The patient describes that this same episode has happened at least 5 times over the last 2 and half years even from simple activities like rolling over in bed. The patient is now waiting for right knee ligament reconstruction and wears braces. The left knee has subluxed once. During 2009, the patient continued to experience constant hip pain and was finally identified to have labral tear through a hip MRI in January 2010. The patient then had right hip arthroscopy in February 2010 and in July 2010 and experienced some relief. The patient started physical rehabilitation and paused for a number of months. When the patient resumed physical rehabilitation in January 2011, the pain was too unbearable to continue. The patient then had a cortisone injection in February 2011 and experienced some relief. After a second cortisone injection the patient experienced negative side effects including dizziness, cramping, and overall extreme pain. Seven days later the patient described to have vaginal discharge that looked like "black water" and this was followed by some relief. The patient then was found to have no cartilage between the fibula and the acetabulum as well as some pitting into the femur. The patient's left hip also went out once in January 2011. More recently, 8 months ago, the patient subluxed her right shoulder and the laxity in the right thumb has become unbearable to the point that she is not able to grab a bag of milk or a pen. The patient's neck is also constantly cracking. The patient presents today after surgery on her left knee last week for labral tear. The patient's current orthopedic surgeon has suggested a genetics consultation for possible Ehlers Danlos Syndrome, Type III based on the patient's medical history.

**--Pregnancy History--**
Suspected allergic reaction to VICRYL at age 25 after birth of first child.
Uterine prolapse at age 31 after the birth of fourth child.

**--Medical History--**
As above
Medications: Excedrin

**--Surgical History--**
Three surgeries in the R hip (labral tear, joint laxity)

JR : MNG0077

Two surgeries in the left hip (labral tear)
Hysterectomy (2002)
Breast enhancement surgery (1998)

**--Laboratory Testing/Imaging--**
MRI R hip (2009): Nml
MRI knees (At least 5 for the last 2 and half years): NMI
MRI w/contrast (hip) (2010): R-labral tear

**--Family History--**
**Family history is significant for autism, joint dislocations and hyperflexibility.** The patient has 4 children (15, 13, 11, 4), two of whom have had shoulder slipping, hyperflexible joints and elbow dislocation. The patient's older sister (42) may also present with joint dislocation but no specific details are known at this time. The patient also has two nephews with a probable history of autism. The maternal and paternal ancestry is Ashkenazi Jewish from Russia. History is negative for consanguinity, infantile deaths, birth defects, or spontaneous abortions. Please refer to scanned pedigree for more details.

**--Social History--**
The patient's full sister is a pediatrician. The patient used to be a special ed teacher and is a vegetarian.

**Review of Systems**
Constitutional: Negative.
Eyes: Negative.
    **Past hx of Lasik for astigmatism.**
Cardiovascular: Positive for palpitations.
Gastrointestinal: Negative.
Genitourinary:
    **Uterine prolapse @ 31**
Musculoskeletal: Positive for joint swelling and arthralgias.
Skin:
    **Mild hyperextensibility of the skin**
**No soft velvety skin**

Neurological: Positive for headaches.
Hematological: Negative. Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.

**Filed Vitals:**

|  | 01/23/2012 2:19 PM |
| --- | --- |
| BP: | 95/62 |
| Pulse: | 97 |
| Temp: | 97.9 °F (36.6 °C) |

**Objective:**
<u>Physical Exam</u>
Constitutional: She appears well-developed.
    **PE is limited. Pt on wheelchair**
HENT:

JR:MNG0078

Mar. 11. 2014. 9:18AM
Rouviere, Jodi Lee (MR # 20073255)
No. 0541
Encounter Date: 01/23/2012

Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and extraocular motions are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
   **Hyperflexible joints with a beighton of probable > 5/9 from a limited exam**
Neurological: She is alert. No cranial nerve deficit.
Skin: Skin is warm.
   **No atrophic scars, mild hypeflexible skin.**
Psychiatric: Her behavior is normal. Judgment and thought content normal.


**Assessment:**

Ms. Rouviere is a 40 year old female with:
Hyperflexible joints
Mild hyperextensible skin
Frequent shoulder dislocation
Frequent knee subluxation
Bilateral labral tear and hip laxity
Right thumb laxity
Severe, chronic pain (untreated)

We discussed that the patient's symptoms are suggestive of a connective tissue disorder although the later age of onset for symptoms and rapid progression is somewhat atypical. We discussed that Ehlers-Danlos syndrome is a disorder of the connective tissues of the body, particularly collagen. Collagen is found in many different parts of the body and gives those parts strength, stability and flexibility. Collagen helps to make up our muscles, eyes, heart, and skin. EDS is caused by a mutation in one of several genes that give instructions for making collagen. When there is a mutation in one of these genes, collagen may not be formed properly and the features of EDS are seen. There are many different types of EDS caused by mutations in different genes. Some have very serious medical complications, and some have relatively mild complications.

