**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JODI ROUVIERE and ANDRE ROUVIERE,

                Plaintiffs,

-against-                                  18 **CIVIL** 4814 (LJL)

                                                    **JUDGMENT**

HOWMEDICA OSTEONICS
CORPORATION d/b/a STRYKER
ORTHOPAEDICS,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 5, 2022, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      December 6, 2022

                                                       **RUBY J. KRAJICK**

                                                       _____
                                                          **Clerk of Court**

                            **BY:**         *K. Mango*

                                                         _____
                                                          **Deputy Clerk**