UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JODI ROUVIERE and ANDRE ROUVIERE,

              Plaintiffs,

    -against-                                            18 **CIVIL** 4814 (LJL)

## **JUDGMENT**

DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL
DEVICE BUSINESS SERVICES, INC. and HOWMEDICA
OSTEONICS CORPORATION d/b/a
STRYKER ORTHOPAEDICS,

              Defendant.
-----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 17, 2021, (ECF Doc. No. 318) Defendant DEPUY ORTHOPAEDICS, INC.'s motion for summary judgment is GRANTED.

**Dated:** New York, New York
          January 4, 2023

                                                                       U.S.D.J.