RECEIVED
SDNY PRO SE OFFICE
2024 NOV 13  AM 8:54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODI ROUVIERE and ANDRE ROUVIERE, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC. and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS, <br><br> *Defendants*. | Case No. 1:18-cv-04814-LJL-SDA |

## NOTICE OF PLAINTIFF JODI ROUVIERE'S DEMAND TO PROCEED PRO SE

NOTICE IS HEREBY GIVEN that Plaintiff Jodi Rouviere is proceeding pro se in the instant case and all post-judgment proceedings, including the Fed. R. Civ. P. 60(b)(6) motion proceeding, and demands that all motions, responses, documents, orders and notices filed in the instant case shall be served on her via U.S. Mail and email jodi.jtm@gmail.com,

November 4, 2024
Miami, Florida

Respectfully submitted,

*Jodi Rouviere*
Jodi Rouviere
10950 Southwest 84th Court
Miami, FL 33156-3526
(305)608-8076
jodi.jtm@gmail.com
*Appearing pro se*

## CERITFICATE OF SERVICE

I hereby certify that on November 4, 2024, the foregoing documents was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants by placing same in the U.S. mail postage preaid 1st class on this 4th day of November 2024:

**Paul E. Asfendis, Esq.**
GIBBONS, P.C.
One Pennsylvania Plaza
New York, NY 10119


**Joseph G. Eaton, Esq.**
J.T. Larson
Barnes & Thornburg, LLP
11 South Meridian Street
Indianápolis, Indiana 46204

*Jodi Rouviere*
Jodi Rouviere

2


.

