UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODI ROUVIERE and ANDRE ROUVIERE, <br><br> *Plaintiffs*, <br> v. <br><br> DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC. and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS, <br><br> *Defendants*. | Case No. 1:18-cv-04814-GHW-GS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendant DePuy Orthopaedics, Inc. n/k/a Medical Device Business Services, Inc., ("DePuy") in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that she is admitted to practice before this Court.

Dated:  November 15, 2024

                                              Respectfully Submitted,

                                              */s/ Jessica Metzger*
                                              Jessica Metzger
                                              Barnes & Thornburg, LLP
                                              11 South Meridian Street
                                              Indianapolis, Indiana 46204
                                              Telephone: (317) 236-1313
                                              Email: jametzger@btlaw.com