USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
JODI ROUVIERE, *et al.*, :
:
                    Plaintiffs, :      1:18-cv-4814-GHW
:
            -v- :      ORDER
:
DEPUY ORTHOPAEDICS, INC., *et al.*, :
:
                    Defendants. :
:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the November 22, 2024 conference, Andre Rouviere's motion to withdraw, Dkt. No. 366, and Robert Godosky's motion to withdraw, Dkt. No. 369, are granted.

Separately, the Court is in receipt of attorney Jessica Metzger's notice of appearance as counsel for Defendant DePuy Orthopaedics, Inc. Dkt. No. 376.

The Clerk of Court is directed to:

- Terminate the motions pending at Dkt. No. 366, Dkt. No. 369, and Dkt. No. 376.

- Remove attorneys Andre Rouviere and Robert Godosky from the list of active counsel in this case.

- Update Plaintiff Jodi Rouviere's address on the docket and mail a copy of this order to Plaintiff Jodi Rouviere at:

  Jodi Rouviere
  10950 SW 84th Ct
  Miami, Florida 33156

- Update Plaintiff Jodi Rouviere's phone number on the docket to: (305) 608-8076

SO ORDERED.

Dated: November 22, 2024
New York, New York

                                                     GREGORY H. WOODS
                                              United States District Judge