# EXHIBIT 7

AO 10*
Rev. 1/2022

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2023

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, Beth | United States Court of Appeals for the Second Circuit | 04/15/2024 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2023 **to** 12/31/2023 |
|  | 5b. ☑ Amended Report |  |

**7. Chambers or Office Address**

11 Elmwood Avenue
P.O. Box 684
Burlington, Vermont 05401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary | [redacted] Condo Association, Chittenden County, Vermont |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | State of Vermont: Judicial Pension |
| 2. | | |
| 3. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 9 | Robinson, Beth | 04/15/2024 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. 2023 | Self employed physician. Employed through solely owned professional corporation. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Chicago Law School | 4/20/23 | University of Chicago Law School | Presentation to students | 1 night lodging, rental car, parking. $510.41 total. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 9 | Robinson, Beth | 04/15/2024 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. Capital One | Revolving credit card debt | J |
| 3. | | |
| 4. | | |
| 5. | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 4 of 9 | Name of Person Reporting<br>Robinson, Beth | Date of Report<br>04/15/2024 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 1. | New England Federal Credit Union Cash Account | D | Interest | O | T | | | | |
| 2. | M&T Bank Cash Accounts | A | Interest | N | T | | | | |
| 3. | Capital One - CD 1 | C | Interest | M | T | | | | |
| 4. | Capital One - CD 2 | D | Interest | M | T | Open | 03/13/23 | M | |
| 5. | Capital One - Savings | B | Interest | N | T | Open | 10/10/23 | M | |
| 6. | Investment Account #1(H) | | | | | | | | |
| 7. | - RBC Impact Bond I (RIBIX) | C | Dividend | L | T | | | | |
| 8. | - IShares ESG AWR 1 5 & USD CP BND ETF (SUSB) | A | Dividend | M | T | | | | |
| 9. | - Nuveen ESG High Yield (NUHY) | A | Dividend | L | T | | | | |
| 10. | - Calvert Equity I (CEYIX) | B | Dividend | L | T | | | | |
| 11. | - Hartford Global Impact I (HGXIX) | B | Dividend | M | T | | | | |
| 12. | - Parnassas Mid-Cap Institutional (PFPMX) | B | Dividend | L | T | | | | |
| 13. | - Charles Schwab Cash Account | A | Interest | K | T | | | | |
| 14. | Investment Account #2 (H) | | | | | | | | |
| 15. | - Nikola Corp | | None | J | T | | | | |
| 16. | - Tesla | | None | K | T | | | | |
| 17. | - Charles Schwab Cash Account | A | Interest | J | T | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 9 | Robinson, Beth | 04/15/2024 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 18. | Investment Account #3 (H) | | | | | | | | |
| 19. | - (HD) Home Depot | C | Dividend | O | T | | | | |
| 20. | - (MU) Micron Technology | A | Dividend | K | T | | | | |
| 21. | - (ETHO) ETF Mang Etho CLMAT Ldrshp US ETF IV | A | Dividend | L | T | | | | |
| 22. | - (QCLN) First TST NASDAQ Clean ED ID ETF | A | Dividend | K | T | | | | |
| 23. | - (ICLN) Ishares Global Clean Energy ETF | A | Dividend | K | T | | | | |
| 24. | - (BGRN) Ishares Global Green Bond ETF | B | Dividend | M | T | | | | |
| 25. | -(CEYIX) Calvert Equity I | C | Dividend | M | T | | | | |
| 26. | - (HEOYX) Hartford Climate Opportunities | A | Dividend | K | T | | | | |
| 27. | - (HGXIX) Hartford Global Impact I | C | Dividend | N | T | | | | |
| 28. | - (PFPMX) Parnassus Mid Cap Instit | C | Dividend | M | T | | | | |
| 29. | - (SWRLX) Touchstone International Equity A | A | Dividend | K | T | | | | |
| 30. | - (TIQIX) Touchstone Non-US ESG Equity | B | Dividend | L | T | | | | |
| 31. | - Charles Schwab Cash Account | A | Interest | K | T | | | | |
| 32. | Investment Account #4 (H) | | | | | | | | |
| 33. | - ETF MANG ETHO CLMAT LDRSHP US ETF IV (ETHO) | A | Dividend | J | T | | | | |
| 34. | - First TST NASDAQ (QCLN) Clean ED ID ETF | A | Dividend | J | T | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,6000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 6 of 9 | Name of Person Reporting<br>Robinson, Beth | Date of Report<br>04/15/2024 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 35.  - (ICLN) IShares Global Clean Energy ETF | A | Dividend | J | T | | | | |
| 36.  - (HEOYX) Hartford Climate Opportunities | A | Dividend | J | T | | | | |
| 37.  - Charles Schwab Cash Account | A | Interest | J | T | | | | |
| 38.  Investment Account #5 (H) | | | | | | | | |
| 39.  - (RIBIX) RBC Impact Bond I | B | Dividend | K | T | | | | |
| 40.  - (SUSB) Ishares ESG AWR 1 5 Y USD CP BND ETF | A | Dividend | K | T | | | | |
| 41.  - (NUHY) Nuveen ESG High Yield CRP BD ETF | A | Dividend | K | T | | | | |
| 42.  - (CEYIX) Calvert Equity I | A | Dividend | K | T | | | | |
| 43.  -(HGXIX) Hartford Global Impact I | A | Dividend | L | T | | | | |
| 44.  - (PFPMX) Parnassus Mid Cap Institutional | A | Dividend | K | T | | | | |
| 45.  - Charles Schwab Cash Account | A | Interest | J | T | | | | |
| 46.  Investment Account #6 (H) | | | | | | | | |
| 47.  - (ETHO) ETF MANG ETHO CLMAT LDRSHP US ETF IV | A | Dividend | L | T | | | | |
| 48.  - (QCLN) First TST NASDAQ Clean ED ID ETF | A | Dividend | K | T | | | | |
| 49.  - (ICLN) Ishares Global Clean Energy | A | Dividend | K | T | | | | |
| 50.  - (BGRN) IShares Global Green Bond | A | Dividend | L | T | | | | |
| 51.  - (HEOYX) Hartford Climate Opportunities | A | Dividend | L | T | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT
Page 7 of 9

Name of Person Reporting

Robinson, Beth

Date of Report

04/15/2024

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 52. | - Charles Schwab Cash Account | A | Interest | K | T | | | | |
| 53. | Investment Account #7 | | | | | | | | |
| 54. | -Vanguard Target Retirement 2035 Fund | B | Dividend | L | T | | | | |
| 55. | Jones Lang Lasalle REIT | C | Dividend | M | T | | | | |
| 56. | Rental Unit, Chittenden County, Vermont. See VIII. | E | Rent | N | S | | | | |
| 57. | ▮▮▮▮▮▮▮▮▮▮, P.C. | G | Distribution | O | W | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 8 of 9 | Robinson, Beth | 04/15/2024 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information 5(b):  Disclosure amended 4/15/24 to reflect reimbursement from University of Chicago Law School for a speaking engagement.

Section VII, Line 56: assessed value $274,100

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 9 of 9 | Robinson, Beth | 04/15/2024 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth Robinson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544