UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JODI ROUVIERE and ANDRE ROUVIERE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC. and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS,<br><br>    *Defendants*. | Case No. 1:18-cv-04814-GHW-GS |

**DECLARATION OF J.T. LARSON IN SUPPORT OF
DEPUY ORTHOPAEDICS, INC.'S MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFF JODI ROUVIERE'S MOTION FOR RELIEF FROM JUDGMENT**

I, J.T. Larson, make this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a partner at Barnes & Thornburg LLP, and I am an attorney admitted to practice *pro hac vice* before this Court.

2. This Declaration is submitted in connection with *DePuy Orthopoaedics, Inc.'s Memorandum of Law in Opposition to Plaintiff Jodi Rouviere's Motion for Relief from Judgment* (the "Opposition"), filed by Defendant DePuy Orthopaedics, Inc., n/k/a Medical Device Business Services, Inc. ("DePuy").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Summary Order[1] issued by the Second Circuit on April 5, 2024 in the matter *Rouviere v. Depuy Orthopaedics, Inc.*, No. 22-3205 (2d Cir. April 5, 2024).

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Opposition.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Financial Disclosure Report for Calendar Year 2022 of U.S. Circuit Judge Reena Raggi.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Financial Disclosure Report for Calendar Year 2023 of U.S. Circuit Judge Reena Raggi.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Financial Disclosure Report for Calendar Year 2022 of U.S. Circuit Judge Eunice C. Lee.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Financial Disclosure Report for Calendar Year 2023 of U.S. Circuit Judge Eunice C. Lee.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Financial Disclosure Report for Calendar Year 2022 of U.S. Circuit Judge Beth Robinson.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Financial Disclosure Report for Calendar Year 2023 of U.S. Circuit Judge Beth Robinson.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: December 6, 2024

/s/ J.T. Larson
J.T. Larson