# EXHIBIT 2

*AO 10*
*Rev. 3/2023*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2022

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 13101-13111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RAGGI, REENA | U.S. COURT OF APPEALS, 2ND CIR | 09/27/2023 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES CIRCUIT JUDGE | ☐ Nomination  Date<br>☐ Initial  ✓ Annual  ☐ Final<br>5b. ✓ Amended Report | 01/01/2022 to 12/31/2022 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | WILLIAM NELSON CROMWELL FOUNDATION, NEW YORK, NEW YORK |
| 2. | EMPLOYEE-PROFESSOR | NEW YORK UNIVERSITY LAW SCHOOL |
| 3. | SECRETARY | PIERREPONT STREET TENANTS ASSOCIATION, BROOKLYN, NEW YORK |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements)*

✓ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 17 | RAGGI, REENA | 09/27/2023 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2022 | NEW YORK UNIVERSITY LAW SCHOOL - SALARY | $30,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. 2022 | SEYFARTH SHAW LLP LAW OFFICE W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERALIST SOCIETY | 11/11/2022-11/12/2022 | WASHINGTON, DC | 2022 NATIONAL LAWYERS CONVENTION | HOTEL AND MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 17 | RAGGI, REENA | 09/27/2023 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. | CITIBANK CHECKING ACCOUNT | A | Interest | N | T | | | | |
| 2. | CITI PERSONAL WEALTH MANAGEMENT | | | | | | | | |
| 3. | -GOLDMAN SACHS BK USA NEW YORK CTF DEP ACT/365 2.40% 06/19/19 | B | Interest | | T | Redeemed | 06/21/22 | M | |
| 4. | -UNITED STATES TREAS NTS 2.50% 08/15/23 B/E DTD 08/15/13 | B | Interest | M | T | Buy | 08/03/22 | M | |
| 5. | -UNITED STATES TREAS NTS 0.250% 03/15/24 B/E DTD 03/15/21 | A | Interest | M | T | Buy | 02/16/22 | M | |
| 6. | -UNITED STATES TREAS NTS 2.375% 08/15/24 B/E DTD 08/15/14 | B | Interest | M | T | Buy | 08/03/22 | M | |
| 7. | CITI PERSONAL WEALTH RETIREMENT PLANS-IRA | | | | | | | | |
| 8. | -PUTNAM SHORT DURATION BOND FUND CLASS A | D | Dividend | O | T | | | | |
| 9. | -CASH ACCOUNT-CITIBANK BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | |
| 10. | -UNITED STATES TREAS NTS 0.25% 03/15/24 B/E DTD 03/15/21 | B | Interest | L | S | Buy | 02/16/22 | L | |
| 11. | CHARLES SCHWAB-CONTRIBUTORY IRA-HIGHTOWER ADVISORS LLC | | | | | | | | |
| 12. | -CASH ACCOUNT | A | Interest | K | T | | | | |
| 13. | -ISHARES TR IS 1-5 YR IN GR CR BD ETF | B | Dividend | L | T | | | | |
| 14. | -VANGUARD TOTAL BOND MARKET ETF | B | Dividend | L | T | | | | |
| 15. | -CALVERT SHORT DURATION INC A MUTUAL FUNDS | B | Dividend | L | T | | | | |
| 16. | -DELAWARE LTD-TERM DIVERS INC A MUTUAL FUNDS | B | Dividend | L | T | | | | |
| 17. | -PIMCO TOTAL RETURN A MUTUAL FUNDS | B | Dividend | L | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 5 of 17 | Name of Person Reporting<br>RAGGI, REENA | Date of Report<br>09/27/2023 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 18. | -VIRTUS MULTI-SECTOR S/T BD A MUTUAL FUNDS | C | Dividend | L | T | | | | |
| 19. | -TEMPLETON GLOBAL BD FD A | B | Dividend | K | T | | | | |
