# EXHIBIT 6

| AO 10* Rev. 1/2022 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2022 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Robinson, Beth | 2. Court or Organization United States Court of Appeals for the Second Circuit | 3. Date of Report 09/18/2023 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2022 to 12/31/2022 |

**7. Chambers or Office Address**

11 Elmwood Avenue
P.O. Box 684
Burlington, Vermont 05401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary | [redacted] Condo Association, Chittenden County, Vermont |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | State of Vermont: Judicial Pension |
| 2. | | |
| 3. | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 2 of 9 | Name of Person Reporting<br>Robinson, Beth | Date of Report<br>09/18/2023 |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. 2022 | Self employed physician. Employed through solely owned professional corporation. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 9 | Robinson, Beth | 09/18/2023 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Capital One | Revolving credit card debt | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 9 | Robinson, Beth | 09/18/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 1. | New England Federal Credit Union Cash Account | B | Interest | N | T | | | | |
| 2. | M&T Bank Cash Accounts | A | Interest | O | T | | | | |
| 3. | Capital One - CD | A | Interest | M | T | Open | 11/07/22 | L | |
| 4. | Investment Account #1(H) | | | | | | | | |
| 5. | - RBC Impact Bond I (RIBIX) | B | Dividend | L | T | | | | |
| 6. | - IShares ESG AWR 1 5 & USD CP BND ETF (SUSB) | B | Dividend | M | T | | | | |
| 7. | - Nuveen ESG High Yield (NUHY) | C | Dividend | K | T | | | | |
| 8. | - Calvert Equity I (CEYIX) | B | Dividend | L | T | | | | |
| 9. | - Hartford Global Impact I (HGXIX) | B | Dividend | M | T | | | | |
| 10. | - Parnassas Mid-Cap Institutional (PFPMX) | B | Dividend | K | T | | | | |
| 11. | - Charles Schwab Cash Account | A | Interest | K | T | | | | |
| 12. | Investment Account #2 (H) | | | | | | | | |
| 13. | - Nikola Corp | | None | J | T | | | | |
| 14. | - Tesla | | None | K | T | | | | |
| 15. | - Charles Schwab Cash Account | A | Interest | J | T | | | | |
| 16. | Investment Account #3 (H) | | | | | | | | |
| 17. | - (HD) Home Depot | D | Dividend | N | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 9 | Robinson, Beth | 09/18/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 18. - (MU) Micron Technology | A | Dividend | J | T | | | | |
| 19. - (MSFT) Microsoft ) | C | Dividend | | | Sold | 06/07/22 | O | G |
| 20. - (PGSVY) PGS ASA Unsponsored ADR Reps ORD SHS | | None | | | Sold | 05/07/22 | J | A |
| 21. - (ETHO) ETF Mang Etho CLMAT Ldrshp US ETF IV | A | Dividend | K | T | | | | |
| 22. - (QCLN) First TST NASDAQ Clean ED ID ETF | A | Dividend | K | T | | | | |
| 23. - (ICLN) Ishares Global Clean Energy ETF | A | Dividend | K | T | | | | |
| 24. - (BGRN) Ishares Global Green Bond ETF | B | Dividend | M | T | | | | |
| 25. -(CEYIX) Calvert Equity I | A | Dividend | M | T | Buy | 06/07/22 | M | |
| 26. - (HEOYX) Hartford Climate Opportunities | A | Dividend | K | T | | | | |
| 27. - (HGXIX) Hartford Global Impact I | C | Dividend | N | T | Buy | 06/07/22 | N | |
| 28. - (PFPMX) Parnassus Mid Cap Instit | D | Dividend | M | T | Buy | 06/07/22 | M | |
| 29. - (TEQAX) Touchstone Global ESG Equity FD CL A | | None | | | Sold | 09/08/22 | L | |
| 30. - (SWRLX) Touchstone International Equity A | A | Dividend | K | T | | | | |
| 31. - (TIQIX) Touchstone Non-US ESG Equity | C | Dividend | L | T | Buy | 09/08/22 | L | |
| 32. - Charles Schwab Cash Account | A | Interest | K | T | | | | |
| 33. Investment Account #4 (H) | | | | | | | | |
| 34. - ETF MANG ETHO CLMAT LDRSHP US ETF IV (ETHO) | A | Dividend | J | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,6000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 9 | Robinson, Beth | 09/18/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 35. | - First TST NASDAQ (QCLN) Clean ED ID ETF | A | Dividend | J | T | | | | |
| 36. | - (ICLN) IShares Global Clean Energy ETF | A | Dividend | J | T | | | | |
| 37. | - (HEOYX) Hartford Climate Opportunities | A | Dividend | J | T | | | | |
| 38. | - Charles Schwab Cash Account | A | Interest | J | T | | | | |
| 39. | Investment Account #5 (H) | | | | | | | | |
| 40. | - (RIBIX) RBC Impact Bond I | A | Dividend | K | T | | | | |
| 41. | - (SUSB) Ishares ESG AWR 1 5 Y USD CP BND ETF | A | Dividend | K | T | | | | |
| 42. | - (NUHY) Nuveen ESG High Yield CRP BD ETF | B | Dividend | K | T | | | | |
| 43. | - (CEYIX) Calvert Equity I | A | Dividend | K | T | | | | |
| 44. | -(HGXIX) Hartford Global Impact I | A | Dividend | L | T | | | | |
| 45. | - (PFPMX) Parnassus Mid Cap Institutional | A | Dividend | K | T | | | | |
| 46. | - Charles Schwab Cash Account | A | Interest | J | T | | | | |
| 47. | Investment Account #6 (H) | | | | | | | | |
| 48. | - (ETHO) ETF MANG ETHO CLMAT LDRSHP US ETF IV | A | Dividend | L | T | | | | |
| 49. | - (QCLN) First TST NASDAQ Clean ED ID ETF | A | Dividend | K | T | | | | |
| 50. | - (ICLN) Ishares Global Clean Energy | A | Dividend | K | T | | | | |
| 51. | - (BGRN) IShares Global Green Bond | B | Dividend | L | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,6000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 7 of 9 | Robinson, Beth | 09/18/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 52. | - (HEOYX) Hartford Climate Opportunities | A | Dividend | L | T | | | | |
| 53. | - Charles Schwab Cash Account | A | Interest | K | T | | | | |
| 54. | Investment Account #7 | | | | | | | | |
| 55. | -Vanguard Target Retirement 2035 Fund | A | Dividend | K | T | Open | 01/01/22 | K | |
| 56. | Jones Lang Lasalle REIT | C | Dividend | M | T | | | | |
| 57. | Rental Unit, Chittenden County, Vermont. See VIII. | E | Rent | N | S | | | | |
| 58. | ▓▓▓▓▓▓ P.C. | G | Distribution | O | W | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 8 of 9 | Robinson, Beth | 09/18/2023 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 20: investment terminated and delisted in 2021, and $4.86 returned 5/22.

Section VII, Line 57: assessed value $274,100

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 9 of 9 | Robinson, Beth | 09/18/2023 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth Robinson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544