USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JODI ROUVIERE,                                              :
:
                              Plaintiff,   :        1:18-cv-4814-GHW
:
            -v-                                         :              ORDER
:
DEPUY ORTHOPAEDICS, INC., *et al.*,                         :
:
                            Defendants.  :
:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 11, 2024, the Clerk of Court docketed an application by Plaintiff Jodi Rouviere dated December 3, 2024. Dkt. No. 384 (the "Application"). In the Application, Plaintiff requests that the Court waive one of the requirements established by the Clerk of Court to permit her to become an "ECF User." In particular, Plaintiff asserts that she cannot attend the required in-person training course as a result of a disability. Application at 2.

The Court grants the relief requested in the Application. The Court directs the Clerk of Court to waive the requirement that Plaintiff participate in an in-person training course in order to become an ECF User. In lieu of that requirement, the Clerk of Court is directed to accept a certification from Plaintiff that she has reviewed the "Online Learning" modules available on the following webpage, other than the modules excluded in the following sentence of this order: https://nysd.uscourts.gov/programs/ecf-training. Plaintiff need not review the following modules: "Miscellaneous Case Opening;" "Attorney Civil Case Opening," "Requesting a Civil Summons," "Filing An Amended Initiating Pleading," and "Fling a Motion to Appear Pro Hac."

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and not terminate the motion pending at Dkt. No. 384.

SO ORDERED.

Dated: December 23, 2024

                                                GREGORY H. WOODS
                                                United States District Judge