The most common type of EDS is called Hypermobile EDS (or Type III). It is also the most mild form of EDS. Currently no gene mutations have been identified to be the cause of Hypermobile EDS although the haploinsufficiency of TNXB has been causative in some families. The condition is likely due to a combination of several genes involved in how our bodies make or use collagen. There are a wide variety of features seen in Hypermobile EDS including flexibility of joints and skin, dislocation of joints, and pain in the joints and/or muscles. Typically other organs, such as the heart, are not affected by this type of EDS although some patient may present aortic root dilation. The diagnosis of EDS is made on clinical basis and includes the following criteria:

Major diagnostic criteria:
- Joint hypermobility (Beighton more than or equal to 5)
- Soft skin with normal or only slightly increased extensibility.
- Absence of fragility or other significant skin or soft tissue abnormalities

Minor diagnostic criteria:
- Positive family history of EDS, hypermobility type
- Recurrent joint dislocation
- Chronic joint, limb and/or back pain

JR:MNG0079

- Easy bruising
- Functional bowel disorders
- Hypotension, tachycardia
- High-narrow palate
- Dental crowding

Although the patient does seem to fit diagnostic criteria for EDS type III, her rapid progression and later age of onset is rather atypical and may signal other connective tissue disorders. Classic EDS (typeI and II) is a possibility but she does not present with major skin findings. Since genetic testing is limited for EDS type III at this time, we have deferred genetic testing for now. If the patient has an autosomal dominant collagen disorder, each of her children would be at 50% risk of having the same genetic defect. It is unusual for EDS, however, that no other distant relatives present EDS symptoms and both of the patient's parents are living with normal age at ages 94 and 72.

**Plan:**

Vitamin C 500 mg
Calcium 500 mg twice daily
Vitamin D 400 units daily
Refer to EDS foundation website (brochure provided)
Copies from the Genetics Home Reference, and Genereviews provided
Referral to Cardiology
Follow up in Genetics in 3 weeks

Jessica Ordonez, MS was present for genetic counseling.
Genetic counseling provided. Genetic counseling involves identifying genetic risks, investigating problems, interpreting and communicating information about genetic disorders, discussing surveillance and anticipatory guidance, analyzing inheritance patterns and risks of recurrence, and reviewing available options with patients and families.

We discussed the diagnostic impression and plan of care at length and patient verbalized understanding. She was instructed to call if any questions or concerns.
Time spent 120 minutes, over 50% of time spent counseling.

**Links**

Previous Version

JR:MNG0080



**NOVA SOUTHEASTERN UNIVERSITY**
Health Professions Division
College of Osteopathic Medicine
Department of Osteopathic Principles and Practice

April 22, 2013

RE: Jodi Rouviere

To Whom It May Concern,

Jodi Rouviere is being treated in my office for multiple manifestations of Ehlers-Danlos Syndrome (EDS). The disease has caused significant instability in her cervical spine, right shoulder, bilateral hips and right knee. She has already had multiple surgical procedures including hip arthroscopy, a right total hip arthroplasty and a multi-level anterior cervical diskectomy with fusion.

Jodi has attempted to locate surgeons in South Florida who understand EDS and would be comfortable performing necessary surgical procedures on her shoulder and hip. She has consulted with physicians at Jackson Memorial Hospital, a premiere hospital in the area, and has been told that none of the physicians there would feel comfortable to operate on her. Jodi has appointments with two surgeons in New York on Monday, April 29 for consultation and imaging studies. The first, Dr. Buly, has previously operated on Mrs. Rouviere's hips. The second, Dr. Scott Rodeo, is a shoulder stabilization specialist at the Hospital for Special Surgery and has significant experience operating on patients with EDS.

Mrs. Rouviere's condition is one on which many surgeons do not feel comfortable or confident to perform surgery. The two surgeons with whom she has appointments are experienced in operating on EDS patients. She has been unable to find anyone in her community that will take her on as a patient, including at highly regarded academic medical centers. I feel that these consultations and any resulting therapeutic recommendations are medically necessary. Please feel free to contact me if you have any questions regarding this matter.

Sincerely,

Mark Sandhouse, D.O.
Associate Professor, Department of OPP
Board Certified, Neuromusculoskeletal Medicine & OMM
Board Certified, Family Practice and OMT

College of Osteopathic Medicine • College of Pharmacy • College of Optometry
College of Allied Health • College of Medical Sciences • College of Dental Medicine
3200 South University Drive • Ft Lauderdale, Florida 33328-2018
(954) 262-4316 • Fax: (954) 262-3535

JR:MNG0081



**MIAMI CHILDREN'S HOSPITAL.**
THE MARY ANN KNIGHT INTERNATIONAL INSTITUTE OF PEDIATRICS
FOUNDED AS VARIETY CHILDREN'S HOSPITAL

Department of Orthopaedic Surgery
Wesley F. King, M.D., Chief
Harry L. Shufflebarger, M.D., Director
John Asghar, M.D.,
Avi C. Baitner, M.D.
Christopher A. Iobst, M.D.
Craig J. Spurdle, M.D.
Stephen M. Swirsky, D.O.
Michael A. Tidwell, M.D.