| 20. | -TEMPLETON GLOBAL TOTAL RET A | B | Dividend | K | T | | | | |
| 21. | -INVESCO S&P 500 EQUAL EFT | B | Dividend | M | T | | | | |
| 22. | NATIONAL FINANCIAL SERVICES LLC-HIGHTOWER SECURITIES, LLC | | | | | | | | |
| 23. | -FIDELITY GOVT MMKT CAPITAL RESERVES | C | Dividend | M | T | | | | |
| 24. | -FIEDELITY NY MUNI MONEY MARKET | A | Dividend | | T | Sold | 08/04/22 | N | |
| 25. | -GENERAL ELECTRIC CO | A | Dividend | | T | Sold | 07/05/22 | J | |
| 26. | -PFIZER INC | A | Dividend | | T | Sold | 07/05/22 | L | E |
| 27. | -VIATRIS INC COM | A | Distribution | | T | Sold | 03/24/22 | J | A |
| 28. | -NEW YORK ST TWY AUTH GEN REV GEN REV-01/01/2032 | A | Interest | | T | Redeemed | 01/03/22 | K | |
| 29. | -NEW YORK N Y GO BDS SER B 4.00% 08/01/2022 | A | Interest | | T | Redeemed | 08/01/22 | K | |
| 30. | -NEW YORK ST DORM AUTH REVS NON ST 3.00% 07/01/2028 | B | Interest | L | T | | | | |
| 31. | -ALBANY CNTY N Y ARPT AUTH ARPT REV REV 3.00% 12/15/2028 | B | Interest | L | T | | | | |
| 32. | -MONROE CNTY N Y PUB IMPT SERIAL BDS 3.00% 06/01/2029 | B | Interest | L | T | | | | |
| 33. | -METROPOLITAN TRANSN AUTH N Y DEDICATED 11/15/2030 | A | Interest | K | T | | | | |
| 34. | -TRIBOROUGH BRDG & TUNL AUTH N Y REVS 11/15/2030 | A | Interest | K | T | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 35. -NEW YORK N Y CITY TRANSITIONAL FIN 5.00% 05/01/2034 | | None | | T | Redeemed | 05/02/22 | K | |
| 36. -METROPOLITAN TRANSN AUTH N Y REV REF 4.00% 11/15/2034 | B | Interest | L | T | | | | |
| 37. -HUDSON YDS INFRASTRUCTURE CIRO 5.00% 02/15/2037 | B | Interest | L | T | | | | |
| 38. -CALVERT SHORT DURATION INC CL A-MUTUAL FUNDS | B | Dividend | L | T | | | | |
| 39. -UNITED STATES TREAS SER AL-2024 0.25000% 03/15/2024 NTS NOTE | C | Interest | M | T | Buy | 03/22/22 | M | |
| 40. -UNITED STATES TREAS NTS NOTE 2.500% 05/15/2024 | C | Interest | M | T | Buy | 07/01/22 | M | |
| 41. -UNITED STATES TREAS BD STRIOO ZERO CON 08/15/2023 | D | Interest | M | T | Buy | 08/05/22 | M | |
| 42. -UNITED STATES TREAS SER BE-2024 3. % 07/31/2024 NTS NOTE | D | Interest | M | T | Buy | 08/05/22 | M | |
| 43. -INVESCO ROCHESTER LMTD TERM MUNI A-MUTUAL FUND | | None | | T | Sold | 07/02/22 | L | |
| 44. -MAINSTAY MACKAY HIGH YIELD CORP BD CL A-MUTUAL FUND | C | Dividend | L | T | | | | |
| 45. -PGIM SHORT-TERM CORP BOND CL A-MUTUAL FUND | | None | | T | Sold | 07/05/22 | L | |
| 46. -VIRTUS NEWFLEET LOW DUR CORE PLUS BD A-MUTUAL FUND | A | Dividend | K | T | | | | |
| 47. -VIRTUS NEWFLEET MLT SECTOR SH TERM BD A-MUTUAL FUND | B | Dividend | M | T | | | | |
| 48. -ALLSPRING SHORT TERM MUNI BOND FUND A | A | Dividend | L | T | | | | |
| 49. CHARLES SCHWAB ONE ACCOUNT | A | Interest | K | T | | | | |
| 50. CHARLES SCHWAB-INHERITED IRA | | | | | | | | |
| 51. -FIDELITY PURITAN FUND | A | Dividend | K | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 7 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | |
| 52. | UBS FINANCIAL SERVICES INC IRA ROLLOVER | | | | | | | | | |
| 53. | -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 54. | -FLEXSHARES MORNINGSTAR GLOBAL UPSTREAM NATURAL | A | Int./Div. | | T | Sold | 01/05/22 | J | A | |