April 16, 2012

To whom it may concern:

Re: Jodi Rouviere

The above referenced patient was evaluated in my office today. Because of my experience with patients with Ehlers Danlos she's requested an evaluation and recommendation. In addition her daughter has been recently diagnosed with Ehlers Danlos joint hypermobility type syndrome and requires that she be evaluated and followed. Ms. Rouviere has patellar femoral instability on both knees but right much worse than left. She also has joint instability in her thumbs, mostly at the metacarpal phalangeal joint and she has shoulder instability. Individually these problems have been evaluated locally but by physicians not familiar with Ehlers Danlos. Because of the significant issues surgical decision making and rehabilitation as they relate to Ehlers Danlos, it is medically inappropriate for her to continue being treated and followed by physicians with no or only occasional experience in Ehlers Danlos.

It is my firm conviction that she should be seen by surgeons and physicians who are familiar with Ehlers Danlos and are experienced in the treatment of this and associated problems. In this community there are no physicians who will actively treat adult patients with Ehlers Danlos; the only exception of this that I'm aware of is Dr. Badia at the Miami Hand Center. I strongly support her request for authorization for treatment both by the physician and at his facilities for her hands and for support for her care even out of the state by physicians familiar with this syndrome.

Sincerely,

Michael A. Tidwell

3100 S.W. 62nd Avenue, Miami, Florida 33155-3009 • (305) 662-8366 • (3050 663-9194
3100 S.W. 62nd Avenue, Miami, Florida 33155-3009 / (305) 666-6511
Visit us online at www.mch.com

JR : MNG0082

**04/11/12 – MT**

**History:** This 40 year old female has recently been diagnosed with Ehlers Danlos syndrome after developing multiple joint complications and instabilities. She has had significant problems with her shoulders with subluxation, possibly even dislocating, even at night when she turns over in bed. When she lies on her side and is moving to a supine position her shoulder can come out and very painful goes back in location. Recently, she had a severe popping the neck which also was very dramatic but in fact after it occurred it eased some of her shoulder pain and spasm in the muscles, this is not a routine problem other than the routine neck popping that she experiences usually. Her elbow have not been much of a problem but both hands are almost totally impaired due to subluxation of her thumbs which prevent her from utilizing her hand, she is unable to type all because of her thumb metacarpal phalangeal joint instability. She's recently been evaluated by Dr. Badia and surgery recommended but insurance will not cover his facility. Both hips have been a problem as well and in fact she's been evaluated in NY regarding her hip problems. She's had crepitus popping and sensation of them coming out of joint. She underwent arthroscopy of the right hip with global repair and some synovectomy with also a supposed osteoplasty of a cam lesion. She has some release of pain from this but then regain pain. Currently she still has significant symptoms on this side. Her evaluation in NY revealed a variety of issues with the hips and she is currently awaiting final results from that facility. It turns out that Dr. Buly at a hospital for special surgery in NY is experienced with the treatment of patients with Ehles Danlos syndrome.

**Past Medical History:** Long and complicated, her narrative that she sent me by email and some reports are in chart.

Significant issues with genital urinary problems. Family history otherwise unremarkable.

**Physical examination:** Spine is straight in the frontal plane and normally curved in the sagittal plane. Although she has full active ROM of the neck, she's very cautious about moving up to the extremes of feeling the popping. Her shoulders have full ROM as well but can easily sublux them posterior, anterior, and inferior with distraction and manual motion. She has some pain with impingement sign on both sides. She has no crepitus with ROM however. The elbows hyperextend but do not dislocate her wrists hyperextend but do not dislocate. Her hands have instability and thumb carpal metacarpal and metacarpal phalangeal joint. She is very painful in these areas and can barely use them. Her LEs reveal full hip flexion and extension, IR and ER, no crepitus. Her knees have full flexion/extension but the Q angle on both sides is 25° on the right and 20° on the left, clearly subluxates on the right at terminal extension and o the left traces subluxation on terminal extension. Ankles are stable. Internal / external but is variable. Neurological exam reveals symmetrically intact deep tendon reflexes at the elbow, wrists, and ankles. Umbilical reflex is intact in all four quadrants. No pathological reflexes were elicited.

**Impression:** Ehlers Danlos syndrome with multiple joint instability and ligamentus injury.

**Continued...**

Miami Children's Hospital
Department of Orthopaedics
Michael A. Tidwell, MD

JR : MNG0083

**Decision making:** This lady has multiple issues related to her joints and most of this is related to Ehlers Danlos. For her hips, she's still being reviewed by Dr. Buly in New York. It terms of her knees she has a severe mechanical mal-alignment which can only be corrected with bone realignment through the tibia tubercle. In my experience, this will best be served by 4% tibial tubercle transposition and probably an associated lateral release. Fat tissue reconstruction is not going be beneficial to her. The problem is however that she is an adult, and outside the realm of my practice at this time, in my opinion she should only be treated by someone experienced in the treatment of patients with Ehlers Danlos. The complications that can occur because of inadequate the measures, because of lack of experience will result in severe complications for her. It is possible that she can have restoration of the functional loss of her joints with appropriate care and rehab. At this time, she's requesting a letter of support. I will send this to her. Otherwise she'll just follow up with local physicians.