| 55. | -ISHARES CORE S&P SMALL-CAP ETF | A | Interest | J | T | | | | | |
| 56. | -ISHARES RUSSELL MID-CAP VALUE ETF | A | Int./Div. | | T | Sold | 03/07/22 | J | | |
| 57. | -ISHARES MSCI EAFE ETF | B | Interest | J | T | Sold (part) | 03/25/22 | K | A | |
| 58. | -ISHARES CORE MSCI EAFE ETF | B | Interest | M | T | Buy (add'l) | 07/12/22 | K | | |
| 59. | -ISHARES CORE MSCI EMERGING MARKETS ETF | B | Interest | L | T | Buy (add'l) | 07/12/22 | J | | |
| 60. | -SPDR SER TRUST S&P OIL & GAS EXPL & PRODTN ETF | A | Int./Div. | J | T | Buy | 10/21/22 | J | | |
| 61. | -ISHARES CURRENCT HEDGED MISC JAPAN ETF | A | Int./Div. | | T | Sold | 01/28/22 | J | | |
| 62. | -VANGUARD VALUE ETF | B | Interest | L | T | Sold (part) | 07/12/22 | J | C | |
| 63. | -VANGUARD MID-CAP ETF | A | Interest | K | T | Sold (part) | 02/25/22 | J | C | |
| 64. | -VANGUARD GROWTH ETF | B | Interest | L | T | Sold (part) | 10/21/22 | J | B | |
| 65. | -VANGUARD RUSSELL 1000 GROWTH ETF | A | Int./Div. | J | T | Buy (add'l) | 12/27/22 | J | | |
| 66. | -VANGUARD RUSSELL 1000 VALUE | A | Int./Div. | K | T | | | | | |
| 67. | -VANGUARD RUSSELL 2000 ETF | A | Interest | K | T | | | | | |
| 68. | -WISDOMTREE JAPAN HEDGED EQUITY FUND ETF | A | Int./Div. | | T | Sold | 01/28/22 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 8 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 69. | -ISHARES 20 YEAR TREAS BOND ETF | A | Interest | K | T | Buy (add'l) | 06/24/22 | J | |
| 70. | -ISHARES BROAD USD INVT GRADE CORPORATE BOND ETF | C | Interest | L | T | Buy (add'l) | 10/21/22 | K | |
| 71. | -ISHARES MBS ETF | A | Interest | J | T | Buy | 10/21/22 | J | |
| 72. | -ISHARES JP MORGAN USD EMERGING MARKETS BOND ETF | A | Interest | J | T | | | | |
| 73. | -ISHARES BROAD USD HIGH YIELD BOND ETF | B | Interest | K | T | | | | |
| 74. | -VANECK VECTORS JP MORGAN EM LOCAL CURRENCY BOND ETF | A | Interest | J | T | | | | |
| 75. | -VANGUARD INTER TERM TREAS ETF | A | Interest | J | T | Buy | 10/21/22 | J | |
| 76. | -INVESCO OPTIMUM YIELD DIVERSIFIED COMMODITY STRATEGY | A | Interest | J | T | Buy | 12/27/22 | J | |
| 77. | UBS FINANCIAL SERVICES INC IRA ROLLOVER | | | | | | | | |
| 78. | -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | |
| 79. | -ESCROW LB PAR VALUE | | None | J | T | | | | |
| 80. | -MAN-AHL DIVERSIFIED I CLASS B | A | Int./Div. | L | T | | | | |
| 81. | UBS FINANCIAL SERVICES INC TRADITIONAL IRA | | | | | | | | |
| 82. | -UBS BANK USA DEP ACCT | A | Interest | K | T | | | | |
| 83. | -INVESCO OPPENHEIMER S&P SMALLCAP 600 REV ETF | A | Int./Div. | K | T | | | | |
| 84. | -ISHARES CORE S&P SMALL-CAP ETF | A | Int./Div. | K | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Case 1:18-cv-04814-GHW-GS   Document 383-2   Filed 12/06/24   Page 10 of 18

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 9 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 85. | -ISHARES GLOBAL ENERGY ETF | A | Int./Div. | J | T | | | | |
| 86. | -ISHARES CORE MSCI EAFE ETF | C | Int./Div. | L | T | | | | |
| 87. | -ISHARES CORE MSCI EMERGING MARKETS ETF | B | Int./Div. | L | T | | | | |