_____

**Michael Tidwell, MD**

**MAT/dg**

Miami Children's Hospital
Department of Orthopaedics
Michael A. Tidwell, MD

JR:MNG0084



Carolina Toscano <ctoscano@metroneurogroup.com>

# Successful Fax Transmission to 0017137580160

1 message

---

**Interfax** <us@interfax.net>
To: mng@metroneurogroup.com

Sun, Sep 28, 2014 at 8:37 AM

---

### Transmission Results

| | |
|---|---|
| Destination Fax: | 0017137580160 |
| Contact Name: | |
| Start Time: | 2014/09/28 07:36:04 |
| End Time: | 2014/09/28 07:37:19 |
| Transmission Result: | 0 - OK |
| Pages sent: | 3 |
| Subject: | INS. CARD COPY - JODI ROUVIERE |
| CSID: | 17137580160 |
| Duration (In Seconds): | 51 |
| Message ID: | 471628497 |

---

Thank you for using Interfax
E-mail: us@interfax.net
Home page: http://www.interfax.net

JR : MNG0085



# SPECTRACELL LABORATORIES

## 10401 TOWN PARK DRIVE HOUSTON, TX 77072

---

### FACSIMILE TRANSMITTAL SHEET

| TO: Dr Frasier C. Henderson SR, MD | FROM: Laura Weatherford |
|---|---|
| COMPANY: | DATE: 9/12/2014  **9-20-14** |
| FAX NUMBER: 301-654-4919 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | FAX NUMBER: **713-758-0160** |
| RE: N05592 / B6282 | FOR ASSISTANCE CALL CLIENT SERVICES AT: (800)227-5227 EXT 1129 |

## 2nd request

---

NOTES/COMMENTS:

**Patient: Jodi Rouviere**

We received a lab requisition on 8/1/2014 from your office for this patient. In order to file a 3rd party bill claim on the patient's behalf we require the following information:

☐ **Patient address: (Section #1)**

☐ **Patient's Date of Birth: (Section #1)**

☐ **ICD-9 codes: (Section #2)**

☐ **Ordering Physician and NPI #**

☒ **Front and back copy of insurance.**

☐ **Other:**

Please provide the requested information and **fax or email me at lweatherford@spectracell.com.** Thank you for your cooperation.

Fax Cover Disclaimer
The contents of this Fax message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by fax and then destroy this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any

JR:MNG0086

# SPECTRACELL LABORATORIES
ADVANCED CLINICAL TESTING

Tel (713) 621-3101 Toll-Free (800) 227-LABS (5227) Fax (713) 621-3234
CLIA 45D0710715

| | REQUISITION NUMBER: | 824909 |
|---|---|---|

Metropolitan Neurosurgery Group
5411 Connecticut Ave, Suite 222
Chevy Chase, MD 20815 USA    301-654-9700
34981 4 Frazier G Henderson Sr., MD

| 824909 | 824909 | 824909 |
|---|---|---|
| 824909 | 824909 | 824909 |

**FOR LAB USE ONLY**

Date Received    Batch Number

## Patient Information - Use blue or black ink ONLY

7/31/14    7:45

Rouviere    Jodi    C    Oval    10/31/71    F

305-408-8016    10950 SW 84 ct    Miami    FL    33156    USA

## 2  ICD-9 CODES - REQUIRED

756.83    269.2    780.7    780.93

## 3  PATIENT INSURANCE AUTHORIZATION

Signature    Jodi Rouviere    Date 7/31

## 4  METHOD OF PAYMENT

SELECT PAYMENT METHOD(S)
[X] INSURANCE (with patient co-pay)
  [ ] Standard co-pay    [X] Preferred pay
[ ] PATIENT (no insurance)
[ ] PHYSICIAN/PRACTITIONER
  [ ] Billed monthly    [ ] Credit card on file
[ ] MEDICARE
  [ ] Non-covered tests paid by patient
  [ ] Non-covered tests paid by physician

SpectraCell Accepts Assignment of Medicare and Private Insurance

**Attach copy of front and back of insurance and/or Medicare card and ABN when applicable**

## 5  TYPE OF PAYMENT

[ ] Cash/Check #
[X] Credit card (complete section 6)

GRANDTOTAL $ 84.00

## 6  CREDIT CARD INFORMATION ( AMEX, MC, VISA, DISCOVER)

Credit Card Number: 4635760084225672
Cardholder Name On Card: Andre Rouviere
Exp Date: 04/17    Security Code: 457

## LEGEND - MEDICARE TEST SELECTION

* Limited Frequency & ABN Required    * Medicare Limited Coverage-Include DX codes & ABN Required    ★ Statutorily not covered by Medicare-Paid by Pa

**Covered Tests for Medicare patients MUST be selected individually and NOT as a panel.**

## 7

| NUTRITIONAL TESTS - NON MEDICARE | Amount Paid $ | CARDIOVASCULAR TESTS | Amount Paid $ | SPECIALTY TESTS | Amount $ |
|---|---|---|---|---|---|