| 88. | -SCHWAB FUNDAMENTAL INTL LARGE CO INDEX EFT | B | Int./Div. | K | T | | | | |
| 89. | -FIRST EAGLE OVERSEAS FUND CLASS I | A | Int./Div. | K | T | | | | |
| 90. | -THE GABELLI GOLD FUND INC CLASSI | A | Int./Div. | J | T | | | | |
| 91. | -UBS US QUALITY GROWTH | B | Int./Div. | O | T | | | | |
| 92. | -VAN ECK GLOBAL HARD ASSETS CL Y | A | Int./Div. | J | T | | | | |
| 93. | -ISHARES SHORT-TERM 1-5 CREDIT CORPORATE BOND ETF | B | Int./Div. | K | T | | | | |
| 94. | -BNY MELLON INTERNATIONAL BONF DUND - CLASS 1 | A | Int./Div. | K | T | | | | |
| 95. | -DOUBLE LINE TOTAL RETURN FUND INSTL | C | Int./Div. | L | T | | | | |
| 96. | -JPMORGAN STRATEGIC INCOME OPPORTUNITIES FUND CLASS 1 | C | Int./Div. | L | T | | | | |
| 97. | -LORD ABBETT BOND DEBENTURE FUND CLASS F | B | Int./Div. | K | T | | | | |
| 98. | -METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS 1 | B | Int./Div. | K | T | | | | |
| 99. | -PIMCO TOTAL RETURN FUND CLASS 12 | B | Int./Div. | K | T | | | | |
| 100. | MERRILL LYNCH-RAMIREZ WEALTH MANAGEMENT | | | | | | | | |
| 101. | -CASH/MONEY ACCOUNTS - BANK OF AMERICA | A | Interest | J | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 10 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 102. -GNM SECURITY BOND | A | Interest | J | T | | | | |
| 103. -GNM SECURITY BOND | A | Interest | J | T | | | | |
| 104. UBS FINANCIAL SERVICES INC ACCOUNT | | | | | | | | |
| 105. -UBS BANK USA DEP ACCT/MMF YIELD | A | Interest | M | T | | | | |
| 106. -US TREASURY BILL 06/15/23 | C | Interest | N | T | Buy | 12/14/22 | N | |
| 107. -ISHARES RUSSELL 2000 ETF | A | Interest | J | T | | | | |
| 108. -ISHARES CORE S&P SMALL-CAP ETF | B | Int./Div. | M | T | | | | |
| 109. -ISHARES RUSSELL 1000 VALUE ETF | A | Interest | K | T | | | | |
| 110. -ISHARES RUSSELL 1000 GROWTH ETF | A | Interest | | T | Sold | 06/15/22 | K | D |
| 111. -ISHARES SELECT DIVID ETF | B | Int./Div. | K | T | Buy | 08/10/22 | K | |
| 112. -ISHARES CORE MSCI EAFE ETF | D | Int./Div. | M | T | | | | |
| 113. -ISHARES CORE MSCI EMERGING MARKETS ETF | B | Int./Div. | L | T | | | | |
| 114. -VANGUARD VALUE ETF | A | Int./Div. | K | T | Buy | 08/10/22 | K | |
| 115. -VANGUARD DIVID APPRECIATION | A | Int./Div. | K | T | Buy | 08/10/22 | K | |
| 116. -BNY MELLON SMALL/MID CAP GROWTH FUND | B | Int./Div. | L | T | | | | |
| 117. -CALAMOS EVOLVING WORLD GROWTH FUND CLASS 1 | A | Int./Div. | L | T | | | | |
| 118. -FIRST EAGLE OVERSEAS FUND CLASS 1 | A | Int./Div. | M | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,6900 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Case 1:18-cv-04814-GHW-GS   Document 383-2   Filed 12/06/24   Page 12 of 18

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 11 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 119. -UBS US DIVIDEND RULER PRICE FUND CLASS P | C | Int./Div. | N | T | | | | |
| 120. -UBS US QUALITY GROWTH AT REASONABLE PRICE FUND CLASS P | A | Int./Div. | M | T | Sold (part) | 06/15/22 | M | |
| 121. UBS FINANCIAL SERVICES INC TRADITIONAL IRA | | | | | | | | |
| 122. -UBS BANK USA DEP ACCOUNT | A | Interest | J | T | | | | |
| 123. UBS FINANCIAL SERVICES INC RMA MPF FI-MANAGED BY HV ETF MUNICIPAL | | | | | | | | |