[X] Comprehensive Nutritional Panel

### NUTRITIONAL TESTS - MEDICARE

[ ] Asparagine
[ ] Vitamin B2
[ ] Calcium
[ ] Chromium
[ ] Copper
[ ] Cysteine
[ ] Glutamine
[ ] Glutathione
[ ] Magnesium
[ ] Manganese
[ ] Oleic Acid
[ ] Serine
[ ] Vitamin A
[ ] Vitamin E
[ ] Zinc

[ ] Antioxidant & B Vitamin Panel *

**Antioxidants**
SPECTROX™
Total Antioxidant Function
Coenzyme Q10
Lipoic Acid
Selenium
Vitamin C

**Other**
Vitamin K2, Choline
Fructose Sensitivity and
Glucose/Insulin Metabolism

**B Complex**
Biotin
Inositol
Pantothenate
Vitamin B1
Vitamin B3

Amount Paid $

Limited Coverage Tests - Circle or insert applicable ICD-9 code from reverse side.
[ ] Carnitine*    277.81, 277.83, 272.64, 265.77, ...
[ ] Folate*    331.0, 766.93, 780.99, 281.3, ...
[ ] Vitamin B6*    266.1, 265.0, 323.9, 356.9, ...
[ ] Vitamin B12*    266.2, 281.9, 356.4, 780.93, ...
[ ] Vitamin D*    268.2, 268.9, 275.42, 733.09, ...

Cardiovascular:
[ ] Lipoprotein Fractionation
[ ] Lipoprotein Particle Numbers
[ ] Apolipoprotein B
[ ] Total Cholesterol*
[ ] HDL Cholesterol*
[ ] LDL Cholesterol*
[ ] Triglycerides*
[ ] Lipoprotein (a)
[ ] Homocysteine*
[ ] C-Reactive Protein HS
[ ] Insulin
[ ] LPP™ Plus Panel
[ ] LPP™ Basic Panel
[ ] Apolipoprotein A-1
[ ] Apolipoprotein B
[ ] Total Cholesterol*
[ ] HDL Cholesterol*
[ ] LDL Cholesterol*
[ ] Triglycerides*
[ ] Standard Lipid Panel

Specialty:
[ ] Telomere Analysis ★
[ ] Apolipoprotein E Genotyping
[ ] MTHFR Genotyping

JR : MNG0087



Carolina Toscano <ctoscano@metroneurogroup.com>

# Successful Fax Transmission to 0017175978933

1 message

**Interfax** <us@interfax.net>                                    Sun, Sep 21, 2014 at 12:48 PM
To: mng@metroneurogroup.com

## Transmission Results

| | |
|---|---|
| Destination Fax: | 0017175978933 |
| Contact Name: | |
| Start Time: | 2014/09/21 11:46:49 |
| End Time: | 2014/09/21 11:48:35 |
| Transmission Result: | 0 - OK |
| Pages sent: | 3 |
| Subject: | AMELIA KASINOF PROGRESS NOTE 9/18/14 |
| CSID: | 7175978933 |
| Duration (In Seconds): | 79 |
| Message ID: | 469682330 |

Thank you for using Interfax
E-mail: us@interfax.net
Home page: http://www.interfax.net

JR : MNG0088



Carolina Toscano <ctoscano@metroneurogroup.com>

## Successful Fax Transmission to 0013056651731

1 message

**Interfax** <us@interfax.net>       Sun, Sep 21, 2014 at 12:52 PM
To: mng@metroneurogroup.com

### Transmission Results

| | |
|---|---|
| Destination Fax: | 0013056651731 |
| Contact Name: | |
| Start Time: | 2014/09/21 11:49:57 |
| End Time: | 2014/09/21 11:52:11 |
| Transmission Result: | 0 - OK |
| Pages sent: | 3 |
| Subject: | JODI ROUVIERE PROGRESS NOTE 9/18/14 |
| CSID: | 3056651731 |
| Duration (In Seconds): | 108 |
| Message ID: | 469682709 |

Thank you for using Interfax
E-mail: us@interfax.net
Home page: http://www.interfax.net

JR : MNG0089

National Imaging Associates, Inc.
PO Box 67390
Phoenix, AZ 85082-7390



DR. FRASER HENDERSON
8401 CONNECTICUT AVE STE 220
CHEVY CHASE MD 20815-5829

## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

*****************************************************************************

| To: | rebbecca r | Date: | September 18, 2014 |
|---|---|---|---|
| Physician: | Dr. Fraser Henderson | Fax Number: | 13016549394 |
| RE: | Radiology Preauthorization Request - Approval | (PAGE 1 of 1) | |

*****************************************************************************

**Member Name:** Jodi Rouviere
**ID #:** H12695681
**Date of Birth:** 10/31/1971
**Requesting Provider:** Dr. Fraser Henderson
**Place of Service:** BETHESDA MRI

Dear Dr. Fraser Henderson:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Florida Blue 's benefit plan.