| 124. -UBS INSURED SWEEP PROGRAM | A | Interest | L | T | | | | |
| 125. -INVESCO SENIOR LN ETF | A | Int./Div. | | T | Sold | 04/08/22 | K | |
| 126. -INVESCO NATL AMT FREE MUNICIPAL BOND ETF | D | Int./Div. | O | T | Buy (add'l) | 08/01/22 | N | |
| 127. -ISHARES 20 YEAR TREAS BOND ETF | B | Int./Div. | L | T | Buy (add'l) | 08/26/22 | L | |
| 128. -ISHARES MBS ETF | A | Int./Div. | K | T | Buy | 08/01/22 | K | |
| 129. -ISHARES NATL MUNI BOND ETF | D | Int./Div. | O | T | Buy (add'l) | 08/01/22 | N | |
| 130. -ISHARES JP MORGAN USD EMERGING MARKETS BOND ETF | C | Int./Div. | L | T | Buy (add'l) | 08/01/22 | L | |
| 131. -ISHARES SHORT-TERM NATL MUNI BOND ETF | B | Int./Div. | M | T | Buy (add'l) | 08/01/22 | M | |
| 132. -ISHARES CMBS ETF | A | Int./Div. | | T | Sold | 02/11/22 | J | |
| 133. -ISJARES BROAD USD HIGH YIELD BOND ETF | C | Int./Div. | L | T | Buy (add'l) | 08/01/22 | L | |
| 134. -VANGUARD INTER TERM TREAS ETF | C | Int./Div. | M | T | Buy (add'l) | 08/01/22 | M | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 135. -VANGUARD SHORT-TERM TREAS ETF | A | Int./Div. | L | T | Buy (add'l) | 08/01/22 | L | |
| 136. UBS FINANCIAL SERVICES INC-RMA UBS AM MUNI | | | | | | | | |
| 137. -UBS INSURED SWEEP PROGRAM | | None | | T | Closed | | | |
| 138. -ST DORM AUTH SALES TAX R A-GRO RV-03/15/22 | A | Interest | | T | Sold | 07/27/22 | K | |
| 139. -DORMITORY AUTH OF NY ST-0701/42 | A | Interest | | T | Sold | 07/27/22 | L | |
| 140. -ROCHESTER NY GENL OBLIG SR 11 NTS-08/03/22 | A | Interest | | T | Sold | 07/27/22 | L | |
| 141. -OYSTER BAY TOWN-08/26/22 | A | Interest | | T | Sold | 07/27/22 | L | |
| 142. -METROPOLITAN TRANSN AUTH-09/01/22 | A | Interest | | T | Sold | 07/27/22 | K | |
| 143. -METROPOLITAN TRANSN AUTH-11/15/42 | A | Interest | | T | Sold | 07/27/22 | K | |
| 144. -METROPOLITAN TRANSN AUTH-11/15/22 | A | Interest | | T | Sold | 07/27/22 | K | |
| 145. -TRIBOROUGH BRDG&TUNL NY-11/15/22 | A | Interest | | T | Sold | 07/27/22 | K | |
| 146. -METROPOLITAN TRANSN AUTH-11/15/26 | A | Interest | | T | Sold | 07/27/22 | K | |
| 147. -MONROE CNTY NY INDL DEV-07/01/24 | A | Interest | | T | Sold | 07/27/22 | K | |
| 148. -NEW YORK CITY TRANSIT-05/01/25 | A | Interest | | T | Sold | 06/15/21 | J | |
| 149. -PORT AUTH NY & NJ-05/01/25 | A | Interest | | T | Sold | 07/27/22 | K | |
| 150. -ST DORM AUTH SALES TAX RA-GRO RV-03/15/26 | A | Interest | | T | Sold | 07/27/22 | K | |
| 151. -NEW YORK NY CITY TRANSIT-11/01/26 | A | Interest | | T | Sold | 07/27/22 | K | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

Case 1:18-cv-04814-GHW-GS  Document 383-2  Filed 12/06/24  Page 14 of 18

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 13 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 152. -NY ST DORM AUTH SALES-03/15/27 | A | Interest | | T | Sold | 07/27/22 | K | |
| 153. -NEW YORK ST ENVIRON FACS-06/15/27 | A | Interest | | T | Sold | 07/27/22 | K | |
| 154. -NEW YORK ST DORM AUTH RE-07/01/27 | A | Interest | | T | Sold | 07/27/22 | L | |
| 155. -NEW YORK NY GO BDS-04/01/28 | A | Interest | | T | Sold | 07/27/22 | K | |