On Sep 18, 2014 we received the above request for services. NIA has approved one (1) service/unit of the following:

**Requested Procedure/Service:** Brain MRI
**Authorization Number:** 140918N1210

**Authorization Timeframe:** From Sep 18, 2014 to Oct 18, 2014

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

If you have any questions regarding this information, please call NIA at 1-888-642-7649.

Sincerely,
Clinical Operations Department
National Imaging Associates, Inc.

ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful.

Approval fax---8-2010

JR:MNG0090

National Imaging Associates, Inc.
PO Box 67390
Phoenix, AZ 85082-7390



DR. FRASER HENDERSON
8401 CONNECTICUT AVE STE 220
CHEVY CHASE MD 20815-5829

## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | |
|---|---|---|---|
| To: | **rebbecca r** | Date: | **September 18, 2014** |
| Physician: | **Dr. Fraser Henderson** | Fax Number: | **13016549394** |
| RE: | **Radiology Preauthorization Request - Approval** | **(PAGE 1 of 1)** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Member Name:** | **Jodi Rouviere** |
| **ID #:** | **H12695681** |
| **Date of Birth:** | **10/31/1971** |
| **Requesting Provider:** | **Dr. Fraser Henderson** |
| **Place of Service:** | **BETHESDA MRI** |

Dear Dr. Fraser Henderson:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Florida Blue 's benefit plan.

On Sep 18, 2014 we received the above request for services. NIA has approved one (1) service/unit of the following:

| | |
|---|---|
| **Requested Procedure/Service:** | **Cervical Spine CT** |
| **Authorization Number:** | **140918N1209** |
| **Authorization Timeframe:** | **From Sep 18, 2014 to Oct 18, 2014** |

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

If you have any questions regarding this information, please call NIA at 1-888-642-7649.

Sincerely,
Clinical Operations Department
National Imaging Associates, Inc.

**ATTENTION - CONFIDENTIALITY NOTICE!**

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful.

Approval fax—8-2010

JR:MNG0091

National Imaging Associates, Inc.
PO Box 67390
Phoenix, AZ 85082-7390



DR. FRASER HENDERSON
8401 CONNECTICUT AVE STE 220
CHEVY CHASE MD 20815-5829

## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

**********************************************************************************

| | | |
|---|---|---|
| To:  **rebbecca r** | Date: | **September 18, 2014** |
| Physician:  **Dr. Fraser Henderson** | Fax Number: | **13016549394** |
| RE:  **Radiology Preauthorization Request - Approval**  (PAGE 1 of 1) | | |

**********************************************************************************

| | |
|---|---|
| **Member Name:** | **Jodi Rouviere** |
| **ID #:** | **H12695681** |
| **Date of Birth:** | **10/31/1971** |
| **Requesting Provider:** | **Dr. Fraser Henderson** |
| **Place of Service:** | **BETHESDA MRI** |

Dear Dr. Fraser Henderson:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Florida Blue 's benefit plan.

On Sep 18, 2014 we received the above request for services. NIA has approved one (1) service/unit of the following:

| | |
|---|---|
| **Requested Procedure/Service:** | **Lumbar Spine CT** |
| **Authorization  Number:** | **140918N1208** |
| **Authorization Timeframe:** | **From Sep 18, 2014 to Oct 18, 2014** |

This determination has been made for benefit and coverage purposes.  Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

If you have any questions regarding this information, please call NIA at 1-888-642-7649.

Sincerely,
Clinical Operations Department
National Imaging Associates, Inc.

### ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original.  This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful.

Approval fax—8-2010

JR:MNG0092

National Imaging Associates, Inc.
PO Box 67390
Phoenix, AZ 85082-7390



DR. FRASER HENDERSON
8401 CONNECTICUT AVE STE 220
CHEVY CHASE MD 20815-5829

## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET
*****************************************************************************
To:    rebbecca r                          Date:          September 18, 2014
Physician:   Dr. Fraser Henderson          Fax Number:    13016549394
RE:    Radiology Preauthorization Request - Approval    (PAGE 1 of 1)
*****************************************************************************

Member Name:               Jodi Rouviere
ID #:                      H12695681
Date of Birth:             10/31/1971
Requesting Provider:       Dr. Fraser Henderson
Place of Service:          BETHESDA MRI

Dear Dr. Fraser Henderson:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Florida Blue 's benefit plan.

On Sep 18, 2014 we received the above request for services. NIA has approved one (1) service/unit of the following:

Requested Procedure/Service:    Thoracic Spine CT
Authorization Number:           140918N1211

Authorization Timeframe:        From Sep 18, 2014 to Oct 18, 2014

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

If you have any questions regarding this information, please call NIA at 1-888-642-7649.

Sincerely,
Clinical Operations Department
National Imaging Associates, Inc.

ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful.