| 156. -LONG ISLAND POWER AUTHORITY-09/01/28 | A | Interest | | T | Sold | 07/27/22 | K | |
| 157. -TRIBOROUGH BRDG & TUNL AUTH-11/01/28 | A | Interest | | T | Sold | 07/27/22 | J | |
| 158. -TRIBOROUGH BRDG & TUNL AUTH-11/15/28 | A | Interest | | T | Sold | 07/27/22 | K | |
| 159. -NEW YORK ST DORM AUTH-07/01/29 | A | Interest | | T | Sold | 07/22/22 | L | |
| 160. -NEW YORK ST ENVIRON FACS-06/15/30 | A | Interest | | T | Sold | 07/27/22 | K | |
| 161. -NEW YORK CITY TRANS FINA-07/15/30 | A | Interest | | T | Sold | 07/27/22 | K | |
| 162. -NASSAU NY INTERIM FIN AUTH-11/15/30 | A | Interest | | T | Sold | 07/27/22 | K | |
| 163. -NEW YORK ST DORM AUTH-07/01/32 | A | Interest | | T | Sold | 07/27/22 | J | |
| 164. -NEW YORK CITY TRANS FINA-07/15/33 | A | Interest | | T | Sold | 07/27/22 | K | |
| 165. -NEW YORK ST DORM AUTH ST 2021-03/15/34 | A | Interest | | T | Sold | 07/27/22 | J | |
| 166. -TRIBOROUGH BRDG & TUNL AUTH-05/15/38 | A | Interest | | T | Sold | 07/27/22 | K | |
| 167. -NEW YORK N Y CITY MUNI-06/15/41 | A | Interest | | T | Sold | 07/27/22 | K | |
| 168. -NEW YORK N Y GO BDS-03/01/43 | A | Interest | | T | Sold | 07/27/22 | J | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,$000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT Page 14 of 17 | Name of Person Reporting RAGGI, REENA | Date of Report 09/27/2023 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 169. -NEW YORK ST URBAN DEV CO-03/15/44 | A | Interest | | T | Sold | 07/27/22 | K | |
| 170. -NEW YORK NY CITY MUN WT-06/15/44 | A | Interest | | T | Sold | 07/27/22 | L | |
| 171. -NEW YORK NY CITY TRANSIT-08/01/45 | A | Interest | | T | Sold | 07/27/22 | K | |
| 172. -TRIBOROUGH BRDG & TUNL AUTH-05/15/46 | A | Interest | | T | Sold | 07/27/22 | K | |
| 173. UBS FINANCIAL SERVICES INC-RMA | | | | | | | | |
| 174. -UBS INSURED SWEEP PROGRAM | A | Interest | J | T | | | | |
| 175. -CITIBANK NA BAR-MLCD SPX 03/22/2024 | A | Interest | L | T | Buy | 09/19/22 | L | |
| 176. -GOLDMAN SACH BANK USA BAR-MLCD SPX 02/15/2024 | A | Interest | L | T | Buy | 08/12/22 | L | |
| 177. -GOLDMAN SACH BANK USA BAR-MLCD SPX 05/20/2024 | A | Interest | L | T | Buy | 11/15/22 | L | |
| 178. GOLDMAN SACH BANK USA BAR-MLCD SPX 05/31/2024 | A | Interest | L | T | Buy | 11/28/22 | L | |
| 179. | | | | | | | | |
| 180. | | | | | | | | |
| 181. | | | | | | | | |
| 182. | | | | | | | | |
| 183. | | | | | | | | |
| 184. | | | | | | | | |
| 185. | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,6000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 15 of 17 | RAGGI, REENA | 09/27/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 186. | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,600 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 16 of 17 | RAGGI, REENA | 09/27/2023 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT<br>Page 17 of 17 | Name of Person Reporting<br>RAGGI, REENA | Date of Report<br>09/27/2023 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 13141 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ REENA RAGGI**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 13106)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544