Approval fax—8-2010

JR:MNG0093

National Imaging Associates, Inc.
PO Box 67390
Phoenix, AZ 85082-7390



DR. FRASER HENDERSON
8401 CONNECTICUT AVE STE 220
CHEVY CHASE MD 20815-5829

## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | |
|---|---|---|---|
| To: | **rebbecca r** | Date: | **September 18, 2014** |
| Physician: | **Dr. Fraser Henderson** | Fax Number: | **13016549394** |
| RE: | **Radiology Preauthorization Request – Approval** | (PAGE 1 of 1) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Member Name:** | **Jodi Rouviere** |
| **ID #:** | **H12695681** |
| **Date of Birth:** | **10/31/1971** |
| **Requesting Provider:** | **Dr. Fraser Henderson** |
| **Place of Service:** | **BETHESDA MRI** |

Dear Dr. Fraser Henderson:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Florida Blue 's benefit plan.

On Sep 18, 2014 we received the above request for services. NIA has approved one (1) service/unit of the following:

| | |
|---|---|
| **Requested Procedure/Service:** | **Temporal Bone CT** |
| **Authorization Number:** | **140918N1212** |
| **Authorization Timeframe:** | **From Sep 18, 2014 to Oct 18, 2014** |

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

If you have any questions regarding this information, please call NIA at 1-888-642-7649.

Sincerely,
Clinical Operations Department
National Imaging Associates, Inc.

**ATTENTION - CONFIDENTIALITY NOTICE!**

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful.

Approval fax—8-2010

JR:MNG0094

The Metropolitan Neurosurgery Group, LLC
**Fraser Cummins Henderson, Sr., M.D.**
LIC #: D0044416 • DEA #: BH3830672 • NPI #:1063404788
**Bothwell G. Lee, M.D., FAANS, FACS**
DEA #: FL2952340 • NPI #:1043320252

8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. . . . . . . Jodi Rouviere. . . . . . . . . . . DOB 10/31/71

Address. . . . . . . . . . . . . . . . . . . . . . . . . . . . Date. 7/29/14

℞

756.83    Customized Miami-J
CervicalCollar

*Fraser C Henderson Sr*

MD

SCRIPT21358

| DO NOT REPEAT ☐ | | NO SUBSTITUTION ☐ | | | PLEASE LABEL ☐ | |
|---|---|---|---|---|---|---|
| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND • MICROPRINT LINES • IMPRINT ERASURE PROTECTION
REVERSE Rx • THERMOCHROMIC INK • ON BACK: ARTIFICIAL WATERMARK • COIN REACTIVE INK

JR:MNG0095

TRANSMISSION VERIFICATION REPORT

```
TIME  : 07/02/2014 16:11
NAME  :
FAX   :
TEL   :
SER.# : 000E2N371205
```

```
DATE,TIME           07/02  16:10
FAX NO./NAME        13052855124
DURATION            00:01:03
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

## The Metropolitan Neurosurgery Group
8401 Connecticut Avenue Suite 220 Chevy Chase, MD 20815
Tel 301 - 654 - 9390  Facsimile 301 – 654 - 4919

Fraser C. Henderson Sr. M.D.                    Bothwell G. Lee M.D.

### FAXSIMILE TRANSMITTAL SHEET

TO: *MR. Rouviere*

COMPANY:

FAX NUMBER: *305-285-5124*          NUMBER OF PAGES: *2*

FROM: **Kelly Tuchman   R.N.**          *301-654-9390 x 13*

DATE: *7/2/14*

Urgent ☐     For Review ☐     Please Comment ☐     Please Reply ☐

**Patient Name:** *Jodi Rouviere*

*scripts*

JR:MNG0096

The Metropolitan Neurosurgery Group, LLC
**Fraser Cummins Henderson, Sr., M.D.**
LIC #: D0044416 • DEA #: BH3830672 • NPI #:1063404788
**Bothwell G. Lee, M.D., FAANS, FACS**
DEA #: FL2952340 • NPI #:1043320252

8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. Jodi Rouviere    DOB 10/31/71

Address.    Date 7/2/14

℞

Miami J neck brace

723.2
756.83
721.1

~~Aew C Henderson~~ ℞

MD

| DO NOT REPEAT ☐ | | NO SUBSTITUTION ☐ | | PLEASE LABEL ☐ | |
|---|---|---|---|---|---|
| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx - THERMOCHROMIC INK - ON BACK: ARTIFICIAL WATERMARK - COIN REACTIVE INK

SCRIPT#21171

---

The Metropolitan Neurosurgery Group, LLC
**Fraser Cummins Henderson, Sr., M.D.**
LIC #: D0044416 • DEA #: BH3830672 • NPI #:1063404788
**Bothwell G. Lee, M.D., FAANS, FACS**
DEA #: FL2952340 • NPI #:1043320252

8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815-5829
Tel: (301) 654-9390 • Fax: (301) 654-4919

Name. Jodi Rouviere    DOB 10/31/71

Address.    Date 7/2/14

℞

Prolotherapy

723.2
756.83
721.1

~~Aew C Henderson~~ ℞

MD

| DO NOT REPEAT ☐ | | NO SUBSTITUTION ☐ | | PLEASE LABEL ☐ | |
|---|---|---|---|---|---|
| Refill | 1 | 2 | 3 | 4 | 5 | NR |

SAFETY FEATURES: COLORED VOID BACKGROUND - MICROPRINT LINES - IMPRINT ERASURE PROTECTION
REVERSE Rx - THERMOCHROMIC INK - ON BACK: ARTIFICIAL WATERMARK - COIN REACTIVE INK

SCRIPT#21172

JR:MNG0097

### The Metropolitan Neurosurgery Group
8401 Connecticut Avenue Suite 220 Chevy Chase, MD 20815
Tel 301 - 654 - 9390  Facsimile 301 – 654 - 4919

Fraser C. Henderson Sr. M.D.                    Bothwell G. Lee M.D.

---

## FAXSIMILE TRANSMITTAL SHEET

**TO:** Dr. Healy's office

**COMPANY:**

**FAX NUMBER:** 401-438-0903         **NUMBER OF PAGES:** 5

**FROM:** Rebecca Renzi 
301-654-9390
ext 13                          *Registered Nurse*

**DATE:** 6/26/14

Urgent ☐     For Review ☐     Please Comment ☐     Please Reply ☐

## Patient Name: Jodi Rouviere

---

### CONFIDENTIALITY NOTICE
The documents transmitted by this facsimile are privileged information belonging to the sender and are intended only for the use of the individual or group addressed above. If you are not the intended recipient of this information, you are prohibited from any disclosure, copying, distribution, or retransmission of this information

JR : MNG0098

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
```

```
                                    TIME  : 06/26/2014 11:16
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : 000E2N371205
```

```
┌─────────────────────────────────────────────────────────────┐
│  DATE,TIME             06/26  11:13                           │
│  FAX NO./NAME          14014380903                            │
│  DURATION              00:02:41                               │
│  PAGE(S)               07                                     │
│  RESULT                OK                                     │
│  MODE                  STANDARD                              │
│                        ECM                                    │
└─────────────────────────────────────────────────────────────┘
```

## The Metropolitan Neurosurgery Group

8401 Connecticut Avenue Suite 220 Chevy Chase, MD 20815
Tel 301 - 654 - 9390  Facsimile 301 - 654 - 4919

Fraser C. Henderson Sr. M.D.                          Bothwell G. Lee M.D.

### FAXSIMILE TRANSMITTAL SHEET

**TO:** Dr. Healy's office

**COMPANY:**

**FAX NUMBER:** 401-438-0903          **NUMBER OF PAGES:** 5

**FROM:** *Rebecca Renzi* *Rwy*
*301-654-9390*
*ext 13*                              *Registered Nurse*

**DATE:** 6/26/14

Urgent ☐    For Review ☐    Please Comment ☐    Please Reply ☐

**Patient Name:** Jodi Rouviere

JR:MNG0099

**The Metropolitan Neurosurgery Group LLC**

8401 Connecticut Avenue, Suite 220
Chevy Chase, MD 20815
Phone: 301-654-9390 Fax: 301-302-0911

**Fraser C. Henderson, MD**

**Patient Details**
Patient Name: JODI ROUVIERE
Age: 42 Year(s) DOB: 10/31/1971
Gender: Female
MRN: 0000002279

**Visit Details**
Visit Date: 06/25/2014
Visit Type: New EDS Patient

**Encounter Details**
Encounter Type: New Patient

## Allergies
- **Sulfa (Sulfonamides)**
- **Bactrim**
- **Ceclor**
- **EES (Not Checked)**

## Current Medication(s)
- Excedrin Extra Strength 250 mg-250 mg-65 mg tablet: 2-tablet/by mouth / Q4h (Entered on: 06/25/2014 04:45 PM)

## History
- **Family History**
  - mother, Status: Living, Age: 75, healthy
  - father, Status: Living, Age: 97, healthy
  - child, Status: Living, Age: 17, hypermobility
  - child, Status: Living, Age: 15, healthy
  - child, Status: Living, Age: 13, healthy
  - child, Status: Living, Age: 11, healthy

- **Social History**
  - Living Arrangements: does not live alone
  - Employment Status: Working full time, Disabled

- **Consumption/Diet**
  - Smoking: Never smoker

## Review Of System
- **Constitutional:** change in appetite (+), changes in sleep pattern (+), chronic pain (+), back pain (+), joint pain (+)
- **Musculoskeletal:** numbness legs (+) (right), shoulder pain (+), burning pain trunk, arms and legs (+), lower back pain (+), pain in lower back and legs (+), back pain standing/walking (+), muscle pain at rest (+), sacral pain (+)
- **Cardiovascular:** feeling heart beats/palpitations (+), pain in legs while walking (+), chronic cough (+)
- **Gastrointestinal:** nausea (+)
- **Genitourinary:** unable to empty bladder (+), urinary hesitancy (+), nocturia/urination at night (+), sleep with knees bent (+)
- **Neurological:** vertigo (+), dizziness and lightheadedness (+), shaking episodes (+), tremors (+), headache (+), neck pain (+), blurred vision (+), double vision (+), vision flashes (+), vision halos (+), ringing in the ears (+), speech difficulty (+), hoarseness (+), choking (+), leg weakness (+), arm weakness (+), nausea/vomitting (+), poor coordination (+), difficulty swallowing (+)

JR:MNG0100